**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **KATRINA KOLASA,** Fka Katrina Buchka **Plaintiff,** | : | **CIVIL ACTION NO:** **(adopting civil action no. ~~03-483-L~~)** 05-70 L |
| **V.** | : | |
| **AMERICAN FOAM CORPORATION; et al.** **Defendants.** | : | **February 23, 2005** |

**PLAINTIFF KATRINA KOLASA'S**
**LIST OF DEFENDANTS**

The Plaintiff Katrina Kolasa has filed a Pro Forma Complaint and Notice of Adoption of a Master Complaint. In making this filing, the Plaintiff has adopted the allegations against the following Defendants named in the Master Complaints in **Albert L. Gray, Administrator, et al. (Plaintiffs) vs. Jeffery Derderian, et al. (Defendants), C.A. No. 04-312L** and claims in **Henault, et al. v. American Foam, et al., C.A. No. 03-483L.** The Defendants, therefore, are as follows:

1. Jeffery Derderian
2. Michael Derderian,
3. DERCO, LLC
4. Howard Julian
5. Triton Realty Limited Partnership
6. Triton Realty, Inc.



2

7. Raymond Villanova
8. Jack Russell
9. Jack Russell Touring, Inc.
10. Paul Woolnough
11. Manic Music Management, Inc.
12. Knight Records, Inc.
13. Daniel Biechele
14. Anheuser-Busch, Inc.
15. Anheuser-Busch Companies, Inc.
16. McLaughlin & Moran, Inc.
17. WHJY, Inc.
18. Clear Channel Broadcasting, Inc.
19. Denis P. Larocque, Fire Inspector
20. Anthony Bettencourt
21. Diane DeRuosi, in her capacity as Treasurer of the Town of West Warwick
22. State of Rhode Island
23. Irving J. Owens, Fire Marshall
24. Brian Butler
25. LIN Television Corporation
26. CBS Broadcasting, Inc. d/b/a WPRI- Channel 12
27. Barry H. Warner
28. Luna Tech, Inc.
29. High Tech Special Effects, Inc.
30. American Foam Corporation
31. Leggett & Platt, Incorporated
32. L & P Financial Services Co.
33. General Foam Corporation
34. GFC Foam, LLC
35. Foamex LP
36. Foamex International, Inc.
37. FMXI, Inc.
38. PMC, Inc
39. PMC Global, Inc.
40. JBL Incorporated f/k/a James B. Lansing Sound, Incorporated d/b/a JBL Professional

41. Essex Insurance Company
42. Multi-State Inspections, Inc.
43. High Caliber Inspections, Inc.
44. Underwriters at Lloyds, London
45. Gresham & Associates of R.I., Inc.
46. Four Seasons Coaching Leasing, Inc.
47. "John Doe" Defendants (being unknown defendants who manufactured, distributed, sold or installed non-flame-retardant foam or other defective product in use at The Station nightclub on February 20, 2003, who inspected the premises after installation of the foam but prior to February 20, 2003, who promoted, managed or produced the appearance of Great White at The Station nightclub on February 20, 2003, or who received property from Triton Realty- related persons or entities with intent to hinder, delay or defraud Plaintiff):
48. Jack Russell, Mark Kendall, David Filice, Eric Powers, A/K/A Great White
49. Luna Tech Pyrotechnic, Gmbh
50. Citadel Communications Corporation D/B/A Q105 And WQGN
51. Town Of West Warwick

Dated this 23rd day of February, 2005.

Respectfully submitted,
THE PLAINTIFFS

By____________________________

Ralph J. Monaco, Esq.
Federal Bar No. ct13306
Patrick J. Day, Esq.
CONWAY & LONDREGAN, P.C
38 Huntington Street
P.O. Box 1351
New London, CT 06320
860.447.3171