TRB:ems 03-206 3/29/05

UNITED STATED DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

KATRINA KOLASA,
f/k/a KATRINA BUCHKA
Plaintiff,

VS. C.A. No. 05-070L

AMERICAN FOAM CORPORATION, et al
Defendants

**ANSWER AND JURY CLAIM OF TRITON REALTY LIMITED PARTNERSHIP, TRITON REALTY, INC. AND RAYMOND VILLANOVA**

Plaintiff has adopted the First Amended Master Complaint in *Albert L. Gray, Administrator, et al v. Jeffrey Derderian, et al*, C.A. No. 04-312-L, these defendants hereby incorporate the answer filed on their behalf in *Gray* as their answer here.

Plaintiff has also adopted the additional allegations and claims as set forth in the *Henault, et al v. American Foam Corp., et al*, C.A. No. 03-483L "Notice of Adoption of the Amended Master Complaint." Those additional allegations and claims are made against several defendants other than Triton Realty Limited Partnership, Triton Realty, Inc. and Raymond Villanova and therefore require no response. To the extent these additional allegations and claims may be read as asserting actionable conduct on the part of these Defendants they are denied.

The Defendants hereby demand a trial by jury as to all allegations and claims.

3

The Defendants,
Triton Realty Limited Partnership,
Triton Realty, Inc. and Raymond Villanova

By its Attorneys,

James T. Murphy CG TEB

James T. Murphy, Esq. #1698
Kelly N. Michels, Esq. #6478
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903-2202
(401) 421-2154 – telephone
(401) 521-7040 – fax
E-Mail: jtm@hansoncurran.com
E-Mail: knm@hansoncurran.com

- and -

Scott J. Tucker, Esq.
Tucker Heifetz & Saltzman LLP
Three School Street
Boston, MA 02108
(617) 557-9696 – telephone
(617) 227-9191 – fax
E-Mail: stucker@ths-law.com

**PROOF OF SERVICE**

I hereby certify that on this 29 day of March, 2005, a true copy of the within document was e-mailed to the following:

Steven A. Minicucci, Esq.
CALVINO LAW ASSOCIATES
373 Elmwood Avenue
Providence, RI 02907
SMinicucci@calvinolaw.com

James Lee, Esq.
Department of the Attorney General
150 South Main Street
Providence, RI 02903
jlee@riag.ri.gov

Thomas Angelone, Esq.
Hodosh, Spinella & Angelone
One Turks Head Building
Suite 1050
Providence, RI 02903
Angelonelaw@aol.com

Anthony F. DeMarco, Esq.
Boyer, Reynolds & DeMarco
170 Westminster Street, Suite 200
Providence, RI 02903
tdemarco@conversent.net

Joseph Cavanagh, Jr., Esq.
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903
jvc@blishcavlaw.com

Steven M. Richard, Esq.
Nixon Peabody LLP
One Citizens Plaza, Suite 700
Providence, RI 02903
stationfirelitigation@nixonpeabody.com

Scott Tucker, Esq.
Tucker Heifetz & Saltzman LLP
Three School Street
Boston, MA 02108
stucker@ths-law.com

Curtis R. Diedrich, Esq.
Edward T. Hinchey, Esq.
Sloane & Walsh
3 Center Plaza
Boston, MA 02108
cdiedrich@sloanwalsh.com
ehinchey@sloanewalsh.com

Eva Mancuso, Esq.
Hamel, Waxler, Allen & Collins
387 Atwells Avenue
Providence, RI 02909
Emancuso@jwac.com

Donald J. Maroney, Esq.
James H. Reilly, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street, Suite 500
Providence, RI 02903
jreilly@kkrs.com
dmaroney@kkrs.com

Mark DeSisto, Esq.
DeSisto Law Offices
211 Angell Street
Providence, RI 02906
marc@Desistolaw.com

Edward M. Crane, Esq.
Deborah Solmor, Esq.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive
Chicago, IL 60606
ecrane@skadden.com
dsolmor@skadden.com

W. Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
435 Sixth Avenue
Pittsburgh, PA 15219
tmcgough@reedsmith.com
jrestivo@reedsmith.com

Andrew Trevelise, Esq.
Reed Smith LLP
2500 One Liberty Place
Philadelphia, PA 19103-7301
atrevelise@reedsmith.com

Charles N. Redihan, Jr., Esq.
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903
credihan@KPRlaw.com

Max Wistow, Esq.
Wistow & Barylick
61 Weybosset Street
Providence, RI 02903
jdean@wistbar.com

Patrick T. Jones, Esq.
COOLEY MANION JONES, LLP
21 Custom House Street
Boston, MA 02110
pjones@cmj-law.com

Stephen Breggia, Esq.
Breggia, Bowen & Grande
395 Smith Street
Providence, RI 02908
sbreggia@BBGlaw.us

James A. Ruggieri, Esq.
Gerald C. DeMaria, Esq.
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, RI 02903
jruggieri@hcc-law.com

Mark S. Mandell, Esq.
MANDELL, SCHWARTZ & BOISCLAIR
One Park Row
Providence, RI 02903
msmandell@msn.com

Thomas W. Lyons
Strauss, Factor, Laing & Lyons
222 Richmond Street, Suite 208
Providence, RI 02903-2914
tlyons@straussfactor.com

Mark C. Hadden, Esq.
Law Offices of Mark C. Hadden
68 Kennedy Plaza – Suite 3
Providence, RI 02903
mhadden@mhaddenlaw.com

Edwin F. McPherson, Esq.
McPherson & Kalmansohn
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
emcpherson@m-klaw.com

Christopher C. Fallon, Jr., Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103-3508
cfallon@cozen.com

Carl A. Henlein, Esq.
John R. Crockett, III, Esq.
Susan S. Wettle, Esq.
Frost Brown Todd LLC
400 West Market Street, 32nd Floor
Louisville, KY 40202-3363
chenlein@fbtlaw.com
jcrockett@fbtlaw.com
swettle@fbtlaw.com

Ronald Langlois, Esq.
Lauren D. Wilkins, Esq.
Smith & Brink
One State Street, Suite 400
Providence, RI 02908
rlanglois@smithbrink.com

C. Russell Bengtson, Esq.
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903
rbengtson@ckmlaw.com

Howard Julian
570 Shermantown Road
Saunderstown, RI 02874
*Pro Se*
sohohomes@yahoo.com

Michael A. St. Pierre, Esq.
Revens, Revens & St. Pierre, P.C.
946 Centerville Road
Warwick, RI 02886
mikesp@rrsplaw.com

Charles L. Babcock, Esq.
Earl H. Walker, Esq.
Nancy W. Hamilton, Esq.
Jackson Walker LLP
1401 McKinney, Suite 1900
Houston, TX 77010
cbabcock@jw.com
ewalker@jw.com
nhamilton@jw.com

John R. Mahoney, Esq.
Asquith & Mahoney, LLP
155 South Main Street, 2nd Floor
Providence, RI 02903
johnmahoney@amlawllp.com

Georgia A. Sullivan, Esq.
Mathis & Associates
55 Farmington Avenue
Suite 500
Hartford, CT 06105
georgia.sullivan@thehartford.com

Richard MacAdams, Esq.
MacAdams & Wieck, Inc.
101 Dyer Street, Suite 400
Providence, RI 02903
rmacadams@mandwlaw.com

Michael R. DeLuca, Esq.
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
mrd@gsm-law.com

Mark T. Nugent, Esq.
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI 02903-7141
mnugent@morrisonmahoney.com

Stephen M. Prignano, Esq.
Stephen J. MacGillivray, Esq.
Edwards and Angell
One Financial Plaza, Ste. 2700
Providence, RI 02903
sprignano@edwardsangell.com
smacgillivray@edwardsangell.com

George E. Wolf, III, Esq.
Shook, Hardy & Bacon, LLP
One Kansas City Place
1200 Main Street
Kansas City, MO 64105-2118
gwolf@shb.com

Ann M. Songer, Esq.
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108
asonger@shb.com

Gregory L. Boyer, Esq.
170 Westminster Street
Suite 200
Providence, RI 02903
boyerlaw1@aol.com

Howard Merten, Esq.
Eric M. Sommers, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903
hmerten.station@vetterandwhite.com

Stephen Fogerty, Esq.
Halloran & Sage LLP
315 Post Road West
Westport, CT 06880
fogerty@halloran-sage.com

Mark P. Dolan, Esq.
Anthony R. Leone, Esq.
Rice Dolan & Kershaw
170 Westminster St., Suite 900
Providence, RI 02903
ricedolan@aol.com

Donald M. Gregory II, Esq.
7630 Post Road
North Kingston, RI 02852
dglegends@aol.com

Stephen Izzi, Esq.
Holland & Knight LLP
One Financial Plaza, Suite 1800
Providence, RI 02903
Stephen.izzi@hklaw.com

Matthew F. Medeiros, Esq.
Little, Medeiros, Kinder, Bulman
& Whitney, P.C.
72 Pine Street – 5th Floor
Providence, RI 02903
mfm@lmkbw.com

Bruce Keller, Esq.
Michael Potenza, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
bkeller@debevoise.com

Brian R. Cunha, Esq.
Brian Cunha & Associates
311 Pine Street
Fall River, MA 02720
brian@briancunha.com

Donna M. Lamontagne, Esq.
Zizik, LaSalle & Powers, P.C.
40 Westminster Street
Providence, RI 02903
dlamontagne@zizikpowers.com

Faith A. LaSalle, Esq.
One Turks Head Place
76 Westminster Street, Suite 1010
Providence, RI 02903
flasalle@lawsallelaw.com

Ralph J. Monaco, Esq.
Conway & Londregan
38 Huntington Street
P.O. Box 1351
New London, CT 06320
Rmonaco.c-l@snet.net

Robert Reardon, Jr., Esq.
Robert I. Rimmer, Esq.
The Reardon Law Firm, PC
160 Hempstead Street
New London, CT 06320
reardonlaw@aol.com

Stephanie Larivee-DiMaio, Esq.
Grilli & DiMaio
215 Broadway
Providence, RI 02903
singinglawyer@msn.com

Mark D. Cahill, Esq.
Eric Bradford Hermanson, Esq.
Choate, Hall & Stewart
Exchange Place, 53 State Street
Boston, MA 02109
mcahill@choate.com

T. Dos Urbanski, Esq.
Melick, Porter & Shea, LLP
2 Richmond Street, Suite 104
Providence, RI 02906
durbanski@melicklaw.com

Mark K. Ostrowski, Esq.
Jose M. Rojas, Esq.
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06103-1919
mostrowski@goodwin.com

Ronald J. Resmini, Esq.
Ronald J. Resmini Law Offices
155 South Main Street
Providence, RI 02903
resminilaw@yahoo.com

Joseph J. McGair, Esquire
Petrarca & McGair, Inc.
797 Bald Hill Road
Warwick, RI 02886
jjm@petrarcamcgair.com

Thomas R. Bender

of Hanson Curran LLP