UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KATRINA KOLASA :
f/ka/ Katrina Buchka :
:
vs. : C.A. No.
: (adopting C.A. No. 03-483L)
AMERICAN FOAM CORP. et al. :

RESPONSE OF DEFENDANTS, DENIS LAROCQUE, ANTHONY BETTENCOURT, AND DIANE DERUOSI IN HER CAPACITY AS TREASURER FOR THE TOWN OF WEST WARWICK TO FIRST AMENDED MASTER COMPLAINT

Defendants Denis Larocque, Anthony Bettencourt, and Diane DeRuosi in her capacity as Treasurer for the Town of West Warwick hereby respond to the First Amended Master complaint and the additional allegations and claims in *Henault v. American Foam, et al, C.A. No. 03-483L,* as adopted pro forma by the above referenced plaintiff by referring to and incorporating their previously filed Motions to Dismiss along with supporting Memoranda.

Respectfully submitted,

Denis Larocque, Anthony Bettencourt, and
Diane DeRuosi, Town of West Warwick,
By their attorneys,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

6

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 5th day of ~~March~~ April, 2005, a copy of the within was e-mailed to the certification list.

| | |
|---|---|
| Andrew J. Trevelise, Esq. | atrevelise@reedsmith.com |
| Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| Anthony R. Leone, Esq. | ricedolan@ricedolankershaw.com |
| Brian Cunha, Esq. | brian@briancunha.com |
| C. Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| Charles Redihan | credihan@KPRlaw.com |
| Chip Babcock, Esq. | cbabcock@jw.com |
| Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| Donna M. Lamontagne, Esq. | dlamontagne@zizikpowers.com |
| Edward Crane, Esq. | ecrane@skadden.com |
| Edward T. Hinchey, Esq. | ehinchey@sloanewalsh.com |
| Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| Eric M. Sommers, Esq. | esommers@vetterandwhite.com |
| Eva Mancuso, Esq. | emancuso@hwac.com |
| Faith A. LaSalle, Esq. | flasalle@lasallelaw.com |
| Fred A. Kelly, Jr., Esq. | fkelly@nixonpeabody.com |
| Georgia Sullivan, Esq. | Georgia.Sullivan@thehartford.com |
| George Wolf, Esq. | gwolf@shb.com |
| Gerald C. DeMaria, Esq. | gdemaria@hcc-law.com |
| Gregory L. Boyer, Esq. | boyerlaw1@aol.com |
| Howard A. Merten, Esq. | hmerten@vetterandwhite.com |
| Howard Julien (pro se) | sohohomes@yahoo.com |
| James A. Ruggieri, Esq. | jruggieri@hcc-law.com |
| James H. Reilly, Esq. | jreilly@kkrs.com |
| James J. Restivo, Jr., Esq. | jrestivo@reedsmith.com |
| James R. Lee, Esq. | jlee@riag.ri.gov |
| James T. Murphy, Esq. | jtm@hansoncurran.com |
| Jessica L. Margolis, Esq. | jmargolis@debevoise.com |
| John R. Crockett III, Esq. | jcrockett@fbtlaw.com |
| John R. Mahoney, Esq. | johnmahoney@amlawllp.cm |
| Joseph V. Cavanagh, Jr., Esq. | jvc@blishcavlaw.com |
| Kelly N. Michels, Esq. | knm@hansoncurran.com |
| Kristin E. Rodgers, Esq. | ker@blishcavlaw.com |
| Lauren D. Wilkins, Esq. | lwilkins@smithbrink.com |
| Mark Cahill, Esq. | mcahill@choate.com |
| Mark C. Hadden, Esq. | mhadden@mhaddenlaw.com |
| Mark Ostrowski, Esq. | mostrowski@goodwin.com |
| Mark P. Dolan, Esq. | ricedolank@aol.com |
| Mark S. Mandell, Esq. | msmandell@msn.com |
| Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |
| Matthew F. Medeiros, Esq. | mfm@lmkbw.com |
| Max Wistow, Esq. | wvenditti@wistbar.com |
| Patrick T. Jones, Esq. | pjones@cmj-law.com |

| | |
|---|---|
| Paul Sullivan, Esq. | pvsullivan@morrisonmahoney.com |
| Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |
| Randall L. Souza, Esq. | rsouza@nixonpeabody.com |
| Richard W. MacAdams, Esq. | rmacadams@mandwlaw.com |
| Robert Reardon, Esq. and Robert Rimmer, Esq. | reardonlaw@aol.com |
| Ronald Langlois, Esq. | rlanglois@smithbrink.com |
| Ronald Resmini, Esq. | resminilaw@yahoo.com |
| Scott J. Tucker, Esq. | stucker@ths-law.com |
| Stephanie DiMaio Larivee, Esq. | singinglawyer@msn.com |
| Stephen Breggia, Esq. | sbreggia@bbglaw.us |
| Stephen P. Fogerty, Esq. | fogerty@halloran-sage.com |
| Stephen J. MacGillivray, Esq. | smacgillivray@edwardsangell.com |
| Stephen M. Prignano, Esq. | sprignano@edwardsangell.com |
| Steven Minicucci, Esq. | sminicucci@calvinolaw.com |
| Susan S. Wettle, Esq. | swettle@fbtlaw.com |
| Thomas C. Angelone, Esq. | angelonelaw@aol.com |
| Thomas W. Lyons, Esq. | tlyons@straussfactor.com |
| Timothy A. Williamson, Esq. and Mark D. Tourgee, Esq. | inmantourgeelaw@aol.com |
| W. Thomas McGough | tmcgough@reedsmith.com |