UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND (PROVIDENCE)

| | | |
|---|---|---|
| KATRINA KOLASA, f/k/a<br>KATRINA BUCHKA,<br>Plaintiff,<br><br>v.<br><br>AMERICAN FOAM CORPORATION,<br>et al.,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. 05-070L |
| ESTATE OF JUDE B. HENAULT,<br>et al.,<br>Plaintiffs,<br><br>v.<br><br>AMERICAN FOAM CORPORATION,<br>et al.,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. 03-483L |

**ANSWER OF BRIAN BUTLER, TVL BROADCASTING, INC., AND STC BROADCASTING, INC. TO PLAINTIFF KATRINA KOLASA'S PRO FORMA COMPLAINT AND NOTICE OF ADOPTION OF FIRST AMENDED MASTER COMPLAINT (CA 05-070L) ADOPTING AND SUBJECT TO TVL'S AND STC'S PARTIAL MOTION TO DISMISS**

TO THE HONORABLE COURT:

BRIAN BUTLER (the 24th listed Defendant in the above-referenced action, hereinafter "BUTLER" or "Defendant"), TVL BROADCASTING, INC. (the 25th listed Defendant in the above-referenced action, hereinafter listed as "TVL" or "Defendant"), and STC BROADCASTING, INC. (the 26th listed Defendant in the above-referenced action, hereinafter listed as "STC" or "Defendant") (collectively, "Defendants") respectfully file this Answer to Plaintiff Katrina Kolasa's Pro Forma Complaint And Notice Of Adoption Of First Amended Master Complaint (CA 05-070L) Adopting And Subject To TVL's And STC's separately filed Partial Motion to Dismiss, as follows:

7

Plaintiff Katrina Kolasa f/k/a Katrina Buchka ("Plaintiff") has adopted the First Amended Master Complaint in *Albert L. Gray, Administrator, et al. v. Jeffrey Derderian, et al.*, C.A. No. 04-312-L. These Defendants hereby incorporate the answer most recently filed on their behalf in *Gray* as their answer here.

Plaintiff has also adopted the additional allegations and claims as set forth in the "Notice Of Adoption Of First Amended Master Complaint" filed in *Henault, et al. v. American Foam Corp., et al.*, C.A. No. 03-483L. Those additional allegations and claims are made against several defendants other than Brian Butler; TVL Broadcasting, Inc.; and STC Broadcasting, Inc. To the extent these additional allegations and claims may be read as asserting actionable conduct on the part of these Defendants, they are denied.

In addition, Defendants TVL and STC hereby incorporate their previously filed and argued motion titled "TVL Broadcasting, Inc. And STC Broadcasting, Inc.'s (Formerly Sued As LIN Television, Inc. And CBS, Inc.) Motion For Partial Dismissal Of The First Amended Master Complaint, Incorporating Prior Motion, Memorandum And Reply Brief." Said motion was served and filed on or about October 15, 2004 in all eight (8) of the Station Nightclub Fire cases already on file.

Defendants hereby demand a trial by jury as to all allegations and claims.

WHEREFORE, PREMISES CONSIDERED, Defendants pray that the claims against them be dismissed with prejudice and that they recover their costs of suit herein and that they be awarded such further relief at law or in equity as to which they may be entitled.

Respectfully submitted,

Defendants TVL BROADCASTING, INC., STC BROADCASTING, INC. and BRIAN BUTLER,
by their Attorneys,

Charles L. Babcock
Nancy W. Hamilton
Earl H. Walker
JACKSON WALKER L.L.P.
1401 McKinney, Suite 1900
Houston, Texas 77010
(713) 752-4200 – Telephone
(713) 752-4221 – Fax
DATED: April 12, 2005

Richard W. MacAdams, #1681
Denean M. Russo, #5043
MacADAMS & WIECK INC.
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700 - Telephone
(401) 454-8755 – Fax

## CERTIFICATE OF SERVICE

This is to certify that on this 12th day of April, 2005, a true and correct copy of ANSWER OF BRIAN BUTLER, TVL BROADCASTING, INC., AND STC BROADCASTING, INC. TO PLAINTIFF KATRINA KOLASA'S PRO FORMA COMPLAINT AND NOTICE OF ADOPTION OF FIRST AMENDED MASTER COMPLAINT (CA 05-070L) ADOPTING AND SUBJECT TO TVL'S AND STC'S PARTIAL MOTION TO DISMISS was served via email in PDF format only, upon:

| | |
|---|---|
| Allen J. McCarthy | amccarthy@melicklaw.com |
| Andrew Trevelise | atrevelise@reedsmith.com |
| Ann M. Songer | asonger@shb.com |
| Anthony F. DeMarco | tdemarco@conversent.net |
| Brian R. Cunha | Brian@Briancunha.com |
| Charles N. Redihan, Jr. | credihan@KPRlaw.com |
| Christopher C. Fallon, Jr. | cfallon@cozen.com |
| Curtis R. Diedrich | cdiedrich@sloanewalsh.com |
| Daniel J. Horgan | horganlaw@snet.com |
| Donald J. Maroney | dmaroney@kkrs.com |
| Edward M. Crane | ecrane@skadden.com |
| Edward T. Hinchey | EHinchey@sloanewalsh.com |
| Edwin F. McPherson | mcpherson@m-klaw.com |
| Eva Marie Mancuso | Emancuso@hwac.com |
| Georgia M. Sullivan | Georgia.Sullivan@thehartford.com |
| Gregory L. Boyer | boyerlaw1@aol.com |
| Howard A. Merten | hmerten.station@vetterandwhite.com |
| Howard J. Julian | sohohomes@yahoo.com |
| J. Renn Olenn | jro@olenn-penza.com |
| James A. Ruggieri | JRuggieri@hcc-law.com |
| James J. Restivo, Jr. | jrestivo@reedsmith.com |
| James R. Lee | JLee@riag.state.ri.us |
| James T. Murphy | jtm@hansoncurran.com |
| Jessica L. Margolis | jmargolis@debevoise.com |
| John J. Nazzaro | attynazzaro@aol.com |
| John R. Mahoney | johnmahoney@amlawllp.com |
| Joseph B. Burns | jburns@rms-law.com |
| Joseph Krowski | josephkrowski.law@verizon.net |
| Joseph J. McGair | jjm@petrarcamcgair.com |
| Joseph V. Cavanagh, Jr. | jvc@blishcavlaw.com |
| Marc DeSisto | marc@Desistolaw.com |
| Mark C. Hadden | MHadden@mhaddenlaw.com |



3873496v.1

| | |
|---|---|
| Mark D. Cahill | mcahill@choate.com |
| Mark P. Dolan | Ricedolank@aol.com |
| Mark S. Mandell | msmandell@msn.com |
| Mark T. Nugent | mnugent@morrisonmahoney.com |
| Mark Tourgee | inmantourgeelaw@aol.com |
| Matthew F. Medeiros | mfm@lmkbw.com |
| Max Wistow | wvenditti@wistbar.com |
| Michael Potenza | bpkeller@debevoise.com |
| Michael A. St. Pierre | mikesp@rrsplaw.com |
| Patrick T. Jones | pjones@cmj-law.com |
| Ralph J. Monaco | rmonaco.c-l@snet.net |
| Randall L. Souza | RSouza@nixonpeabody.com |
| Richard W. MacAdams | Rmacadams@mandwlaw.com |
| Robert Reardon and Robert Rimmer | Reardonlaw@aol.com |
| Ronald J. Resmini | Resminilaw@yahoo.com |
| Ronald Langlois | rlanglois@smithbrink.com |
| Russell Bengtson | RBengtson@ckmlaw.com |
| Scott J. Tucker | STucker@ths-law.com |
| Stephanie Larivee DiMaio | singinglawyer@msn.com |
| Stephen A. Izzi | Stephen.Izzi@hklaw.com |
| Stephen E. Breggia | sbreggia@BBGlaw.us |
| Stephen M. Prignano | sprignano@EdwardsAngell.com |
| Stephen P. Fogerty | fogerty@halloran-sage.com |
| Steven A. Minicucci | SMinicucci@calvinolaw.com |
| Susan S. Wettle | swettle@fbtlaw.com |
| T. Dos Urbanski | durbanski@melicklaw.com |
| Thomas C. Angelone | Angelonelaw@aol.com |
| Thomas W. Lyons | tlyons@straussfactor.com |
| W. Thomas McGough, Jr. | tmcgough@reedsmith.com |

Nancy Hamilton /Dmc

Nancy Hamilton

G:\TVL Broadcasting\General\Pleadings\Answer of Butler TVL and STC to Plaintiff Kolasa's Pro Forma Complaint and Notice of Adoption 041205.DOC



3873496v.1