UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KATRINA KOLASA, f/k/a
KATRINA BUCHKA

Plaintiff

CIVIL ACTION NO.:
(Adopting Civil Action No.: 03-483-L)
05-70L

Vs.

AMERICAN FOAM CORPORATION,
ET AL

Defendants

APRIL 14, 2005

**PLAINTIFF, KATRINA KOLASA'S, THIRD AMENDED LIST OF DEFENDANTS**

The Plaintiff, Katrina Kolasa, has filed a Pro Forma Complaint and Notice of Adoption of a Master Complaint. In making this filing, the Plaintiff has adopted the allegations against the following Defendants named in the Master Complaints in **Albert L. Gray, Administrator, et al (Plaintiffs) vs. Jeffrey Derderian, et al (Defendants)**, C.A. No. 04-312L and claims in **Henault, et al vs. American Foam, Inc., et al**, C.A. No. 03-483L. The Defendants, therefore, are as follows:

1. Jeffrey Derderian
2. Michael Derderian
3. DERCO, LLC
4. Howard Julian
5. Triton Realty Limited Partnership
6. Triton Realty, Inc.

8

7. Raymond Villanova
8. Jack Russell
9. Jack Russell Touring, Inc.
10. Paul Woolnough
11. Manic Music Management, Inc.
12. Knight Records, Inc.
13. Daniel Biechele
14. Anheuser-Busch, Inc.
15. Anheuser-Busch Companies, Inc.
16. McLaughlin & Moran, Inc.
17. Capstar Radio Operating Company, LLC
18. Clear Channel Broadcasting, Inc.
19. Denis P. Larocque, Fire Inspector
20. Anthony Bettencourt
21. Diane DeRuosi, in her capacity as Treasurer of the Town of West Warwick
22. State of Rhode Island
23. Irving J. Owens, Fire Marshall
24. Brian Butler
25. TVL Broadcasting, Inc.
26. STC Broadcasting, Inc.
27. Barry H. Warner
28. Luna Tech, Inc.
29. High Tech Special Effects, Inc.
30. American Foam Corporation
31. Leggett & Platt, Incorporated
32. L & P Financial Services Co.
33. General Foam Corporation
34. GFC Foam, LLC
35. Foamex, LP
36. Foamex International, Inc.
37. FMXI, Inc.
38. PMC, Inc.
39. PMC Global, Inc.
40. JBL Incorporated f/k/a James B. Lansing Sound, Incorporated d/b/a JBL Professional

41. Essex Insurance Company
42. Multi-State Inspections, Inc.
43. High Caliber Inspections, Inc.
44. Underwriters at Lloyds, London
45. Gresham & Associates of R.I., Inc.
46. Four Seasons Coaching Leasing, Inc.
47. "John Doe", Defendants (being unknown defendants who manufactured, distributed, sold or installed non-flame retardant foam or other defective product in use at The Station nightclub on February 20, 2003, who inspected the premises after installation of the foam but prior to February 20, 2003, who promoted, managed or produced the appearance of Great White at The Station nightclub on February 20, 2003, or who received property from Triton Realty – related persons or entities with intent to hinder, delay or defraud Plaintiff)
48. Jack Russell, Mark Kendall, David Filice, Eric Powers, a/k/a Great White
49. Luna Tech Pyrotechnics, Gmbh
50. Citadel Communications Corporation d/b/a Q105 and WQGN
51. Town of West Warwick

Dated this 14th day of April, 2005.

Respectfully Submitted
Plaintiffs

By: ______________________

Ralph J. Monaco, Esq.
Federal Bar No.: ct13306
Conway & Londregan, P.C.
38 Huntington Street
P.O. Box 1351
New London, CT 06320
(860)447-3171

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed via electronic mail and regular mail to the following counsel of record on this 14th day of April 2005:

Anthony F. DeMarco, Esq.
Reynolds, DeMarco & Boland, Ltd.
Greater Providence Bank Building
170 Westminster Street, Suite 200
Providence, RI 02903
*Attorney for the Defendants,*
*Jeffrey Derderian, Michael Derderian*
*And DERCO, LLC*

Christopher C. Fallon, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103-3508
*Attorneys for the Defendants,*
*Jeffrey Derderian, Michael Derderian*
*And DERCO, LLC*

Donald M. Gregory, III, Esq.
7630 Post Road
North Kingston, RI 02852
*Attorneys for the Defendant,*
*Howard Julian*

James T. Murphy, Esq.
Hanson Curran, LLP
146 Westminster Street
Providence, RI 02903-2218

*Attorneys for the Defendants Triton Realty Limited Partnership, Triton Realty, Inc. and Raymond J. Villanova*

Fred A. Kelly, Jr., Esq.
Randall L. Souza, Esq.
Ian C. Ridlon, Esq.
Nixon Peabody, LLP
One Citizens Plaza
Providence, RI 02903

*Attorneys for the Defendants Jack Russell, Jack Russell Touring, Inc., Paul Woolnough, Manic Music Management, Inc., Knight Records, Inc., Mark Kendall, David Filice, Eric Powers a/k/a Great White*

Edwin F. McPherson, Esq.
McPherson & Kalmansohn
1801 Century Park East, 24TH Floor
Los Angeles, CA 90067

*Attorneys for the Defendants Jack Russell, Jack Russell Touring, Inc., Paul Woolnough, Manic Music Management, Inc., Knight Records, Inc., Mark Kendall, David Filice, Eric Powers a/k/a Great White*

Donald J. Maroney, Esq.
146 Westminster Street, Suite 500
Providence, RI 02903
*Attorneys for the Defendant*
*Daniel Biechele*

James H. Reilly, III, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street
Providence, RI 02903
*Attorneys for the Defendant*
*Daniel Biechele*

Joseph V. Cavanaugh, Jr., Esq.
Kristin E. Rodgers, Esq.
Blish & Cavanaugh
30 Exchange Terrace
Providence, RI 02903
*Attorneys for the Defendant*
*Anheuser-Busch, Inc.&*
*Anheuser-Busch Companies, Inc.*

Edward M. Crane, Esq.
Deborah G. Solmor, Esq.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
*Attorneys for the Defendant*
*Anheuser-Busch Companies, Inc.*

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
Vetter & White, Incorporated
20 Washington Place
Providence, RI 02903
*Attorneys for the Defendant*
*McLaughlin & Moran, Inc.*

Stephen M. Prignano, Esq.
Stephen J. MacGillivray, Esq.
Edwards & Angell
2800 Financial Plaza
Providence, RI 02903
*Attorneys for the Defendant*
*Clear Channel Broadcasting, Inc.*

W. Thomas McGough, Jr., Esq.
James J. Restivo, Esq.
Reed Smith, LLP
435 Sixth Avenue
Pittsburg, PA 15219
*Attorneys for the Defendant*
*Clear Channel Broadcasting, Inc.*

Andrew J. Trevelise, Esq.
Reed Smith, LLP
2500 One Liberty Place
Philadelphia, PA 19103-7301
*Attorneys for the Defendant*
*Clear Channel Broadcasting, Inc.*

Marc DeSisito, Esq.
DeSisto Law
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
*Attorneys for the Defendants*
*Denis P. Larocque, Anthony Bettencourt,*
*Town of West Warwick, & Diane DeRuosi*

James R. Lee, Esq.
Attorney General's Office
State of Rhode Island
1500 South Main Street
Providence, RI 02903
*Attorneys for Defendants*
*State of Rhode Island &*
*Irving J. Owens*

Richard W. MacAdams, Esq.
MacAdams & Wieck, Inc.
101 Dyer Street
Providence, RI 02903
*Attorneys for the Defendants*
*Brian Butler, TVL Broadcasting, Inc.,*
*STC Broadcasting, Inc.*

Charles L. Babcock, Esq.
Nancy W. Hamilton, Esq.
Earl H. Walker, Esq.
Jackson Walker, LLP
1401 McKinney, Suite 1900
Houston, TX 77010
*Attorneys for the Defendants*
*Brian Butler, TVL Broadcasting, Inc.,*
*STC Broadcasting, Inc.*

Ronald P. Langlois, Esq.
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908
*Attorneys for the Defendant*
*Barry H. Warner*

Curtis R. Diedrich, Esq.
Sloane & Walsh
Three Center Plaza
Boston, MA 02108
*Attorneys for the Defendants*
*Luna Tech, Inc. & Luna Tech Pyrotechnics, Gmbh*

Mark T. Nugent, Esq.
Morrison Mahoney, LLP
121 South Main Street
Suite 600
Providence, RI 02903
*Attorneys for the Defendant*
*High Tech Special Effects, Inc.*

Thomas C. Angelone, Esq.
Hodosh, Spinella & Angelone
One Turks Head Place
Suite 1050
Providence, RI 02903
*Attorneys for the Defendant*
*America Foam Corporation*

Thomas W. Lyons, III, Esq.
Strauss, Factor & Lopes
403 South Main Street
Providence, RI 02903
*Attorneys for Defendants Leggett & Platt, Incorporated and L & P Financial Services, Co.*

George Wolf, Esq.
Shook, Hardy & Bacon
One Kansas City Place
1200 Main Street
Kansas City, MO 64105
*Attorneys for Defendants Leggett & Platt, Incorporated*

Ann M. Songer, Esq.
Shook, Hardy & Bacon
One Kansas City Place
1200 Main Street
Kansas City, MO 64105
*Attorneys for the Defendants L& P Financial Services, Co.*

Gerald C. DeMaria, Esq.
Higgins, Cavanaugh & Cooney
123 Dyer Street
Providence, RI 02903
*Attorneys for the Defendants General Foam Corp., GFC Foam, LLC, Foamex L.P., Foamex International, Inc., FMXI, Inc., PMC, Inc. and PMC Global, Inc.*

C. Russell Bengston, Esq.
Carroll, Kelly & Murphy
One Turks Head Plaza, Suite 400
Providence, RI 02903
*Attorneys for the Defendants*
*JBL Incorporated f/k/a James*
*B. Lansing Sound, Incorporated*
*d/b/a JBL Professional*

Georgia Sullivan, Esq.
Mathis & Associates
55 Farmington Avenue, Suite 500
Hartford, CT 06105
*Attorneys for the Defendants*
*JBL Incorporated f/k/a James*
*B. Lansing Sound, Incorporated*
*d/b/a JBL Professional*

Mark D. Cahill, Esq.
Eric Bradford Hermanson, Esq.
Choate, Hall & Stewart
53 State Street, Exchange Place
Boston, MA 02109
*Attorneys for the Defendant*
*Essex Insurance Company*

Mark C. Hadden, Esq.
68 Kennedy Plaza
Providence, RI 02903
*Attorneys for the Defendant*
*Essex Insurance Company*

John R. Mahoney, Esq.
Asquith, Mahoney & Robinson
155 South Main Street
Suite 202
Providence, RI 02903
*Attorneys for the Defendant*
*Multi-State Inspections, Inc.*
*High Caliber Inspections, Inc.*

Mark P. Dolan, Esq.
Anthony R. Leone, Esq.
Rice Dolan & Kershaw
170 Westminster Street, Suite 900
Providence, RI 02903
*Attorneys for the Defendant*
*Underwriters at Lloyd's, London*

Gregory L. Boyer, Esq.
Boyer, Reynolds, & DeMarco, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903
*Attorneys for the Defendant*
*Gresham & Associates of RI, Inc.*

Bruce P. Kelly, Esq.
Jessica L. Margolis, Esq.
Michael Potenza, Esq.
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022
*Attorneys for the Defendant*
*Citadel Communications Corporation*

Matthew F. Medeiros, Esq.
Little, Medeiros, Kinder, & Whitney
72 Pine Street, 5th Floor
Providence, RI 02903
*Attorneys for the Defendant*
*Citadel Communications Corporation*

Michael R. DeLuca, Esq.
Gidley, Sarli & Marusak, LLP
One Turks Head Place
Suite 900
Providence, RI 02903
*Attorneys for the Defendant*
*STC Broadcasting, Inc.*

Edward O'Connell, Esq.
Waller Smith & Palmer, P.C.
52 Eugene O'Neill Drive
New London, CT 06320
*Attorneys for the Defendant*
*Citadel Communications Corporation*

By ________________________
Ralph J. Monaco, Esq.