**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

KATRINA KOLASA, FKA Katrina Buchka :
:
VS. : C.A. NO. 2005-070 L
:
JEFFREY DERDERIAN, ET AL :

***ANSWER OF DEFENDANT DANIEL BIECHELE TO PLAINTIFF'S FIRST AMENDED MASTER COMPLAINT***

***Preliminary Statement***

The Plaintiff has adopted the First Amended Master Complaint in Albert L. Gray, Administrator, Et Al v. Jeffrey Derderian, Et Al, C.A. No. 04-312 L. This Defendant hereby incorporates the Answer filed on his behalf as his Answer hereto.

The Plaintiff has also included additional allegations set forth in the case of Jude B. Henault v. American Foam Corporation, Et Al, C.A. No. 03-483 L. This Defendant hereby incorporates the Answer filed on his behalf as his Answer hereto.

**PARTIES**

**Plaintiffs**

1. Defendant Daniel Biechele is without knowledge or information as to Katrina Kolasa, fka Katrina Buchka's residency. Based on the criminal prosecution Defendant Daniel Biechele currently faces in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, Mr. Biechele has no choice but to invoke his privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, Mr. Biechele respectfully declines to answer the remaining allegations contained in Paragraph 1 of Plaintiff's Pro Forma Complaint at this time.

**Defendants**

2. through 4. Defendant Daniel Biechele is without knowledge or information as

10

it relates to the Defendants' Mark Kendall, David Felice or Eric Powers residency. Based on the criminal prosecution Defendant Daniel Biechele currently faces in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, Mr. Biechele has no choice but to invoke his privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, Mr. Biechele respectfully declines to answer the remaining allegations contained in Paragraphs 2 through 4 of Plaintiff's Pro Forma Complaint at this time.

5. through 6. Defendant Daniel Biechele is without knowledge or information as it relates to the Defendants' Citadel Communications Corporation, d/b/a Q105 and WQGN and Luna Tech Inc. state of Incorporation or their corporate structure. Based on the criminal prosecution Defendant Daniel Biechele currently faces in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, Mr. Biechele has no choice but to invoke his privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, Mr. Biechele respectfully declines to answer the remaining allegations contained in Paragraphs 5 through 6 of Plaintiff's Pro Forma Complaint at this time.

7. Based on the criminal prosecution Defendant Daniel Biechele currently faces in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, Mr. Biechele has no choice but to invoke his privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, Mr. Biechele respectfully declines to answer the allegations contained in Paragraph 7 of Plaintiff's Pro Forma Complaint at this time.

8. Defendant Daniel Biechele is without knowledge or information of the truth or

falsity of the allegations set forth in Paragraph 8 of Plaintiff's Pro Forma Complaint and leaves Plaintiff to her proof thereof.

**ADDITIONAL COUNT ONE SUBMITTED ON BEHALF OF THE PLAINTIFF KATRINA KOLASA FKA KATRINA BUCHKA AS TO JACK RUSSELL, MARK KENDALL, DAVID FILICE, ERIC POWERS a/k/a GREAT WHITE**

9. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 271 of Plaintiffs' First Amended Master Complaint and Paragraphs 1 through 8 of the additional allegations as if more fully set forth herein.

10. through 11. Based on the criminal prosecution Defendant Daniel Biechele currently faces in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, Mr. Biechele has no choice but to invoke his privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, Mr. Biechele respectfully declines to answer the allegations contained in Paragraphs 10 through 11 of Plaintiff's Additional Count One of Plaintiff's Pro Forma Complaint at this time.

**ADDITIONAL COUNT TWO SUBMITTED ON BEHALF OF THE PLAINTIFF KATRINA KOLASA FKA KATRINA BUCHKA AS TO JACK RUSSELL, MARK KENDALL, DAVID FILICE, ERIC POWERS a/k/a GREAT WHITE—VIOLATION OF RHODE ISLAND GENERAL LAWS TITLE 9, CHAPTER 1, SECTION 2**

12. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 271 of Plaintiffs' First Amended Master Complaint and Paragraphs 1 through 11 of the additional allegations as if more fully set forth herein.

13. Based on the criminal prosecution Defendant Daniel Biechele currently faces in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, Mr. Biechele has no choice but to invoke his privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, Mr. Biechele respectfully declines to answer the allegations contained in Paragraph 13 of Plaintiff's Additional Count Two

of Plaintiff's Pro Forma Complaint at this time.

**ADDITIONAL COUNT THREE SUBMITTED ON BEHALF OF THE PLAINTIFF KATRINA KOLASA FKA KATRINA BUCHKA AS TO LUNA TECH, INC. AND LUNA TECH PYROTECHNIC, GMBH—NEGLIGENCE**

14. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 271 of Plaintiffs' First Amended Master Complaint and Paragraphs 1 through 8 of the additional allegations as if more fully set forth herein.

15. through 16. Based on the criminal prosecution Defendant Daniel Biechele currently faces in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, Mr. Biechele has no choice but to invoke his privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, Mr. Biechele respectfully declines to answer the allegations contained in Paragraphs 15 through 16 of Plaintiff's Additional Count Three of Plaintiff's Pro Forma Complaint at this time.

**ADDITIONAL COUNT FOUR SUBMITTED ON BEHALF OF THE PLAINTIFF KATRINA KOLASA FKA KATRINA BUCHKA AS TO LUNA TECH, INC. AND LUNA TECH PYROTECHNIC, GMBH—STRICT LIABILITY**

17. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 271 of Plaintiffs' First Amended Master Complaint and Paragraphs 1 through 8 and Paragraphs 14 through 16 of the additional allegations as if more fully set forth herein.

18. through 22. Based on the criminal prosecution Defendant Daniel Biechele currently faces in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, Mr. Biechele has no choice but to invoke his privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, Mr. Biechele respectfully declines to answer the allegations contained in Paragraphs 18 through 22 of Plaintiff's Additional Count Four of Plaintiff's Pro Forma Complaint at this time.

**ADDITIONAL COUNT FIVE SUBMITTED ON BEHALF OF THE PLAINTIFF KATRINA KOLASA FKA KATRINA BUCHKA AS TO CITADEL COMMUNICATIONS CORPORATION d/b/a Q105 AND WQGN—NEGLIGENCE**

23. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 271 of Plaintiffs' First Amended Master Complaint and Paragraphs 1 through 8 of the additional allegations as if more fully set forth herein.

24. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraph 24 of Plaintiff's Pro Forma Complaint and leaves Plaintiff to her proof thereof.

25. through 34. Based on the criminal prosecution Defendant Daniel Biechele currently faces in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, Mr. Biechele has no choice but to invoke his privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, Mr. Biechele respectfully declines to answer the allegations contained in Paragraphs 25 through 34 of Plaintiff's Additional Count Five of Plaintiff's Pro Forma Complaint at this time.

**ADDITIONAL COUNT SIX SUBMITTED ON BEHALF OF THE PLAINTIFF KATRINA KOLASA FKA KATRINA BUCHKA AS TO THE TOWN OF WEST WARWICK AND FIRE INSPECTOR DENIS LAROCQUE—NEGLIGENCE**

35. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 271 and Paragraphs 411 through 429 of Plaintiffs' First Amended Master Complaint, and Paragraphs 1 through 8 of the additional allegations as if more fully set forth herein.

36. through 38. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraphs 36 through 38 of Plaintiff's Pro Forma Complaint and leaves Plaintiff to her proof thereof.

39. through 41. Based on the criminal prosecution Defendant Daniel Biechele currently faces in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-

653, Mr. Biechele has no choice but to invoke his privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, Mr. Biechele respectfully declines to answer the allegations contained in Paragraphs 39 through 41 of Plaintiff's Additional Count Six of Plaintiff's Pro Forma Complaint at this time.

42. through 44. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraphs 42 through 44 of Plaintiff's Pro Forma Complaint and leaves Plaintiff to her proof thereof.

**ADDITIONAL COUNT SEVEN SUBMITTED ON BEHALF OF THE PLAINTIFF KATRINA KOLASA FKA KATRINA BUCHKA AS TO THE TOWN OF WEST WARWICK AND FIRE INSPECTOR DENIS LAROCQUE—TITLE 9, CHAPTER 1, SECTION 2**

45. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 271 and Paragraphs 411 through 429 of Plaintiffs' First Amended Master Complaint, and Paragraphs 35 through 44 of the additional allegations as if more fully set forth herein.

46. Based on the criminal prosecution Defendant Daniel Biechele currently faces in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, Mr. Biechele has no choice but to invoke his privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, Mr. Biechele respectfully declines to answer the allegations contained in Paragraph 46 of Plaintiff's Additional Count Seven of Plaintiff's Pro Forma Complaint at this time.

**ADDITIONAL COUNT EIGHT SUBMITTED ON BEHALF OF THE PLAINTIFF KATRINA KOLASA FKA KATRINA BUCHKA AS TO THE STATE OF RHODE ISLAND AND IRVING J. OWENS, FIRE MARSHALL—NEGLIGENCE**

47. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 271 and Paragraphs 434 through 440 of Plaintiffs' First Amended Master Complaint, and Paragraphs 1 through 8 of the additional allegations as if more fully set forth herein.

48. through 49. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraphs 48 through 49 of Plaintiff's Pro Forma Complaint and leaves Plaintiff to her proof thereof.

50. through 53. Based on the criminal prosecution Defendant Daniel Biechele currently faces in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, Mr. Biechele has no choice but to invoke his privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, Mr. Biechele respectfully declines to answer the allegations contained in Paragraphs 50 through 53 of Plaintiff's Additional Count Eight of Plaintiff's Pro Forma Complaint at this time.

54. through 56. Defendant Daniel Biechele is without knowledge or information of the truth or falsity of the allegations set forth in Paragraphs 54 through 56 of Plaintiff's Pro Forma Complaint and leaves Plaintiff to her proof thereof.

**ADDITIONAL COUNT NINE SUBMITTED ON BEHALF OF THE PLAINTIFF KATRINA KOLASA FKA KATRINA BUCHKA AS TO THE STATE OF RHODE ISLAND AND IRVING J. OWENS, FIRE MARSHAL—TITLE 9, CHAPTER 1, SECTION 2**

57. Defendant Daniel Biechele incorporates by reference his answers to Paragraphs 1 through 271 and Paragraphs 434 through 440 of Plaintiffs' First Amended Master Complaint, and Paragraphs 47 through 56 of the additional allegations as if more fully set forth herein.

58. Based on the criminal prosecution Defendant Daniel Biechele currently faces in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, Mr. Biechele has no choice but to invoke his privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, Mr. Biechele respectfully declines to answer the allegations contained in Paragraph 58 of Plaintiff's Additional Count Nine of Plaintiff's Pro Forma Complaint at this time.

**ADDITIONAL COUNT TEN SUBMITTED ON BEHALF OF THE PLAINTIFF KATRINA KOLASA FKA KATRINA BUCHKA ALLEGING JOINT VENTURE LIABILITY AS TO JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO, LLC d/b/a THE STATION, MANIC MUSIC MANAGEMENT, INC., JACK RUSSELL, MARK KENDALL, DAVID FILICE, ERIC POWERS, DANIEL BIECHELE, PUAL WOOLNOUGH, KNIGHT RECORDS, INC., ANHEUSER-BUSCH, INC., ANHEUSER-BUSCH COMPANIES, INC., MCLAUGHLIN & MORAN, INC., CLEAR CHANNEL BROADCASTING, INC. d/b/a WHJY-FM, CITADEL COMMUNICATIONS CORPORATION d/b/a WQGN-FM, MOTIVA ENTERPRISES, LLC, SHELL OIL COMPANY, TOWN OF WEST WARWICK, DENIS LAROCQUE, STATE OF RHODE ISLAND AND IRVING J. OWENS**

59. Defendant Daniel Biechele incorporates by reference his answers to all prior paragraphs of Plaintiffs' First Amended Master Complaint and all additional allegations as if more fully set forth herein.

60. through 64. Based on the criminal prosecution Defendant Daniel Biechele currently faces in the matter of State of Rhode Island v. Daniel Biechele, Docket No. KI 2003-653, Mr. Biechele has no choice but to invoke his privilege against self-incrimination pursuant to the Fifth Amendments to the United States and Rhode Island Constitutions as well as Article I, Section 13 of the Rhode Island State Constitution. Based on these privileges, Mr. Biechele respectfully declines to answer the allegations contained in Paragraphs 60 through 64 of Plaintiff's Additional Count Ten of Plaintiff's Pro Forma Complaint at this time.

WHEREFORE, Defendant Daniel Biechele demands entry of Judgment in his behalf as to Plaintiff's First Amended Master Complaint and Pro Forma Complaint.

James H. Reilly - #0658
KELLY, KELLEHER, REILLY & SIMPSON
Attorneys for Defendant Daniel Biechele
146 Westminster Street, Suite 500
Providence, RI 02903
(401) 272-1312
(401) 331-9397—FAX

Donald J. Maroney - #3737
KELLY, KELLEHER, REILLY & SIMPSON
Attorneys for Defendant Daniel Biechele
146 Westminster Street, Suite 500
Providence, RI 02903
(401) 272-1312
(401) 331-9397—FAX

***CERTIFICATION***

Thomas C. Angelone, Esq.
Hodosh, Spinella & Angelone, P.C.
One Turks Head Place, Suite 1050
Providence, RI 02903
angelonelaw@aol.com

C. Russell Bengtson, Esq.
Carroll, Kelly & Murphy
One Turks Head Place, Suite 400
Providence, RI 02903
rbengtson@mklaw.com

Gregory L. Boyer, Esq.
170 Westminster Street, Suite 200
Providence, RI 02903
Boyerlaw1@aol.com

Stephen E. Breggia, Esq.
Breggia Bowen & Grande
395 Smith Street
Providence, RI 02908
sbreggia@bbglaw.us

Mark D. Cahill, Esq.
Eric Bradford Hermanson, Esq.
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA 02109
mcahill@choate.com

Joseph V. Cavanagh, Jr., Esq.
Kristin E. Rodgers, Esq.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
jvc@blishcavlaw.com

Edward M. Crane, Esq.
Deborah G. Solmor, Esq.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
ecrane@skadden.com

Brian R. Cunha, Esq.
Karen A. Alegria, Esq.
Brian R. Cunha & Associates
311 Pine Street
Fall River, MA 02720
brian@briancunha.com

Michael R. De Luca, Esq.
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
mrd@gsm-law.com

James A. Ruggieri, Esq.
Gerald C. DeMaria, Esq.
Higgins, Cavanagh & Cooney
123 Dyer Street
Providence, RI 02903
jruggieri@hcc-law.com

Marc DeSisto, Esq.
Michael A. DeSisto, Esq.
Kathleen M. Daniels, Esq.
DeSisto Law Offices
PO Box 2563
Providence, RI 02906
marc@desistolaw.com

Curtis R. Diedrich, Esq.
Edward T. Hinchey, Esq.
Robert T. Norton, Esq.
Sloane and Walsh LLP
Three Center Plaza
Boston, MA 02108
cdiedrich@sloanewalsh.com

Stefanie DiMaio-Larivee, Esq.
Grilli & DiMaio
215 Broadway
Providence, RI 02903
singinglawyer@msn.com

Mark P. Dolan, Esq.
Rice Dolan & Kershaw
170 Westminster Street, Suite 900
Providence, RI 02903
ricedolank@aol.com

Christopher C. Fallon, Jr., Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
cfallon@cozen.com

Mark C. Hadden, Esq.
Law Offices of Mark C. Hadden
68 Kennedy Plaza, Suite 3
Providence, RI 02903
mhadden@mhaddenlaw.com

Carl A. Henlein, Esq.
John R. Crocket III, Esq.
Susan A. Wettle, Esq.
Frost Brown Todd
400 West Market Street, 32nd Floor
Louisville, KY 40202
chenlein@fbtlaw.com

Daniel J. Horgan, Esq.
The Horgan Law Offices
Shaw's Cove 5, Suite 200
New London, CT 06320
horganlaw@snet.com

Stephen A. Izzi, Esq.
Holland & Knight LLP
One Financial Plaza, Suite 1800
Providence, RI 02903
stephen.izzi@hklaw.com

Patrick T. Jones, Esq.
Peter Schneider, Esq.
Cooley Manion Jones, LLP
21 Custom House Street
Boston, MA 02110
pjones@cmj-law.com

Mr. Howard J. Julian
57 Shermantown Road
North Kingstown, RI 02874
sohohomes@yahoo.com

Bruce P. Keller, Esq.
Jessica L. Margolis, Esq.
Michael R. Potenza, Esq.
Debevoise & Plimpton
919 Third Avenue
New York, NY 10022
bpkeller@debevoise.com

Ronald P. Langlois, Esq.
Lauren D. Wilkins, Esq.
Smith & Brink, P.C.
One State Street, Suite 401
Providence, RI 02908
rlanglois@smithbrink.com

James R. Lee, Esq.
Assistant Attorney General
State of Rhode Island
Department of Attorney General
150 South Main Street
Providence, RI 02903
jlee@riag.state.ri.us

Thomas W. Lyons, Esq.
Strauss, Factor, Laing & Lyons
222 Richmond Street, Suite 208
Providence, RI 02903-2914
tlyons@straussfactor.com

Richard W. MacAdams, Esq.
MacAdams & Wieck Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903
rmacadams@mandwlaw.com

John W. Mahoney, Esq.
Asquith & Mahoney, LLP
155 South Main Street, 2nd Floor
Providence, RI 02903
johnmahoney@amlawllp.com

Eva Marie Mancuso, Esq.
Hamel, Waxler, Allen & Collins
387 Atwells Avenue
Providence, RI 02909
emancuso@hwac.com

Mark S. Mandell, Esq.
Yvette M. Boisclair, Esq.
Mandell, Schwartz & Boisclair
One Park Row
Providence, RI 02903
msmandell@msn.com

Allen J. McCarthy, Esq.
Melick, Porter & Shea, LLP
28 State Street
Boston, MA 02110
amccarthy@melicklaw.com

Joseph J. McGair, Esq.
Petrarca & McGair, Inc.
797 Bald Hill Road
Warwick, RI 02886
jjm@petrarcamcgair.com

W. Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
tmcgough@reedsmith.com

Edwin F. McPherson, Esq.
McPherson & Kalmansohn LLP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
emcpherson@m-klaw.com

Matthew F. Medeiros, Esq.
Little, Medeiros, Kinder, Bulman & Whitney, P.C.
72 Pine Street, 5th Floor
Providence, RI 02903
mfm@lmkbw.com

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903
hmerten@vetterandwhite.com

Steven A. Minicucci, Esq.
John N. Calvino Law Associates
373 Elmwood Avenue
Providence, RI 02907-1688
sminicucci@calvinolaw.com

Ralph J. Monaco, Esq.
Patrick J. Day, Esq.
Conway & Londregan
PO Box 1351
New London, CT 06320
rmonaco.c-l@snet.net

James T. Murphy, Esq.
Kelly N. Michels, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903
jtm@hansoncurran.com

William E. Murray, Esq.
Edwards & Angell
90 State House Square
Hartford, CT 06103
wmurray@edwardsangell.com

John J. Nazzaro, Esq.
Law Offices of John J. Nazzaro, LLC
164 Hempstead Street
New London, CT 06320
nazzjn@aol.com

Mark T. Nugent, Esq.
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI 02903-7141
mnugent@mail.mm-m.com

Edward O'Connell, Esq.
Walter Smith & Palmer, P.C.
52 Eugene O'Neill Drive
New London, CT 06320

Stephen M. Prignano, Esq.
Stephen J. MacGillivray, Esq.
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903
sprignano@edwardsangell.com

Robert I. Reardon, Jr., Esq.
Robert T. Rimmer, Esq.
The Reardon Law Firm, P.C.
160 Hempstead Street
New London, CT 06320
reardonlaw@aol.com

Charles N. Redihan, Jr., Esq.
Kiernan, Plunkett & Redihan
91 Friendship Street
Providence, RI 02903
credihan@kprlaw.com

Ronald J. Resmini, Esq.
Ronald J. Creamer, Esq.
Ronald J. Resmini, Ltd.
155 South Main Street, Suite 400
Providence, RI 02903
resminilaw@yahoo.com

Mark T. Reynolds, Esq.
Anthony F. DeMarco, Esq.
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903
tdemarco@conversent.net

Michael A. St. Pierre, Esq.
Revens Revens & St. Pierre, P.C.
946 Centerville Road
Warwick, RI 02886
mikesp@rrplaw.com

Fred A. Kelly, Jr., Esq.
Steven M. Richard, Esq.
Ian C. Ridlon, Esq.
Nixon Peabody, LLP
One Citizens Plaza, Suite 700
Providence, RI 02903
stationfirelitigation@nixonpeabody.com

Georgia A. Sullivan, Esq.
Mathis & Associates
55 Farmington Avenue, Suite 500
Hartford, CT 06105
georgia.Sullivan@thehartford.com

Andrew J. Trevelise, Esq.
Reed Smith LLP
2500 One Liberty Place
Philadelphia, PA 19103
atrevelise@reedsmith.com

Scott J. Tucker, Esq.
Tucker, Heifetz & Saltzman, LLP
3 School Street
Boston, MA 02108
stucker@ths-law.com

T. Dos Urbanski, Esq.
Melick, Porter & Shea, LLP
Two Richmond Square – Suite 104
Providence, RI 02906
durbanski@melichlaw.com

Earl H. Walker, Esq.
Nancy W. Hamilton, Esq.
Charles L. Babcock, Esq.
Jackson Walker LLP
1401 McKinney, Suite 1900
Houston, TX 77010
ewalker@jw.com

Max H. Wistow, Esq.
Wistow & Barylick, Inc.
61 Weybosset Street
Providence, RI 02903
mwistow@wistbar.com

George E. Wolf, III, Esq.
Ann M. Songer, Esq.
Shook, Hardy & Bacon, LLP
One Kansas City Place
1200 Main Street
Kansas City, MO 64105-2118
gwolf@shb.com

I hereby certify that I e-mailed a true copy of the within to the above on the 21st day of April, 2005.

L L Roomes