UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KATRINA KOLASA, f/k/a KATRINA BUCHKA<br>Plaintiff,<br>v.<br>AMERICAN FOAM CORPORATION, ET AL.<br>Defendants | 05-70 L<br>Civ. No. ~~03-CV-483-L~~. |
| ALBERT A. GRAY, ADMINISTRATOR, ET AL.<br>Plaintiffs,<br>v.<br>JEFFREY DERDERIAN, ET AL.,<br>Defendants. | Civ. No. 04-312-L |

**ESSEX INSURANCE'S NOTICE OF ADOPTION OF MOTION TO DISMISS AS TO PLAINTIFF KATRINA KOLASA**

Pursuant to Fed. R. Civ. P. 12(b), and in response to the Pro Forma Complaint and Notice of Adoption of Amended Master Complaint of Katrina Kolasa, Defendant Essex Insurance Company ("Essex") hereby adopts and moves to dismiss for the reasons set forth by Essex in its Motion to Dismiss Plaintiffs' Master Complaint ("Motion to Dismiss"), its Reply to Plaintiffs' Opposition to the Motion to Dismiss, and its Objections to Plaintiffs' Motions to Amend Master Complaint.

11

Respectfully submitted,

ESSEX INSURANCE COMPANY

By counsel:

Mark C. Hadden (R.I. Bar # 3101)
Law Offices of Mark C. Hadden
68 Kennedy Plaza, Suite 3
Providence, RI 02903
(401) 274-0909

Pro hac vice:

Mark D. Cahill (MA BBO # 544693)
Eric Bradford Hermanson
(MA BBO # 560256)
CHOATE, HALL & STEWART
Exchange Place, 53 State Street
Boston, MA 02109
(617) 248-5000

Dated: April 22, 2005

3908476v1

CERTIFICATION

I certify that on the 25 day of April, 2005, I served a true copy of the within document, Essex Insurance's Notice of Adoption of Motion to Dismiss – Kolasa by electronic mail to the parties listed below.

| | |
|---|---|
| Thomas C. Angelone, Esq. | angelonelaw@aol.com |
| Charles Babcock, Esq. | cbabcock@jw.com |
| C. Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| Gregory L. Boyer, Esq. | boyerlaw1@aol.com |
| Stephen Breggia, Esq. | sbreggia@bbglaw.us |
| Joseph B. Burns, Esq. | jburns@rms-law.com |
| Mark Cahill, Esq. | mcahill@choate.com |
| Joseph V. Cavanagh, Jr., Esq. | jvc@blishcavlaw.com |
| Edward Crane, Esq. | ecrane@skadden.com |
| Brian Cunha, Esq. | brian@briancunha.com |
| Michael R. DeLuca | MRD@gsm-law.com |
| Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| Marc DeSisto, Esq. | marc@desistolaw.com |
| Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| Stephanie DiMaio Larivee, Esq. | fonia@msn.com |
| Mark P. Dolan, Esq. | ricedolank@aol.com |
| Christopher Fallon, Esq. | cfallon@cozen.com |
| Stephen P. Fogerty, Esq. | fogerty@halloran-sage.com |
| Mark C. Hadden, Esq. | mhadden@mhaddenlaw.com |
| Eric B. Hermanson, Esq. | Ehermanson@choate.com |
| Edward T. Hinchey, Esq. | ehinchey@sloanewalsh.com |
| Daniel J. Horgan | horganlaw@snet.net |
| Patrick T. Jones, Esq. | pjones@cmj-law.com |
| Howard Julien (pro se) | sohohomes@yahoo.com |
| Joseph Krowski, Esq. | josephkrowski.law@verizon.net |
| Donna M. Lamontagne, Esq. | dlamontagne@zizikpowers.com |
| Ronald Langlois, Esq. | rlanglois@smithbrink.com |
| Faith A. LaSalle, Esq. | flasalle@lasallelaw.com |
| James R. Lee, Esq. | jlee@riag.ri.gov |
| Thomas W. Lyons, Esq. | tlyons@straussfactor.com |
| Richard W. MacAdams, Esq. | rmacadams@mandwlaw.com |
| John R. Mahoney, Esq. | johnmahoney@amlawllp.cm |
| Eva Mancuso, Esq. | emancuso@hwac.com |

| | |
|---|---|
| Mark S. Mandell, Esq. | msmandell@msn.com |
| Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| Joseph J. McGair, Esq. | jjm@petrarcamcgair.com |
| Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| Matthew F. Medeiros, Esq. | mfm@lmkbw.com |
| Howard A. Merten, Esq. | hmerten@vetterandwhite.com |
| Steven Minicucci, Esq. | sminicucci@calvinolaw.com |
| Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |
| James T. Murphy, Esq. | jtm@hansoncurran.com |
| John J. Nazzaro | nazzjn@aol.com |
| Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |
| J. Renn Olenn | jro@olenn-penza.com |
| Mark Ostrowski, Esq. | mostrowski@goodwin.com |
| Michael Potenza | mpotenza@debevoise.com |
| Stephen M. Prignano, Esq. | sprignano@edwardsangell.com |
| Robert Reardon, Esq. and Robert Rimmer, Esq. | reardonlaw@aol.com |
| Charles Redihan | credihan@KPRlaw.com |
| Ronald Resmini, Esq. | resminilaw@yahoo.com |
| James J. Restivo, Jr., Esq. | jrestivo@reedsmith.com |
| Steven Richard | StationFireLitigation@nixonpeabody.com |
| James A. Ruggieri, Esq. | jruggieri@hcc-law.com |
| Michael St. Pierre, Esq. | mikesp@rrsplaw.com |
| Georgia Sullivan, Esq. | Georgia.Sullivan@thehartford.com |
| Mark D. Tourgee, Esq. | inmantourgeelaw@aol.com |
| Andrew J. Trevelise, Esq. | atrevelise@reedsmith.com |
| Scott J. Tucker, Esq. | stucker@ths-law.com |
| T. Dos Urbanski, Esq. | durbanski@melicklaw.com |
| Susan S. Wettle, Esq. | swettle@fbtlaw.com |
| Max Wistow, Esq. | jdean@wistbar.com |
| George Wolf, Esq. | gwolf@shb.com |