UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KATRINA KOLASA, f/k/a<br>KATRINA BUCHKA<br>Plaintiff, | : | |
| vs. | : | CIVIL ACTION NO.: 05-070 L |
| AMERICAN FOAM CORPORATION,<br>Defendants. | : | |

**STIPULATION**

It is hereby agreed in the above-captioned matter that defendants General Foam Corporation, GFC Foam, LLC, Foamex LP, Foamex International, Inc., FMXI, Inc., PMC, Inc., and PMC Global, Inc. may have up to and including May 2, 2005 within which to file their response to plaintiff's pro forma complaint and adoption of First Amended Master Complaint.

Patrick J. Day

Ralph J. Monaco, Esq.
Patrick J. Day, Esq.
CONWAY & LONDREGAN, P.C.
38 Huntington Street
P.O. Box 1351
New London, CT 06320
Tel: (860) 447-3171

Gerald C. DeMaria #0637
James A. Ruggieri #2828
HIGGINS, CAVANAGH & COONEY
123 Dyer Street
Providence, RI 02903
Tel: (401) 272-3500
Fax: (401) 273-8780

(14)