UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KATRINA KOLASA, f/k/a KATRINA BUCHKA | : | |
| *Plaintiff* | : | |
| | : | |
| v. | : | C.A. No. 05-070 L |
| | : | (adopting C.A. No. 03-483L) |
| AMERICAN FOAM CORPORATION, et al | : | |
| *Defendants* | : | |

**ANSWER AND JURY CLAIM**
**OF DEFENDANT, AMERICAN FOAM CORPORATION**

Plaintiff, ***Katrina Kolasa, f/k/a Katrina Buchka***, has adopted the First Amended Master Complaint in *Albert L. Gray, Administrator, et al v. Jeffrey Derderian, et al*, C.A. No. 04-312L, this Defendant, ***American Foam Corporation***, hereby incorporates the answer filed on its behalf in *Gary* as its answer here.

Plaintiff, ***Katrina Kolasa, f/k/a Katrina Buchka***, has also adopted the additional allegations and claims as set forth in the *Henault, et al v. American Foam Corp., et al,* C.A. No. 03-483L "Notice of Adoption of the Amended Master Complaint." Those additional allegations and claims are made against several Defendants other than Defendant, ***American Foam Corporation,*** and therefore require no response. To the extent these additional allegations and claims may be read as asserting actionable conduct on the part of this Defendant, they are denied.

15

**AMERICAN FOAM CORPORATION**

By its Attorneys,

Thomas C. Angelone, Esq. #1373
**HODOSH, SPINELLA & ANGELONE** PC
One Turks Head Place, Suite 1050
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538

Dated: May 9, 2005

Defendant, ***American Foam Corporation***, hereby claims a trial by jury.

Thomas C. Angelone, Esq.

C.A. No. 03-483 L Katrina Kolasa, f/k/a Katrina Buchka v. American Foam Corporation, et al

## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the Answer and Jury Claim of Defendant, American Foam Corporation, was electronically mailed to the following individuals this 9th day of May, 2005. The original answer was filed with the Clerk of the Court.

Mary V. Conlon

/mvc

**StationFireStationFireStation FireStation Fire**

tdemarco@conversent.net
brian@briancunha.com
cbabcock@jw.com
credihan@kprlaw.com
cfallon@cozen.com
cdiedrich@sloanewalsh.com
dmaroney@kkrs.com
ecrane@skadden.com
ehinchey@sloanewalsh.com
emcpherson@m-klaw.com
emancuso@hwac.com
gwolf@shb.com
georgia.sullivan@thehartford.com
boyerlaw1@aol.com
sohohomes@yahoo.com
jtm@hansoncurran.com
jrestivo@reedsmith.com
jruggieri@hcc-law.com
johnmahoney@amlawllp.com
marc@desistolaw.com
mcahill@choate.com
mhadden@mhaddenlaw.com
msmandell@msn.com
mnugent@morrisonmahoney.com
mfm@lmkbw.com
mikesp@rrsplaw.com
pjones@cmj-law.com
rmonaco.c-l@snet.net
rmacadams@mandwlaw.com
reardonlaw@aol.com
rlanglois@smithbrink.com
resminilaw@yahoo.com
rbengtson@ckmlaw.com
stucker@ths-law.com
singinglawyer@msn.com
sbreggia@bbglaw.us
fogerty@halloran-sage.com
stephen.izzi@hklaw.com
sprignano@edwardsangell.com
sminicucci@calvinolaw.com
swettle@fbtlaw.com
tlyons@straussfactor.com
tmcgough@reedsmith.com
asonger@shb.com
ricedolank@aol.com
jjm@PetrarcaMcGair.com
JLee@riag.ri.gov
jdean@wistbar.com
Hmerten.station@vetterandwhite.com
bpkeller@debevoise.com
StationFireLitigation@nixonpeabody.com
mpotenza@debevoise.com
stationfire@blishcavlaw.com