UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KATRINA KOLASA<br>f/k/a KATRINI BUCHKA,<br>Plaintiff | ) | |
| v. | ) | C.A. No. 05-070/L |
| AMERICAN FOAM CORPORATION,<br>et al.,<br>Defendants | ) | |

**ANSWER OF DEFENDANT MCCLAUGHLIN & MORAN TO PLAINTIFF'S KATRINA KOLASA FKA KATRINA BUCHKA PRO FORMA COMPLAINT AND NOTICE OF ADOPTION OF FIRST AMENDED MASTER COMPLAINT**

The defendant McLaughlin & Moran, Inc. ("McLaughlin & Moran") responds to the allegations of plaintiff's complaint as follows:

1. To the extent that plaintiff has adopted the First Amended Master Complaint in Albert Gray, Administrator, et al v. Jeffrey Derderian, et al, C.A. No. 04-312-L pursuant to this Court's December 16, 2004 order allowing the adoption of a Master Complaint, defendant McLaughlin & Moran hereby adopts and incorporates the answer, including all affirmative defenses, it filed to the First Amended Master Complaint in Gray as its answer herein.

2. To the extent that plaintiff in her Pro Forma Complaint and Notice of Adoption of First Amended Master Complaint has adopted, and/or realleged in paragraphs 9 through 64, the additional allegations and claims set forth in the Notice of Adoption of First Amended Master Complaint filed in Henault et al v. American Foam Corp. et al, C.A. No. 03-483L, pursuant to this Court's December 16, 2004 order, defendant McLaughlin & Moran hereby adopts and incorporates the answer, including all affirmative defenses, it filed to the Henault Notice of Adoption as its answer herein.

16

3. Defendant McLaughlin & Moran lacks sufficient knowledge or information to form a belief as to the truth of the additional paragraphs 1 through 8 of plaintiff's Pro Forma Complaint and Notice of Adoption of First Amended Master Complaint.

4. Responding to plaintiff's unnumbered paragraphs captioned Prayers for Relief on pages 27 through 28 of her Pro Forma Complaint and Notice of Adoption of First Amended Master Complaint, defendant McLaughlin & Moran states that it need not respond to prayers for relief in its answers and to the extent those paragraphs were intended to set forth facts upon which plaintiff seeks relief from this defendant, deny the allegations of these paragraphs.

WHEREFORE, the defendant McLaughlin & Moran, Inc. respectfully requests that:

A. the Plaintiff's Complaint be dismissed with prejudice as to it;

B. Plaintiff's demands for relief against it be denied in every respect; and

C. the Court grant such other and further relief as may be just, proper and equitable.

Howard A. Merten, #3171
VETTER & WHITE
Attorneys for Defendant
McLaughlin & Moran, Inc.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060 (401) 272-6803 FAX

Dated: May 9, 2005

Defendant McLaughlin & Moran, Inc. demands a trial by jury.

Howard A. Merten, #3171
VETTER & WHITE
Attorneys for Defendant
McLaughlin & Moran, Inc.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

CERTIFICATE OF SERVICE

To:

| | |
|---|---|
| Stephanie DiMaio Larivee, Esq. | singinglawyer@msn.com |
| Anthony DeMarco, Esq. | tdemarco@conversent.net |
| James H. Reilly, III, Esq | jreilly@kkrs.com |
| Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| Edward T. Hinchey, Esq. | ehinchey@sloanewalsh.com |
| Curtis Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| C. Russell Bengston, Esq. | rbengston@ckmlaw.com |
| John J. Nazzaro, Esq. | nazzjn@aol.com |
| Mark P. Dolan, Esq. | ricedolank@aol.com |
| Anthony R. Leone, Esq. | ricedolank@aol.com |
| Matthew Medeiros, Esq. | mfm@lmkbw.com |
| W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| James J. Restivo, Esq. | jrestivo@reedsmith.com |
| Marc DeSisto, Esq. | Marc@desistolaw.com |
| Scott J. Tucker, Esq. | stucker@ths-law.com |
| Ronald J. Resimin | Resminilaw@yahoo.com |
| Robert I. Reardon, Jr., Esq. | reardonlaw@aol.com |
| Robert Rimmer, Esq. | reardonlaw@aol.com |
| Christopher C. Fallon, Jr., Esq. | cfallon@cozen.com |
| Thomas C. Angelone, Esq. | Angelonelaw@aol.com |
| Mark C. Hadden, Esq. | mhadden@mhaddenlaw.com |
| Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |
| Michael R. DeLuca, Esq. | mrd@gsm-law.com |
| William A. Filippo, Esq. | wfilippo@calvinolaw.com |
| Steven A. Minicucci, Esq. | sminicucci@calvinolaw.com |
| Daniel J. Horgan, Esq. | horganlaw@snet.net |
| Stephen M. Priginano, Esq. | sprignano@edwardsangell.com |
| Stephen J. MacGillivray, Esq. | smacgillivray@edwardsangell.com |
| Andrew J. Trevelise, Esq. | atrevelise@reedsmith.com |
| James T. Murphy, Esq. | jtm@hansoncurran.com |
| Patrick T. Jones, Esq. | pjones@cmj-law.com |
| Joseph V. Cavanagh, Esq. | stationfire@blishcavlaw.com |
| Kristin E. Rodgers, Esq. | stationfire@blishcavlaw.com |
| Steven M. Richard, Esq. | StationFireLitigation@nixonpeadbody.com |
| Brian R. Cunha, Esq. | brian@briancunha.com |
| Howard J. Julian, Pro Se | sohohomes@yahoo.com |
| Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| Mark D. Cahill, Esq. | machaill@choate.com |
| Deborah G. Solmar, Esq. | dsolmor@skadden.com |
| Edward M. Crane, Esq. | ecrane@skadden.com |
| Mark S. Mandell, Esq. | msmandell@msb.com |
| Stephen E. Breggia, Esq. | sbreggia@bbglaw.us |
| Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |

| | |
|---|---|
| Paul V. Sullivan, ESq. | pvsullivan@morrisonmahoney.com |
| Gregory L. Boyer | boyerlaw1@aol.com |
| Michael Potenza, Esq. | mpotenza@debevoise.com |
| Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| John R. Crocket, III, Esq. | jcrockett@fbtlaw.com |
| Susan S. Wettle, Esq. | swettle@fbtlaw.com |
| James Lee, Esq. | JLee@riag.ri.gov |
| Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| Earl H. Walker, Esq. | ewalker@jw.com |
| Charles L. Babcock, Esq. | cbabcock@jw.com |
| Nancy W. Hamilton, Esq. | nhamilton@jw.com |
| Ann M. Songer, Esq. | asonger@shb.com |
| Max Wistow, Esq. | jdean@wistbar.com |
| Eva Marie Mancuso | emancuso@hwac.com |
| Michael A. St. Pierre, Esq. | mikesp@rrsplaw.com |
| James Ruggieri, Esq. | jruggieri@hcc-law.com |
| Ronald Langlois, Esq. | rlanglois@smithbrink.com |
| Lauren Wilkins, Esq. | lwilkins@smithbrink.com |
| Bruce P. Keller, Esq. | bpkeller@debevoise.com |
| Charles N. Redihan, Jr., Esq. | credihan@kprlaw.com |
| Richard W. MacAdams, Esq. | rmacadams@mandwlaw.com |
| George E. Wolf III, Esq. | gwolf@shb.com |
| Joseph J. McGair, Esq. | jjm@petrarcamcgair.com |
| Michael J. Mazurczak, Esq. | maz@melicklaw.com |
| Thomas W. Lyons, Esq. | tlyons@straussfactor.com |
| Stephen B. Lang, Esq. | slang@hcc-law.com |
| T. Dos Urbanski, Esq. | durbanski@melicklaw.com |
| Robert T. Norton, Esq. | rnorton@sloanewalsh.com |

I hereby certify that I served on the above-named counsel of record a copy of the within Answer of Defendant McLaughlin & Moran, Inc. by electronic mailing on the 9th day of May, 2005.

Sharon L. Boyd