UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KATRINA KOLASA, f/k/a KATRINA BUCHKA<br><br>Plaintiff<br>v.<br><br>AMERICAN FOAM CORP., ET AL.<br><br>Defendants | NO.: 05-070-L |

**DEFENDANT, LUNA TECH, INC.'s, ANSWER TO PLAINTIFF KATRINA KOLASA'S PRO FORMA COMPLAINT**

The defendant, Luna Tech, Inc. ("Luna Tech"), hereby responds to plaintiff Katrina Kolasa's ("Kolasa") Pro Forma Complaint, as follows:

To the extent Kolasa adopts the First Amended Master Complaint in Gray et al. v. Derderian, et al., C.A. No. 04-312-L, Luna Tech hereby adopts and incorporates its answer and affirmative defenses filed in response to the First Amended Master Complaint in that case, as its answer herein.

To the extent Kolasa adopts the First Amended Master Complaint in Henault et al. v. American Foam Corp., et al., C.A. No. 03-483-L, Luna Tech hereby adopts and incorporates its answer and affirmative defenses filed in response to the First Amended Master Complaint in that case, as its answer herein.

1-4. Luna Tech is without knowledge sufficient to form a belief as to the truth of paragraphs 1 through 4 of Kolasa's Pro Forma complaint.

17

5. Luna Tech denies the allegations in paragraph 5 of the Pro Forma complaint, but admits it is a duly organized corporation under the Laws of the state of Alabama.

6-13. Luna Tech is without knowledge sufficient to form a belief as to the truth of paragraphs 6 through 13 of Kolasa's Pro Forma complaint.

14. Luna repeats and incorporates its answers to paragraphs 1-13 of the Pro Forma complaint.

15. Denied.

16. Denied.

17. Luna repeats and incorporates its answers to paragraphs 1-13 of the Pro Forma complaint.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23-64. Luna Tech is without knowledge sufficient to form a belief as to the truth of paragraphs 23 through 64 of Kolasa's Pro Forma complaint.

WHEREFORE, Luna Tech, Inc. prays that:

1. The Pro Forma Complaint, the First Amended Master Complaint and Notice of Adoption be dismissed with prejudice as to Luna Tech, Inc.;

2. Plaintiff's demand for relief against Luna Tech, Inc. be denied in every respect;

3. Luna Tech be awarded costs in connection with this litigation, including reasonable attorneys' fees; and

4. The Court grant such other and further relief as may be just, proper, and equitable.

**JURY DEMAND**

The defendant demands a jury trial on all issues triable at law

Respectfully submitted,
LUNA TECH, INC.

Curtis R. Diedrich

Curtis R. Diedrich (#4171)
Edward T. Hinchey (Admitted Pro Hac Vice)
SLOANE AND WALSH, LLP
127 Dorrance Street
Providence, RI 02903-2828
(401) 454-7700

Date: 5.10.05

# CERTIFICATE OF SERVICE

I, Curtis R. Diedrich, counsel for the defendant, Luna Tech, Inc., do hereby certify that on this 16th day of May, 2005, I caused the within document(s) to be served on all parties of interest, via email, to the following counsel of record:

| | |
|---|---|
| Allen J. McCarthy, Esq. | amccarthy@melicklaw.com |
| Andrew T. Trevelise, Esq. | atrevelise@reedsmith.com |
| Ann M. Songer, Esq. | asonger@shb.com |
| Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| Bruce P. Keller, Esq. | bkeller@debevoise.com |
| Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| C. Russell Bengston, Esq. | rbengston@mklaw.com |
| Charles L. Babcock, Esq. | cbabcock@jw.com |
| Charles N. Redihan, Esq. | credihan@kprlaw.com |
| Christopher C. Fallon, Jr., Esq. | cfallon@cozen.com |
| Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| Daniel J. Horgan, Esq. | horganlaw@snet.com |
| Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| Earl H. Walker, Esq. | ewalker@jw.com |
| Edward M. Crane, Esq. | ecrane@skadden.com |
| Edward T. Hinchey, Esq. | ehinchey@sloanewalsh.com |
| Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| Eva Marie Mancuso, Esq. | emancuso@hwac.com |
| Fred A. Kelly, Jr., Esq. | stationfirelitigation@nixonpeabody.com |
| George Wolf, III, Esq. | gwolf@shb.com |
| Georgia A. Sullivan, Esq. | georgia.sullivan@thehartford.com |
| Gregory L. Boyer, Esq. | boyerlaw1@aol.com |
| Howard A. Merten, Esq. | hmerten.station@vetterandwhite.com |
| Howard J. Julian, Esq. | sohohomes@yahoo.com |
| Ian C. Ridlon, Esq. | stationfirelitigation@nixonpeabody.com |
| J. Renn Olenn, Esq. | jro@olenn-penza.com |
| James A. Ruggieri, Esq. | jruggieri@hhc-law.com |
| James H. Reilly, III, Esq. | jreilly@kkrs.com |
| James J. Restivo, Jr., Esq. | jrestivo@reedsmith.com |
| James R. Lee, Esq. | jlee@riag.state.ri.us |
| James T. Murphy, Esq. | jtm@hansoncurran.com |
| Jessica L. Margolis, Esq. | jmargolis@debevoise.com |
| John J. Nazzaro, Esq. | nazzjn@aol.com |
| John R. Crocket, III, Esq. | jcrockett@fbtlaw.com |
| John R. Mahoney, Esq. | johnmahoney@aamlawllp.com |
| Joseph B. Burns, Esq. | jburns@rms-law.com |
| Joseph J. McGair, Esq. | jjm@petrarcamcgair.com |

| | |
|---|---|
| Joseph V. Cavanagh, Esq. | stationfire@blishcavlaw.com |
| Kathleen M. Daniels, Esq. | kathleen@desistolaw.com |
| Kelly N. Michels, Esq. | knm@hansoncurran.com |
| Lauren d. Wilkins, Esq. | lwilkins@smithbrink.com |
| Marc DeSisto, Esq. | marc@desistolaw.com |
| Mark C. Hadden, Esq. | mhadden@mhaddenlaw.com |
| Mark D. Cahill, Esq. | mcahill@choate.com |
| Mark D. Tourgee, Esq. | inmantourgeelaw@aol.com |
| Mark P. Dolan, Esq. | ricedolank@aol.com |
| Mark S. Mandell, Esq. | msmandell@msn.com |
| Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |
| Matthew F. Medeiros, Esq. | mfm@lmkbw.com |
| Max H. Wistow, Esq. | mwistow@wistbar.com |
| Michael A. St. Pierre, Esq. | mikesp@rrsplaw.com |
| Michael R. DeLuca, Esq. | mrd@gsm-law.com |
| Nancy W. Hamilton, Esq. | nhamilton@jwlaw.com |
| Patrick T. Jones, Esq. | pjones@cmj-law.com |
| Paul V. Sullivan, Esq. | pvsullivan@morrisonmahoney.com |
| Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |
| Richard W. MacAdams, Esq. | rmacadams@mandwlaw.com |
| Robert I. Reardon, Jr., Esq. | reardonlaw@aol.com |
| Robert T. Norton, Esq. | rnorton@sloanewalsh.com |
| Ronald J. Resmini, Esq. | resminilaw@yahoo.com |
| Ronald P. Langlois, Esq. | rlangois@smithbrink.com |
| Scott J. Tucker, Esq. | stucker@ths-law.com |
| Stephanie DiMaio Larivee, Esq. | singinglawyer@msn.com |
| Stephen E. Breggia, Esq. | sbreggia@bbglaw.us |
| Stephen Fogerty, Esq. | fogerty@halloran-sage.com |
| Stephen J. MacGillivray, Esq. | smacgillivray@edwardsangell.com |
| Stephen M. Prignano, Esq. | sprignano@edwardsangell.com |
| Steve M. Richard, Esq. | stationfirelitigation@nixonpeabody.com |
| Steven A. Minicucci, Esq. | sminicucci@calvinolaw.com |
| Susan S. Wettle, Esq. | swettle@fbtlaw.com |
| T. Dos Urbanski, Esq. | durbanski@melicklaw.com |
| Thomas C. Angelone, Esq. | angelonelaw@aol.com |
| Thomas R. Bender, Esq. | trb@hansoncurran.com |
| Thomas W. Lyons, III, Esq. | tlyons@straussfactor.com |
| W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |

***VIA REGULAR MAIL***

Joseph F. Krowski, Esq.
Law Offices of Joseph F. Krowski
30 Cottage Street
Brockton, MA 02301

Curtis Diedrich

CURTIS DIEDRICH