UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KATRINA KOLASA,
f/k/a Katrina Buchka

VS.

C.A. NO. 05-70L
(adopting civil action no. 03-483-L)

AMERICAN FOAM CORPORATION, et al.

**STIPULATION AS TO KOLASA CASE ONLY**

Plaintiff Katrina Kolasa and defendants Leggett & Platt Incorporated and L&P Financial Company hereby stipulate that:

1) Defendants' local counsel shall accept and sign on behalf of defendants the waiver of service form mailed to him with respect to plaintiff's notice of adoption of the amended master complaint; and

2) Defendants' previously filed motions to dismiss and memoranda and affidavits in support with respect to the Gray master complaint and the Gray amended master complaint shall apply to plaintiff's adoption in this matter without defendants having to refile the motions in this matter; and

3) Plaintiffs' objections, memoranda and affidavits in support in the Gray matter to defendants' motions to dismiss shall apply in this matter without plaintiffs having to refile the objections in this matter.

Ralph J. Monaco
Conway & Londregan, P.C.
38 Huntington Street
P.O. Box 1351
New London, CT 06320
(860) 447-3171

Thomas W. Lyons
Strauss, Factor, Laing & Lyons
222 Richmond Street, Suite 208
Providence, RI 02903
(401) 456-0700

Ronald J. Resmini
Ronald J. Resmini, Ltd.
155 South Main Street, Suite 400
Providence, RI 02903
(401) 751-8855

Enter: Ronald R. Lagueux
Sr. USDJ 5/17/05

18