UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KATRINA KOLASA,<br>Fka Katrina Buchka | : | |
| VS. | : | C.A. No.: 05-70L |
| AMERICAN FOAM CORPORATION; et al | : | |

**DEFENDANT, JEFFREY DERDERIAN'S, ANSWER**

Jeffrey Derderian is presently charge in indictment K1 03-654A with 200 counts of involuntary manslaughter as a result of the fire that occurred on February 20, 2003 at the Station Nightclub. Similar matters are included within the scope of the allegations of the First Amended Master Complaint and plaintiff's Notice of Adoption. Under these circumstances, Jeffrey Derderian expressly asserts his rights under the Fifth Amendment of the United States Constitution and Article 1, Section 13 of the Rhode Island Constitution ("privileged") to the fullest extent possible in response to the First Amended Master Complaint and plaintiff's Notice of Adoption and respectfully declines to answer the allegations contained in the First Amended Master Complaint and plaintiff's Notice of Adoption for that reason.

The plaintiff has adopted the First Amended Master Complaint in *Albert L. Gray, Adminstrator, et als v. Jeffrey Derderian, et als*, C.A. No. 04-312L. The defendant, Jeffrey Derderian, hereby incorporates by reference his answer filed on his behalf as his answer as if set forth fully herein.

The plaintiff has also included the additional allegations set forth in the *Estate of Jude B. Henault, et als v. American Foam Corporation, et als*, C.A. No. 03-483L "Notice of Adoption of First Amended Master Complaint." The defendant, Jeffrey Derderian, hereby incorporates his answer filed on his behalf to said additional allegations as if set forth fully herein.

31

The defendant, Jeffrey Derderian, respectfully invokes his privilege against self incrimination and declines to respond to the allegations contained within the Prayers for Relief submitted on behalf of the plaintiff, Katrina Kolasa, f/k/a Katrina Buchka, because he is presently charged in indictment K1 03-654A with 200 counts of involuntary manslaughter as a result of the fire that occurred on February 20, 2003 at the Station Nightclub.

JEFFREY DERDERIAN,
By his attorney,

Anthony F. DeMarco, Esquire (#0799)
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903
(401) 861-5522
Fax: (401) 331-4861

THE DEFENDANT, JEFFREY DERDERIAN, HEREBY CLAIMS A JURY BY JURY.

Anthony F. DeMarco, Esquire (#0799)

CERTIFICATION

I hereby certify that on the 19th day of May, 2005, I e-mailed a copy of the within to the following attorneys of record:

| | |
|---|---|
| Patrick T. Jones, Esquire<br>pjones@cmj-law.com | Max H. Wistow, Esquire<br>wvenditti@wistbar.com |
| Mark S. Mandell, Esquire<br>msmandell@msn.com | Charles N. Redihan, Jr., Esquire<br>credihan@KPRlaw.com |
| Stephen E. Breggia, Esquire<br>sbreggia@BBGlaw.us | Eva-Marie Mancuso, Esquire<br>Emancuso@hwac.com |
| Michael A. St. Pierre, Esquire<br>mikesp@rrsplaw.com | Fred A. Kelly, Jr., Esquire<br>Steven M. Richard, Esquire<br>Ian C. Ridlon, Esquire<br>StationFireLitigation@nixonpeabody.com |
| Edwin F. McPherson, Esquire<br>emcpherson@m-klaw.com | Steven A. Minicucci, Esquire<br>SMinicucci@calvinolaw.com |
| Joseph V. Cavanagh, Jr., Esquire<br>Kristen E. Rodgers, Esquire<br>stationfire@blishcavlaw.com | Edward M. Crane, Esquire<br>Deborah G. Solmor, Esquire<br>ecrane@skadden.com |

| | |
|---|---|
| Marc DeSisto, Esquire<br>marc@Desistolaw.com | Richard W. MacAdams, Esquire<br>Rmacadams@mandwlaw.com |
| Earl H. Walker, Esquire<br>Charles L. Babcock, Esquire<br>Nancy W. Hamilton, Esquire<br>CBabcock@jw.com | Curtis S. Diedrich, Esquire<br>Edward T. Hinchey, Esquire<br>Robert T. Norton, Esquire<br>Cdiedrich@sloanewalsh.com<br>rnorton@sloanewalsh.com |
| Thomas W. Lyons, III, Esquire<br>tlyons@straussfactor.com | C. Russell Bengtson, Esquire<br>RBengtson@ckmlaw.com |
| James R. Lee, Esquire<br>jlee@riag.state.ri.us | James A. Ruggieri, Esquire<br>JRuggieri@hcc-law.com<br>Lmagro@hcc-law.com |
| Carl H. Henlein, Esquire<br>John R. Crockett, III, Esquire<br>Susan S. Wettle, Esquire<br>swettle@fbtlaw.com | Donald Maroney, Esquire<br>dmaroney@kkrs.com |
| James T. Murphy, Esquire<br>Kelly N. Michels, Esquire<br>jtm@hansoncurran.com | Scott J. Tucker, Esquire<br>STucker@ths-law.com |
| Stephen M. Prignano, Esquire<br>Stephen J. MacGillivray, Esquire<br>sprignano@edwardsangell.com | W. Thomas McGough, Jr., Esquire<br>James J. Restivo, Jr., Esquire<br>jrestivo@reedsmith.com |

| | |
|---|---|
| John R. Mahoney, Esquire<br>johnmahoney@amlawllp.com | Matthew F. Medeiros, Esquire<br>Michael Potenza, Esquire<br>mfm@lmkbw.com<br>mpotenza@debevoise.com |
| Mark C. Hadden, Esquire<br>MHadden@mhaddenlaw.com | Mark D. Cahill, Esquire<br>mcahill@choate.com |
| Ronald Langlois, Esquire<br>rlanglois@smithbrink.com | Mark T. Nugent, Esquire<br>mnugent@morrisonmahoney.com |
| Howard A. Merten, Esquire<br>hm@psh.com | Brian R. Cunha, Esquire<br>Brian@Briancunha.com |
| Stephanie Larivee-DiMaio, Esquire<br>singinglawyer@msn.com | Michael DeLuca, Esquire<br>MRD@gsm-law.com |
| Ralph J. Monaco, Esquire<br>rmonaco.c-l@snet.net | Timothy A. Williamson, Esquire<br>Mark D. Tourgee, Esquire<br>Inmantourgeelaw@aol.com |
| Gregory L. Boyer, Esquire<br>boyerlaw1@aol.com | Thomas C. Angelone, Esquire<br>Angelonelaw@aol.com |
| Robert I. Reardon, Jr., Esquire<br>Robert T. Rimmer, Esquire<br>Reardonlaw@aol.com | Georgia A. Sullivan, Esquire<br>Georgia.Sullivan@thehartford.com |
| Mark P. Dolan, Esquire<br>Anthony R. Leone, Esquire<br>Ricedolank@aol.com | Bruce P. Keller, Esquire<br>bpkeller@debevoise.com |
| George E. Wolf, III, Esquire<br>GWolf@shb.com | Andrew Trevelise, Esquire<br>atrevelise@reedsmith.com |

| | |
|---|---|
| Howard Julien<br>sohohomes@yahoo.com | Joseph J. McGair, Esquire<br>jjm@petrarcamcgair.com |
| Ronald J. Resmini, Esquire<br>Ronald J. Creamer, Esquire<br>Resminilaw@yahoo.com | Christopher C. Fallon, Jr., Esquire<br>cfallon@cozen.com |
| Stephen P. Fogerty, Esquire<br>fogerty@halloran-sage.com | Michael J. Mazurczak, Esquire<br>Allen J. McCarthy, Esquire<br>T. Dos Urbanski, Esquire<br>mmazurczak@melicklaw.com<br>amccarthy@melicklaw.com<br>durbanski@melicklaw.com |