UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KATRINA KOLASA,<br>Fka Katrina Buchka | : | |
| VS. | : | C.A. No.: 05-70L |
| AMERICAN FOAM CORPORATION; et al | : | |

**DEFENDANT, DERCO, LLC'S, ANSWER**

**Preliminary Statement**

Michael Derderian and Jeffrey Derderian are the only members of Derco, LLC. Insofar as Michael Derderian and Jeffrey Derderian are presently charged in indictment K1 03-655A and K1 03-654A respectively with 200 counts of involuntary manslaughter as a result of the fire that occurred on February 20, 2003 at the Station Nightclub they are faced with the real and substantial risk of self incrimination if they are required to answer on behalf of Derco, LLC. Therefore, Derco, LLC, has appointed Robert E. Flaherty, Esquire as its agent to gather information to respond on behalf of Derco, LLC. *United States v. Kordel,* 397 US 1 (1970). The agent has reviewed documents and records of Derco, LLC and responds on its behalf as follows:

The plaintiff has adopted the First Amended Master Complaint in *Albert L. Gray, Adminstrator, et als v. Jeffrey Derderian, et als*, C.A. No. 04-312L. The defendant, Derco, LLC, hereby incorporates by reference its answer filed on its behalf as its answer as if set forth fully herein.

The plaintiff has also adopted the additional allegations and claims set forth in the *Estate of Jude B. Henault, et als v. American Foam Corporation, et als*, C.A. No. 03-483L "Notice of Adoption of First Amended Master Complaint." The defendant, Derco, LLC, hereby incorporates its answer filed on its behalf to said additional allegations as if set forth fully herein.

33

The defendant, Derco, LLC, is without sufficient information to admit or deny the allegations contained within the Prayers for Relief submitted on behalf of the plaintiff, Katrina Kolasa, f/k/a Katrina Buchka, but leaves the plaintiff to her proof thereof.

DERCO, LLC,
By its attorney,

[signature]

Anthony F. DeMarco, Esquire (#0799)
Reynolds, DeMarco & Boland, Ltd.
170 Westminster Street, Suite 200
Providence, RI 02903
(401) 861-5522
Fax: (401) 331-4861

THE DEFENDANT, DERCO, LLC, HEREBY DEMANDS A TRIAL BY JURY.

[signature]

Anthony F. DeMarco, Esquire (#0799)

CERTIFICATION

I hereby certify that on the 19th day of May, 2005, I e-mailed a copy of the within to the following attorneys of record:

| | |
|---|---|
| Patrick T. Jones, Esquire<br>pjones@cmj-law.com | Max H. Wistow, Esquire<br>wvenditti@wistbar.com |
| Mark S. Mandell, Esquire<br>msmandell@msn.com | Charles N. Redihan, Jr., Esquire<br>credihan@KPRlaw.com |
| Stephen E. Breggia, Esquire<br>sbreggia@BBGlaw.us | Eva-Marie Mancuso, Esquire<br>Emancuso@hwac.com |
| Michael A. St. Pierre, Esquire<br>mikesp@rrsplaw.com | Fred A. Kelly, Jr., Esquire<br>Steven M. Richard, Esquire<br>Ian C. Ridlon, Esquire<br>StationFireLitigation@nixonpeabody.com |
| Edwin F. McPherson, Esquire<br>emcpherson@m-klaw.com | Steven A. Minicucci, Esquire<br>SMinicucci@calvinolaw.com |
| Joseph V. Cavanagh, Jr., Esquire<br>Kristen E. Rodgers, Esquire<br>stationfire@blishcavlaw.com | Edward M. Crane, Esquire<br>Deborah G. Solmor, Esquire<br>ecrane@skadden.com |
| Marc DeSisto, Esquire<br>marc@Desistolaw.com | Richard W. MacAdams, Esquire<br>Rmacadams@mandwlaw.com |

| | |
|---|---|
| Earl H. Walker, Esquire<br>Charles L. Babcock, Esquire<br>Nancy W. Hamilton, Esquire<br>CBabcock@jw.com | Curtis S. Diedrich, Esquire<br>Edward T. Hinchey, Esquire<br>Robert T. Norton, Esquire<br>Cdiedrich@sloanewalsh.com<br>rnorton@sloanewalsh.com |
| Thomas W. Lyons, III, Esquire<br>tlyons@straussfactor.com | C. Russell Bengtson, Esquire<br>RBengtson@ckmlaw.com |
| James R. Lee, Esquire<br>jlee@riag.state.ri.us | James A. Ruggieri, Esquire<br>JRuggieri@hcc-law.com<br>Lmagro@hcc-law.com |
| Carl H. Henlein, Esquire<br>John R. Crockett, III, Esquire<br>Susan S. Wettle, Esquire<br>swettle@fbtlaw.com | Donald Maroney, Esquire<br>dmaroney@kkrs.com |
| James T. Murphy, Esquire<br>Kelly N. Michels, Esquire<br>jtm@hansoncurran.com | Scott J. Tucker, Esquire<br>STucker@ths-law.com |
| Stephen M. Prignano, Esquire<br>Stephen J. MacGillivray, Esquire<br>sprignano@edwardsangell.com | W. Thomas McGough, Jr., Esquire<br>James J. Restivo, Jr., Esquire<br>jrestivo@reedsmith.com |

| | |
|---|---|
| John R. Mahoney, Esquire<br>johnmahoney@amlawllp.com | Matthew F. Medeiros, Esquire<br>Michael Potenza, Esquire<br>mfm@lmkbw.com<br>mpotenza@debevoise.com |
| Mark C. Hadden, Esquire<br>MHadden@mhaddenlaw.com | Mark D. Cahill, Esquire<br>mcahill@choate.com |
| Ronald Langlois, Esquire<br>rlanglois@smithbrink.com | Mark T. Nugent, Esquire<br>mnugent@morrisonmahoney.com |
| Howard A. Merten, Esquire<br>hm@psh.com | Brian R. Cunha, Esquire<br>Brian@Briancunha.com |
| Stephanie Larivee-DiMaio, Esquire<br>singinglawyer@msn.com | Michael DeLuca, Esquire<br>MRD@gsm-law.com |
| Ralph J. Monaco, Esquire<br>rmonaco.c-l@snet.net | Timothy A. Williamson, Esquire<br>Mark D. Tourgee, Esquire<br>Inmantourgeelaw@aol.com |
| Gregory L. Boyer, Esquire<br>boyerlaw1@aol.com | Thomas C. Angelone, Esquire<br>Angelonelaw@aol.com |
| Robert I. Reardon, Jr., Esquire<br>Robert T. Rimmer, Esquire<br>Reardonlaw@aol.com | Georgia A. Sullivan, Esquire<br>Georgia.Sullivan@thehartford.com |
| Mark P. Dolan, Esquire<br>Anthony R. Leone, Esquire<br>Ricedolank@aol.com | Bruce P. Keller, Esquire<br>bpkeller@debevoise.com |
| George E. Wolf, III, Esquire<br>GWolf@shb.com | Andrew Trevelise, Esquire<br>atrevelise@reedsmith.com |

| | |
|---|---|
| Howard Julien<br>sohohomes@yahoo.com | Joseph J. McGair, Esquire<br>jjm@petrarcamcgair.com |
| Ronald J. Resmini, Esquire<br>Ronald J. Creamer, Esquire<br>Resminilaw@yahoo.com | Christopher C. Fallon, Jr., Esquire<br>cfallon@cozen.com |
| Stephen P. Fogerty, Esquire<br>fogerty@halloran-sage.com | Michael J. Mazurczak, Esquire<br>Allen J. McCarthy, Esquire<br>T. Dos Urbanski, Esquire<br>mmazurczak@melicklaw.com<br>amccarthy@melicklaw.com<br>durbanski@melicklaw.com |

Rachel Moore