IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KATRINA KOLASA, f/k/a KATRINA BUCHKA | ) | |
| Plaintiff, | ) | |
| vs. | ) | C.A No: 05-070 L |
| AMERICAN FOAM CORPORATION, et al. | ) | |
| Defendants. | ) | |

**DEFENDANTS ANHEUSER-BUSCH, INC.'S AND ANHEUSER-BUSCH COMPANIES, INC.'S ANSWER TO PRO FORMA COMPLAINT AND NOTICE OF ADOPTION OF FIRST AMENDED MASTER COMPLAINT**

NOW COME Defendants Anheuser-Busch, Inc. ("ABI") and Anheuser-Busch Companies, Inc. ("ABC") and in response to the Pro Forma Complaint and First Amended Master Complaint, as adopted by Plaintiff, ABI and ABC hereby adopt[1] their Answer and Affirmative Defenses to Plaintiffs' First Amended Master Complaint, filed in *Gray, et al,. v. Derderian, et al.*, (04-312-L) ("First Amended Complaint") and their Answer to First Amended Master Complaint as adopted in *Henault v. American Foam Corporation, et al.*, (03-483-L), both filed on February 4, 2005.

Further, in response to the additional allegations and claims contained in Plaintiff's Pro Forma Complaint and Notice of Adoption ("Notice of Adoption"), ABI and ABC state as follows:

---

[1] *See* Order in *Gray v. Derderian* (04-31- L), dated December 16, 2004, granting plaintiffs' motion for leave to file First Amended Master Complaint and establishing procedure for plaintiffs in other actions to adopt such filing, either in whole or in part.

34

**Plaintiffs**

1. ABI and ABC are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Plaintiff's Notice of Adoption.

**Defendants**

2. ABI and ABC are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 of Plaintiff's Notice of Adoption.

3. ABI and ABC are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of Plaintiff's Notice of Adoption.

4. ABI and ABC are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 of Plaintiff's Notice of Adoption.

5. ABI and ABC are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 of Plaintiff's Notice of Adoption.

6. ABI and ABC are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 of Plaintiff's Notice of Adoption.

7. ABI and ABC are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of Plaintiff's Notice of Adoption.

8. ABI and ABC are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of Plaintiff's Notice of Adoption.

**ADDITIONAL COUNT ONE**

**SUBMITTED ON BEHALF OF THE PLAINTIFF
KATRINA KOLASA f/k/a KATRINA BUCHKA
AS TO JACK RUSSELL, MARK KENDALL,
DAVID FILICE, ERIC POWERS, a/k/a GREAT WHITE**

9. ABI and ABC reassert and incorporate by reference their responses to paragraphs 1 through 271 of the First Amended Complaint and their responses to paragraph 1 through 8 of Plaintiff's Notice of Adoption, inclusive, as though fully set forth herein.

10-11. The allegations contained in paragraphs 10 and 11 of Additional Count One, inclusive, including all subparts, are directed against Defendants Jack Russell, Mark Kendall, David Filice, Eric Powers a/k/a Great White and are not directed against ABI or ABC, and therefore no answer by ABI and ABC is required. ABI and ABC deny the allegations contained in paragraphs 10 and 11 of Additional Count One, inclusive, including all subparts, insofar as any allegation in paragraphs 10 and 11, including any subpart, might be construed to pertain to them.

## ADDITIONAL COUNT TWO

**SUBMITTED ON BEHALF OF THE PLAINTIFF KATRINA KOLASA f/k/a KATRINA BUCHKA AS TO JACK RUSSELL, MARK KENDALL, DAVID FILICE, ERIC POWERS a/k/a GREAT WHITE VIOLATION OF RHODE ISLAND GENERAL LAWS TITLE 9, CHAPTER 1, SECTION 2**

12. ABI and ABC reassert and incorporate by reference their responses to paragraphs 1 through 271 of the First Amended Complaint and their responses to paragraph 1 through 11 of Plaintiff's Notice of Adoption, inclusive, as though fully set forth herein.

13. The allegations contained in paragraph 13 of Additional Count Two are directed against Defendants Jack Russell, Mark Kendall, David Filice, Eric Powers a/k/a Great White and are not directed against ABI or ABC, and therefore no answer by ABI and ABC is required. ABI and ABC deny the allegations contained in paragraph 13 of Additional Count Two insofar as any allegation in paragraph 13 might be construed to pertain to them.

## ADDITIONAL COUNT THREE

**SUBMITTED ON BEHALF OF THE PLAINTIFF KATRINA KOLASA f/k/a KATRINA BUCHKA AS TO LUNA TECH, INC. AND LUNA TECH PYROTECHNIC, GMBH**

## NEGLIGENCE

14. ABI and ABC reassert and incorporate by reference their responses to paragraphs 1 through 271 of the First Amended Complaint and their responses to paragraph 1 through 8 of Plaintiff's Notice of Adoption, inclusive, as though fully set

forth herein.

15-16. The allegations contained in paragraphs 15 and 16 of Additional Count Three, inclusive, including all subparts, are directed against Defendants Luna Tech, Inc. and Luna Tech Pyrotechnic, GMBH and are not directed against ABI or ABC, and therefore no answer by ABI and ABC is required. ABI and ABC deny the allegations contained in paragraphs 15 and 16 of Additional Count Three, inclusive, including all subparts, insofar as any allegation in paragraphs 15 and 16, including any subpart, might be construed to pertain to them.

**ADDITIONAL COUNT FOUR**

**SUBMITTED ON BEHALF OF THE PLAINTIFF KATRINA KOLASA f/k/a KATRINA BUCHKA AS TO LUNA TECH, INC. AND LUNA TECH PYROTECHNIC, GMBH**

**STRICT LIABILITY**

17. ABI and ABC reassert and incorporate by reference their responses to paragraphs 1 through 271 of the First Amended Complaint and their responses to paragraphs 1 through 8 and paragraphs 14 through 16 of Plaintiff's Notice of Adoption, inclusive, as though fully set forth herein.

18-22. The allegations contained in paragraphs 18 through 22 of Additional Count Four, inclusive, including all subparts, are directed against Defendants Luna Tech, Inc. and Luna Tech Pyrotechnic, GMBH and are not directed against ABI or ABC, and therefore no answer by ABI and ABC is required. ABI and ABC deny the allegations contained in paragraphs 18 through 22 of Additional Count Four, inclusive,

including all subparts, insofar as any allegation in paragraphs 18 through 22, including any subpart, might be construed to pertain to them.

**ADDITIONAL COUNT FIVE**

**SUBMITTED ON BEHALF OF THE PLAINTIFF KATRINA KOLASA f/k/a KATRINA BUCHKA AS TO CITADEL COMMUNICATIONS CORPORATION d/b/a Q105 AND WQGN**

**NEGLIGENCE**

23. ABI and ABC reassert and incorporate by reference their responses to paragraphs 1 through 271 of the First Amended Complaint and their responses to paragraphs 1 through 8 of Plaintiff's Notice of Adoption, inclusive, as though fully set forth herein.

24-34. The allegations contained in paragraphs 24 through 34 of Additional Count Five, inclusive, including all subparts, are directed against Defendants Citadel Communications Corporation d/b/a Q105 and WQGN and are not directed against ABI or ABC, and therefore no answer by ABI and ABC is required. ABI and ABC deny the allegations contained in paragraphs 24 through 34 of Additional Count Five, inclusive, including all subparts, insofar as any allegation in paragraphs 24 through 34, including any subpart, might be construed to pertain to them.

**ADDITIONAL COUNT SIX**

**SUBMITTED ON BEHALF OF THE PLAINTIFF
KATRINA KOLASA f/k/a KATRINA BUCHKA
AS TO THE TOWN OF WEST WARWICK AND
FIRE INSPECTOR DENNIS LAROCQUE**

**NEGLIGENCE**

35. ABI and ABC reassert and incorporate by reference their responses to paragraphs 1 through 271 and paragraphs 411 through 429 of the First Amended Complaint and their responses to paragraphs 1 through 8 of Plaintiff's Notice of Adoption, inclusive, as though fully set forth herein.

36-44. The allegations contained in paragraphs 36 through 44 of Additional Count Six, inclusive, including all subparts, are directed against Defendant The Town of West Warwick and Fire Inspector Dennis Larocque and are not directed against ABI or ABC, and therefore no answer by ABI and ABC is required. ABI and ABC deny the allegations contained in paragraphs 36 through 44 of Additional Count Six, inclusive, including all subparts, insofar as any allegation in paragraphs 36 through 44, including any subpart, might be construed to pertain to them.

**ADDITIONAL COUNT SEVEN**

**SUBMITTED ON BEHALF OF THE PLAINTIFF
KATRINA KOLASA f/k/a KATRINA BUCHKA
AS TO THE TOWN OF WEST WARWICK AND
FIRE INSPECTOR DENNIS LAROCQUE
TITLE 9, CHAPTER 1, SECTION 2**

45. ABI and ABC reassert and incorporate by reference their responses to paragraphs 1 through 271 and paragraphs 411 through 429 of the First Amended

Complaint and their responses to paragraphs 35 through 44 of Plaintiff's Notice of Adoption, inclusive, as though fully set forth herein.

46. The allegations contained in paragraph 46 of Additional Count Seven are directed against Defendants The Town of West Warwick and Fire Inspector Dennis Larocque and are not directed against ABI or ABC, and therefore no answer by ABI and ABC is required. ABI and ABC deny the allegations contained in paragraph 46 of Additional Count Seven insofar as any allegation in paragraph 46 might be construed to pertain to them.

**ADDITIONAL COUNT EIGHT**

**SUBMITTED ON BEHALF OF PLAINTIFF KATRINA KOLASA f/k/a KATRINA BUCHKA AS TO THE STATE OF RHODE ISLAND AND IRVING J. OWENS, FIRE MARSHALL**

**NEGLIGENCE**

47. ABI and ABC reassert and incorporate by reference their responses to paragraphs 1 through 271 and paragraphs 434 through 440 of the First Amended Complaint and their responses to paragraphs 1 through 8 of Plaintiff's Notice of Adoption, inclusive, as though fully set forth herein.

48-56. The allegations contained in paragraphs 48 through 56 of Additional Count Eight, inclusive, including all subparts, are directed against Defendants The State of Rhode Island and Irving J. Owens, Fire Marshall and are not directed against ABI or ABC, and therefore no answer by ABI and ABC is required. ABI and ABC deny the allegations contained in paragraphs 48 through 56 of Additional Count

Eight, inclusive, including all subparts, insofar as any allegation in paragraphs 48 through 56, including any subpart, might be construed to pertain to them.

**ADDITIONAL COUNT NINE**

**SUBMITTED ON BEHALF OF PLAINTIFF KATRINA KOLASA f/k/a KATRINA BUCHKA AS TO THE STATE OF RHODE ISLAND AND IRVING J. OWENS, FIRE MARSHALL TITLE 9, CHAPTER 1, SECTION 2**

57. ABI and ABC reassert and incorporate by reference their responses to paragraphs 1 through 271 and paragraphs 434 through 440 of the First Amended Complaint and their responses to paragraphs 47 through 56 of Plaintiff's Notice of Adoption, inclusive, as though fully set forth herein.

58. The allegations contained in paragraph 58 of Additional Count Nine are directed against Defendants The State of Rhode Island and Irving J. Owens, Fire Marshall and are not directed against ABI or ABC, and therefore no answer by ABI and ABC is required. ABI and ABC deny the allegations contained in paragraph 58 of Additional Count Nine insofar as any allegation in paragraph 58 might be construed to pertain to them.

## ADDITIONAL COUNT TEN

## SUBMITTED ON BEHALF OF PLAINTIFF KATRINA KOLASA f/k/a KATRINA BUCHKA ALLEGING JOINT VENTURE LIABILITY AS TO JEFFREY DERDERIAN, MICHAEL DERDERIAN, DERCO, LLC d/b/a THE STATION, MANIC MUSIC MANAGEMENT, INC., JACK RUSSELL, MARK KENDALL, DAVID FILICE, ERIC POWERS, DANIEL BICHELE, PAUL WOOLNOUGH, KNIGHT RECORDS, INC., ANHEUSER-BUSCH, INC., ANHEUSER-BUSCH COMPANIES, INC., MCLAUGHLIN & MORAN, INC., CLEAR CHANNEL BROADCASTING, INC. d/b/a WHJY-FM, CITADEL COMMUNICATIONS CORPORATION d/b/a WQGN-FM, MOTIVA ENTERPRISES, LLC, SHELL OIL COMPANY, TOWN OF WEST WARWICK, DENNIS LAROCQUE, STATE OF RHODE ISLAND AND IRVING J. OWENS

59. ABI and ABC reassert and incorporate by reference their responses to all paragraphs of the First Amended Complaint and their responses to all paragraphs of Plaintiff's Notice of Adoption, inclusive, as though fully set forth herein.

60. ABI and ABC deny the allegations contained in paragraph 60 of Additional Count Ten of Plaintiff's Notice of Adoption.

61. ABI and ABC deny the allegations contained in paragraph 61 of Additional Count Ten of Plaintiff's Notice of Adoption.

62. ABI and ABC deny the allegations contained in paragraph 62 of Additional Count Ten of Plaintiff's Notice of Adoption.

63. ABI and ABC deny the allegations contained in paragraph 63 of Additional Count Ten, including all subparts, of Plaintiff's Notice of Adoption.

64. ABI and ABC deny the allegations contained in paragraph 64 of Additional Count Ten of Plaintiff's Notice of Adoption.

As further answer to Plaintiff's Notice of Adoption, ABI and ABC deny all allegations and subparts contained therein which are not expressly admitted herein or otherwise pleaded to.

**PRAYERS FOR RELIEF**

ABI and ABC deny the allegations contained in the unnumbered paragraphs following paragraph 64 of Additional Count 10 of Plaintiff's Notice of Adoption and further deny that they are liable to Plaintiff or anyone else for any amount.

**WHEREFORE**, Defendants Anheuser-Busch, Inc. and Anheuser-Busch Companies, Inc. pray that:

(a) the First Amended Complaint and the Pro Forma Complaint and Notice of Adoption filed herein be dismissed with prejudice as to Anheuser-Busch, Inc. and Anheuser-Busch Companies, Inc.;

(b) Plaintiff's demand for relief against Anheuser-Busch, Inc. and Anheuser-Busch Companies, Inc. be denied in every respect;

(c) Anheuser-Busch, Inc. and Anheuser-Busch Companies, Inc. be awarded costs in connection with this litigation, including reasonable attorneys' fees; and

(d) the Court grant such other and further relief as may be just, proper, and equitable.

ANHEUSER-BUSCH, INC. AND
ANHEUSER-BUSCH COMPANIES, INC.,

By their Attorneys,

Joseph V. Cavanagh, Jr. # 1139
Kristin E. Rodgers #4842
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Facsimile: (401) 751-7542

Dated: May 23, 2005

**DEFENDANTS ANHEUSER-BUSCH, INC. AND ANHEUSER-BUSCH COMPANIES, INC. HEREBY DEMAND TRIAL BY JURY**

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a copy of the within document in pdf format by electronic email, unless otherwise indicated on the 23rd day of May, 2005, to the following counsel of record:

Thomas Angelone, Esq.
angelonelaw@aol.com

C. Russell Bengtson, Esq.
rbengtson@mklaw.com

Gregory L. Boyer, Esq.
Boyerlaw1@aol.com

Stephen E. Breggia, Esq.
sbreggia@bbglaw.us

Mark D. Cahill, Esq.
Eric Bradford Hermanson, Esq.
mcahill@choate.com

Brian R. Cunha, Esq.
Karen A. Alegria, Esq.
brian@briancunha.com

Michael R. DeLuca, Esq.
mrd@gsm-law.com

Marc DeSisto, Esq.
Kathleen M. Daniels, Esq.
marc@desistolaw.com
kathleen@desistolaw.com

Curtis R. Diedrich, Esq.
Edward T. Hinchey, Esq.
cdiedrich@sloanewalsh.com
Ehinchey@sloanewalsh.com

Stephanie DiMaio-Larivee, Esq.
Singinglawyer@msn.com

Mark P. Dolan, Esq.
ricedolank@aol.com

Christopher C. Fallon, Jr., Esq.
cfallon@cozen.com

Stephen P. Fogerty, Esq.
fogerty@halloran-sage.com

Mark C. Hadden, Esq.
mhadden@mhaddenlaw.com

Carl A. Henlein, Esq.
John R. Crocket, III, Esq.
Susan A. Wettle, Esq.
chenlein@fbtlaw.com
jcrockett@fbtlaw.com
swettle@fbtlaw.com

Daniel J. Horgan, Esq.
horganlaw@snet.com

Stephen A. Izzi, Esq.
stephen.izzi@hklaw.com

Patrick T. Jones, Esq.
pjones@cmj-law.com

Howard J. Julian
sohohomes@yahoo.com

Bruce P. Keller, Esq.
Jessica L. Margolis, Esq.
Michael R. Pontenza, Esq.
bpkeller@debevoise.com
jmargolis@debevoise.com

Fred A. Kelly, Jr., Esq.
Steven M. Richard, Esq.
Ian C. Ridlon, Esq.
stationfirelitigation@nixonpeabody.com

Ronald P. Langlois, Esq.
Lauren D. Wilkins, Esq.
rlanglois@smithbrink.com
lwilkins@smithbrink.com

James R. Lee
jlee@riag.state.ri.us

Thomas W. Lyons, Esq.
tlyons@straussfactor.com

Richard W. MacAdams, Esq.
rmacadams@mandwlaw.com

John W. Mahoney, Esq.
johnmajoney@aamlawllp.com

Eva Marie Mancuso, Esq.
emancuso@hwac.com

Mark S. Mandell, Esq.
Yvette M. Boisclair, Esq.
msmandell@msn.com

Allen J. McCarthy, Esq.
amccarthy@melicklaw.com

Joseph J. McGair, Esq.
jjm@petrarcamcgair.com

W. Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
tmcgough@reedsmith.com
jrestivo@reedsmith.com

Edwin F. McPherson, Esq.
emcpherson@m-klaw.com

Matthew F. Medeiros, Esq.
mfm@lmkbw.com

Howard A. Merten, Esq.
Eric M. Sommers, Esq.
hmerten.station@vetterandwhite.com

Steven A. Minicucci, Esq.
sminicucci@calvinolaw.com

Ralph J. Monaco, Esq.
Patrick J. Day, Esq.
rmonaco.c-l@snet.net

James T. Murphy, Esq.
Kelly N. Michels, Esq.
jtm@hansoncurran.com
knm@hansoncurran.com

John J. Nazzaro, Esq.
nazzjn@aol.com

Robert T. Norton, Esq.
rnorton@sloanewalsh.com

Mark T. Nugent, Esq.
Paul V. Sullivan, Esq.
mnugent@mail.mm-m.com
pvsullivan@morrisonmahoney.com

Stephen M. Prignano, Esq.
Stephen J. MacGillivray, Esq.
sprignano@edwardsangell.com
smacgillivray@edwardsangell.com

Robert I. Reardon, Jr., Esq.
Robert T. Rimmer, Esq.
reardonlaw@aol.com

Charles N. Redihan, Jr., Esq.
credihan@kprlaw.com

James H. Reilly, III, Esq.
Donald J. Maroney, Esq.
jreilly@kkrs.com
dmaroney@kkrs.com

Ronald J. Resmini, Esq.
Ronald J. Creamer, Esq.
resminilaw@yahoo.com

Mark T. Reynolds, Esq.
Anthony F. DeMarco, Esq.
tdemarco@conversent.net

James A. Ruggieri, Esq.
jruggieri@hcc-law.com

Michael A. St. Pierre, Esq.
mikesp@rrplaw.com

Georgia A. Sullivan, Esq.
georgia.Sullivan@thehartford.com

Andrew J. Trevelise, Esq.
atrevelise@reedsmith.com

Scott J. Tucker, Esq.
stucker@ths-law.com

T. Dos Urbanski, Esq.
durbanski@melichlaw.com

Earl H. Walker, Esq.
Nancy W. Hamilton, Esq.
Charles L. Babcock, Esq.
ewalker@jw.com
cbabcock@jw.com
nhamilton@jw.com

Max H. Wistow, Esq.
mwistow@wistbar.com

George E. Wolf, III, Esq.
Ann M. Songer, Esq.
gwold@shb.com
asonger@shb.com

Joseph F. Krowski, Esq.
Law Offices of Joseph F. Krowski
30 Cottage Street
Brockton, MA 02301
***VIA REGULAR MAIL***