UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KATRINA KOLASA, f/k/a KATRINA BUCHKA, Plaintiff, | : | |
| v. | : | C.A. No. 2005-70-L |
| AMERICAN FOAM CORPORATION, et al., Defendants. | : | |

**ANSWER OF DEFENDANT JACK RUSSELL TO PLAINTIFF'S PRO FORMA COMPLAINT AND NOTICE OF ADOPTION OF FIRST AMENDED MASTER COMPLAINT**

Plaintiff Katrina Kolasa ("Kolasa") has filed a Pro Forma Complaint and Notice of Adoption of First Amended Complaint ("Pro Forma Complaint"), adopting the First Amended Master Complaint filed in Albert L. Gray, Administrator, et al. v. Jeffrey Derderian, et al., C.A. No. 04-312-L (the "Gray Case") in its entirety. On January 7, 2005, Defendant Jack Russell ("Mr. Russell") filed his Answer to the First Amended Master Complaint in the Gray Case, and hereby adopts and incorporates said Answer in its entirety, including his invocation of the Fifth Amendment Privilege, the Affirmative Defenses and Jury Trial Demand.

Mr. Russell responds to Kolasa's additional allegations and claims as follows:

1. Mr. Russell is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, which are either (i) directed to individuals or entities other than Mr. Russell, or (ii) conclusions of law to which no response is required. To the extent that a response is required, should the allegations of this paragraph be found to concern or relate to any acts or omissions of Mr. Russell (or otherwise be directed toward him), Mr. Russell respectfully invokes his Fifth Amendment Privilege and declines to respond to those allegations, since the threat of criminal prosecution still exists. Mr. Russell also requests that his assertion of his Fifth Amendment Privilege has the effect of a denial of those allegations.

35

2.- 64. Kolasa has adopted and restated the additional allegations and claims pled in Henault, et. al. v. American Foam Corp., et al., C.A. No. 03-483-L (the "Henault Case").[1] On February 4, 2005, Mr. Russell filed his Answer in the Henault Case, and hereby adopts and incorporates said Answer in its entirety, including his invocation of his Fifth Amendment Privilege, the Affirmative Defenses and Jury Trial Demand.

WHEREFORE, Defendant Jack Russell respectfully requests that:

A. Plaintiff's Pro Forma Complaint and Notice of Adoption of First Amended Master Complaint be dismissed with prejudice as to Defendant Jack Russell;

B. Plaintiff's demands for relief against Defendant Jack Russell be denied in every respect; and

C. The Court grant such other and further relief as may be just, proper and equitable.

**JURY DEMAND**

Defendant Jack Russell demands a trial by jury on all issues so triable.

[1] In Paragraphs 2 through 64 of the Pro Forma Complaint, Kolasa has restated the additional allegations and claims that were pled in Paragraphs 9 through 71 of the Notice of Adoption of First Amended Complaint filed in the Henault Case.

JACK RUSSELL

By His Attorneys,

Fred A. Kelly, Jr. (By SMR)

Steven M. Richard

Fred A. Kelly, Jr. (#4553)
Steven M. Richard (#4403)
Ian C. Ridlon (#5524)
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)

Edwin F. McPherson (Admitted *Pro Hac Vice*)
McPHERSON & KALMANSOHN, LLP
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
(310) 553-8833
(310) 553-9233 (Fax)

Dated: May 23, 2005

CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of May, 2005, I served a copy of the within Answer of Defendant Jack Russell to Plaintiff's Pro Forma Complaint and Notice of Adoption of First Amended Master Complaint via e-mail to all counsel of record listed on the attached service list.

Steven M. Richard

John R. Mahoney
johnmahoney@amlawllp.com

Joseph V. Cavanagh, Jr.
Kristen E. Rodgers
stationfire@blishcavlaw.com

Stephen E. Breggia
sbreggia@bbglaw.us

Brian R. Cunha
Karen A. Alegria
Brian@Briancunha.com

C. Russell Bengtson
RBengtson@ckmlaw.com

Mark D. Cahill
Eric Bradford Hermanson
mcahill@choate.com

Patrick T. Jones
Peter Schneider
pjones@cmj-law.com

James R. Lee
jlee@riag.state.ri.us

Ronald J. Resmini
Ronald J. Creamer
Resminilaw@yahoo.com

Joseph B. Burns
jburns@rms-law.com

Steven A. Minicucci
William A. Filippo
sminicucci@calvinolaw.com

Bruce P. Keller
Michael Potenza
Bkeller@debevoise.com

Ralph J. Monaco
rmonaco.c-l@snet.net

Christopher C. Fallon, Jr.
cfallon@cozen.com

Marc DeSisto
Kathleen M. Daniels
marc@Desistolaw.com

Stephen M. Prignano
Stephen J. MacGillivray
sprignano@edwardsangell.com

Michael R. DeLuca
MRD@gsm-law.com

Eva Marie Mancuso
emancuso@hwac.com

Thomas R. Bender
James T. Murphy
Kelly N. Michels
trb@hansoncurran.com

Curtis R. Diedrich
Edward T. Hinchey
James Scanlon
Robert T. Norton
Cdiedrich@sloanewalsh.com

Thomas C. Angelone
angelonelaw@aol.com

John R. Crockett, III
Carl H. Henlein
Susan S. Wettle
swettle@fbtlaw.com

Michael A. St. Pierre
mikesp@rrsplaw.com

Stephanie DiMaio Larivee
James Howe
singinglawyer@msn.com

Mark T. Nugent
Paul Sullivan
mnugent@morrisonmahoney.com

Mark C. Hadden
MHadden@mhaddenlaw.com

James A. Ruggieri
Gerald C. DeMaria
Linda Magro
jruggieri@hcc-law.com

Daniel J. Horgan
horganlaw@snet.net

Mark D. Tourgee
Timothy A. Williamson
inmantourgeelaw@aol.com

John J. Nazzaro
attynazzaro@aol.com

Charles N. Redihan
credihan@kprlaw.com

Matthew F. Medeiros
mfm@lmkbw.com

Mark S. Mandell
Yvette M. Boisclair
msmandell@msn.com

W. Thomas McGough, Jr.
James J. Restivo, Jr.
tmcgough@reedsmith.com

Anthony F. DeMarco
Mark Reynolds
tdemarco@conversent.net

Earl H. Walker
Charles L. Babcock
Nancy W. Hamilton.
CBabcock@jw.com

James H. Reilly, III
Donald J. Maroney
dmaroney@kkrs.com

Richard W. MacAdams
Rmacadams@mandwlaw.com

George E. Wolf, III
Ann M. Songer
GWolf@shb.com

Andrew J. Trevelise
atrevelise@reedsmith.com

Mark P. Dolan
Anthony R. Leone
Ricedolank@aol.com

Ronald P. Langlois
Lauren DiSimone Wilkins
Stationfire@smithbrink.com

Edward M. Crane
Kimberly A. Simpson
Deborah G. Solmor
ecrane@skadden.com

Thomas W. Lyons, III
tlyons@straussfactor.com

Howard A. Merten
hm@psh.com

Max H. Wistow
John P. Barylick
jdean@wistbar.com

Howard J. Julian
sohohomes@yahoo.com

J. Renn Olenn
jro@olenn-penza.com

Robert I. Reardon, Jr.
Robert T. Rimmer
Reardonlaw@aol.com

Scott J. Tucker
STucker@ths-law.com

Gregory L. Boyer,
Stephen E. Boyer
Boyerlaw1@aol.com

Joseph J. McGair
jjm@petrarcamcgair.com

Allen J. McCarthy
Michael J. Mazurczak
amccarthy@melicklaw.com

T. Dos Urbanski
durbanski@melicklaw.com

Stephen Fogerty
fogerty@halloran-sage.com