UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

KATRINA KOLASA, f/k/a KATRINA
BUCHKA

VS. C.A.No. 05-70L
(adopting C.A.No. 03-483L)

AMERICAN FOAM CORPORATION, et al

**ANSWER AND JURY CLAIM OF DEFENDANT, BARRY WARNER**

Plaintiff, Katrina Kolasa, f/k/a Katrina Buchka, has adopted the First Amended Master Complaint in Albert L. Gray, Administrator, et al v. Jeffrey Derderian, et al, C.A.No.: 04-312L, this Defendant, Barry Warner hereby incorporates the answer filed on its behalf in Gray as its answer here.

Plaintiff, Katrina Kolasa f/k/a Katrina Buchka, has also adopted the additional allegations and claims as set forth in the Henault, et al v. American Foam Corp., et al, C.A.No: 03-483: "Notice of Adoption of the Amended Master Complaint". Those additional allegations and claims are made against several Defendants other than Defendant, Barry Warner, and therefore require no response. To the extent these additional allegations and claims may be read as asserting actionable conduct on the part of this Defendant, they are denied.

BARRY WARNER

By his Attorneys,

Ronald Langlois, Esq. #2891
Smith & Brink, P.C.
One State Street, Suite 400
Providence, Rhode Island 02908
(401) 351-9970
*Fax* (401) 274-6218
Dated: June 14, 2005

Defendant, ***Barry Warner***, hereby claims a trial by jury.

Ronald Langlois, Esq.

## CERTIFICATION OF SERVICE

I hereby certify that an exact copy of the within was electronically mailed to the following individuals this 20 th day of June, 2005. The original was filed with the Clerk of the Court.

Dana Palane

| | |
|---|---|
| Barbara_Gilfillan@RID.USCOURTS.gov; | Barbara Gilfillan |
| angelonelaw@aol.com; | Thomas C Angelone, Esq |
| atrevelise@reedsmith.com; | Andrew J. Trevelise, Esq |
| attynazzaro@aol.com; | John J. Nazzaro, Esq |
| Bkeller@debevoise.com; | Bruce P. Keller, Esq |
| Boyerlaw1@aol.com; | Gregory L. Boyer, Esq |
| Brian@briancunha.com; | Brian R. Cunha, Esq |
| CBabcock@jw.com; | Charles Babcock, Esq |
| cdiedrich@sloanewalsh.com; | Curtis R. Diedrich, Esq |
| cfallon@cozen.com; | Christopher C. Fallon, Jr, Esq |
| credihan@KPRLaw.com; | Charles n. Redihan, Jr, Esq |
| dlamontagne@zizikpowers.com; | Donna M. Lamontgne, Esq |
| dmaroney@kkrs.com; | Donald J. Maroney, Esq |
| ecrane@skadden.com; | Edward M. Crane, Esq |
| ehincheny@sloanewalsh.com; | Edward T. Hinchey, Esq |
| emancuso@hwac.com; | Eva Marie Mancuso, Esq |
| emcpherson@m-klaw.com; | Edwin F. McPherson, Esq |
| esommers@vetterandwhite.com; | Eric M. Sommers, Esq |
| flasalle@lasallelaw.com; | Faith A. LaSalle, Esq |
| fogerty@holloran-sage.com; | Stephen P. Fogerty, Esq |
| fonia@msn.com; | James Howe, Esq |
| Georgia.Sullivan@thehartford.com; | Georgia Sullivan, Esq |
| Gwolf@shb.com; | George E. Wolf, Esq |
| Hmerten.station@psh.com; | Howard A. Merten, Esq |
| horganlaw@snet.com; | Daniel J. Horgan, Esq |
| inmantourgeelaw@aol.com; | Mark D. Tourgee, Esq |
| jburns@rms-law.com; | Joseph B. Burns, Esq |
| jdean@wistbar.com | John P. Barylick, Esq |
| jjm@petrarcamcgair.com; | Joseph J. McGair, Esq |
| jlee@riag.state.ri.us; | James R. Lee, Esq |
| johnmahoney@amlawllp.com; | John R. Mahoney, Esq |
| josephkrowski.law@verizon.net; | Joseph Krowski, Esq |
| lmagro@hcc-law.com; | Linda Magro, Esq |
| jreilly@kkrs.com; | James H. Reilly III, Esq |
| jrestivo@reedsmith.com; | James Restivo, Esq |
| jro@olenn-penza.com; | J. Renn Olenn, Esq |
| jruggieri@hcc-law.com | James A. Ruggieri, Esq |
| jtm@hansoncurran.com; | James T. Murphy, Esq |
| knm@hansoncurran.com; | Kelly N. Michels, Esq |
| marc@desistolaw.com; | Marc DiSisto, Esq |
| mcahill@choate.com; | Mark D. Cahill, Esq |
| mfm@lmkbw.com; | Matthew f. Medeiros, Esq |
| mhadden@mhaddenlaw.com; | Mark Hadden, Esq |
| mikesp@rrsplaw.com; | Michael A. St. Pierre, Esq |
| mnugent@morrisonmahoney.com; | Mark T. Nugent, Esq |

| | |
|---|---|
| mpotenza@debevoise.com; | Michael Potenza, Esq |
| mostrowski@goodwin.com; | Mark Ostrowski, Esq |
| MRD@gsm-law.com; | Michael R. DeLuca, Esq |
| msmandell@msn.com; | Mark S. Mandell, Esq |
| pjones@cmi-law.com; | Patrick T. Jones, Esq |
| pvsullivan@morrisonmahoney.com; | Mark C. Hadden, Esq |
| rbengtson@ckmlaw.com; | C. Russell Bengtson, Esq |
| Reardonlaw@aol.com; | Robert I. Reardon, Jr, Esq |
| Resminilaw@yahoo.com; | Ronald J. Resmini, Esq |
| ricedolank@aol.com; | Mark P. Dolan, Esq |
| rmacadams@mandwlaw.com; | Richard W. MacAdams, Esq |
| rmonaco.c-l@snet.net; | Ralph J. Monaco, Esq |
| sbreggia@bbglaw.us; | Stephen E. Breggia, Esq |
| singinglawyer@msn.com; | Stephanie DiMaio Larivee, Esq |
| smacgillivray@edwardsangell.com; | Stephen J. MacGillivray, Esq |
| SMinicucci@calvinolaw.com; | Steven A. Minicucci, Esq |
| sohohomes@yahoo.com; | Howard J. Julian, Esq |
| sprignano@edwardsangell.com; | Stephen M. Prignano, Esq |
| Stephen.izzi@hklaw.com; | Stephen A Izzi, Esq |
| stucker@ths-law.com | Scott J. Tucker, Esq |
| stationfire@blishcavlaw.com; | Kristin E. Rodgers, Esq |
| StationFireLitigation@nixonpeabody.com | Fred A. Kelly, Jr, Esq |
| StationLitigation@melicklaw.com; | T. Dos Urbanski, Esq |
| swettle@fbtlaw.com; | Susan S. Wettle, Esq |
| tdemarco@conversent.net; | Anthony F. DeMarco, Esq |
| tlyons@straussfactor.com; | Thomas W. Lyons, Esq |
| tmcgough@reedsmith.com; | W. Thomas McGough Jr, Esq |