**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **KATRINA KOLASA,**<br>**Fka Katrina Buchka**<br>**Plaintiff,** | : | **CIVIL ACTION NO:**<br>**(adopting civil action no. 03-483-L)** |
| **V.** | : | |
| **AMERICAN FOAM CORPORATION;**<br>**et al.**<br>**Defendants.** | : | **February 7, 2006** |

**NOTICE OF ADOPTION OF SECOND AMENDED MASTER COMPLAINT**
(STATION NIGHTCLUB FIRE ITIGATION)

The Plaintiff in Kolasa vs. American Foam Corporation, et al., C.A. No. 03-483L hereby respectfully notifies the Court and the parties that they hereby adopt the Second Amended Master Compliant in the Albert L. Gray, Adminsitrator, et al (Plaintiffs) vs. Jeffrey Derderian, et al (Defendants), C.A. No. 04-312L in its entirety, along with the additional allegations and claims set forth by the Henault Plaintiffs in their Notice of Adoption of First Amended Master Complaint dated December 13, 2004.

**JURY DEMAND**

The Plaintiff demands a jury trial on all issues triable at law.

Resepctfully Submitted
Katrina Kolasa

Ralph J. Monaco, Esq.
Federal Bar No. ct13306
CONWAY & LONDREGAN, P.C.
38 Huntington Street
New London, CT 06320
(860)447-3171 Telephone
(860)444-6103 Facsimile
rmonaco.c-l@snet.net
*Plaintiffs 1: Katrina Kolasa*

Lawrence J. Cappuccio, Esq.
Federal Bar No.: 2731
Cappuccio & Cappuccio
17 Granite Street
P.O. Box 7631
Westerly, RI 02891
(401) 596-4072 Telephone
(401) 596-5306 Facsimile
l.*cappuccino@worldnet.att.net*
Local counsel for Plaintiff 1

**CERTIFICATION**

I hereby certify that on February 8, 2006, a copy of the foregoing was sent by email as follows:

| | |
|---|---|
| James R. Lee, Esq. | Email: Jlee@riag.state.ri.us |
| Marc Desisto, Esq. | Email: stationfire@desistolaw.com |
| Edward T. Hinchey, Esq.<br>Robert T. Norton, Esq. | Email: ehinchey@sloanewalsh.com<br>Email: rnorton@sloanewalsh.com |
| Ronald Langlois, Esq.<br>Lauren Wilkins, Esq. | Email: stationfire@smithbrink.com |
| Howard A. Merten, Esq. | Email: hmerten.station@psh.com |
| James T. Murphy, Esq.<br>Kelly N. Michels, Esq.<br>Thomas R. Bender, Esq. | Email: stationfire@hansoncurran.com |
| Christopher C. Fallon, Jr., Esq. | Email: cfallon@cozen.com |
| Anthony F. DeMarco, Esq. | Email: tdemarco@conversent.net |
| Thomas C. Angelone, Esq. | Email: angelonelaw@aol.com |
| Joseph V. Cavanagh, Esq.<br>Kristin E. Rodgers, Esq. | Email: stationfire@blishcavlaw.com |
| Bruce Keller, Esq.<br>Michael Potenza, Esq. | Email: bpkeller@debevoise.com<br>Email: mpotenza@debevoise.com |
| Matthew F. Medeiros, Esq. | Email: mfm@lmkbw.com |
| Stephen M. Prignano, Esq.<br>Stephen J. MacGillivray, Esq. | Email: sprignano@eapdlaw.com<br>Email: smacgillivray@eapdlaw.com |
| Donald J. Maroney, Esq.<br>James H. Reilly, Esq. | Email: dmaroney @kkrs.com<br>Email: jreilly@kkrs.com |
| Edwin f. McPherson, Esq. | Email: emcpherson@m-klaw.com |
| Steven M. Richard, Esq.<br>Fred Kelly, Jr., Esq. | Email: stationFireLitigation@nixonpeabody.com |
| James A. Ruggieri, Esq.<br>Suzanne O'Donoghue, Esq. | Email: jruggieri@hcc-law.com<br>Email: sodonoghue@hcc-law.com |
| Carl A. Henlein, Esq.<br>Susan S. Wettle, Esq. | Email: chenlein@fbtlaw.com<br>Email: swettle@fbtlaw.com |
| Daniel J. Horgan, Esq. | Email: horganlaw@snet.net |
| John J. Nazzaro, Esq. | Email: attynazzaro@aol.com |
| Ronald J. Resmini, Esq. | Email: Resminilaw@yahoo.com |
| Mark S. Mandell, Esq. | Email: msmandell@msn.com |
| Robert I.Reardon, Esq. | Email: reardonlaw@aol.com |
| Max Wistow, Esq. | Email: jdean@wistbar.com |

| | |
|---|---|
| Patrick T. Jones, Esq. | Email: pjones@cmj-law.com |
| Michael S. St. Pierre, Esq. | Email: mikesp@rrsplaw.com |
| Stephen E. Breggia, Esq. | Email: sbreggia@BBGlaw.us |
| Steven A. Minicucci, Esq. | Email: sminicucci@calvinolaw.com |
| Eva Marie Mancuso, Esq. | Email: Emancuso@hwac.com |
| Charles N. Redihan, Esq. | Email: credihan@KPRlaw.com |
| C. Russell Bengtson, Esq. | Email: rbengtson@ckmlaw.com |
| Brian Cunha, Esq. | Email: brian@briancunha.com |
| Stefanie DiMaio-Larivee, Esq. | Email: fonia@msn.com |
| Scott J. Tucker, Esq. | Email: stucker@ths-law.com |
| Joseph B. Burns, Esq. | Email: jburns@rms-law.com |
| Mark Hadden, Esq. | Email: mhadden@mhaddenlaw.com |
| W. Thomas McGough, Jr., Esq.<br>James J. Restivo, Jr., Esq. | Email: jrestivo@reedsmith.com<br>Email: tmcgough@reedsmith.com |
| Thomas W. Lyons, Esq. | Email: tylons@straussfactor.com |
| Andrew J. Trevelise, Esq. | Email: atrevelise@reedsmith.com |
| Mark T. Nugent, Esq. | Email: mnugent@morrisonmahoney.com |
| Deborah G. Solmor, Esq.<br>Edward M. Crane, Esq. | Email: ecrane@skadden.com<br>Email: dsolmor@skadden.com |
| Mark D. Cahill, Esq.<br>Eric Hermanson, Esq. | Email: mcahill@choate.com<br>Email: ehermanson@choate.com |
| J. Renn Olenn, Esq.<br>Kate Breslin Harden, Esq. | Email: kbh@olenn-penza.com |
| Mark D. Tourgee, Esq. | Email: aminchillo@itwlaw.com |
| Richard W. MacAdams, Esq. | Email: rmacadams@mandwlaw.com |
| Stephen E. Boyer, Esq. | Email: boyerlaw1@aol.com |
| Georgia A. Sullivan, Esq. | Email: Georgia.Sullivan@thehartford.com |
| Mark P. Dolan, Esq. | Email: ricedolank@aol.com |
| Stephen P. Fogerty, Esq. | Email: fogerty@holloran-sage.com |
| Howard Julian | Email: sohohomes@yahoo.com |
| George E. Wolf, III, Esq<br>Ann Songer, Esq. | Email: gwolf@shb.com<br>Email: asonger@shb.com |
| John R. Mahoney, Esq. | Email: johnmahoney@amlawllp.com |
| Charles Babcock, Esq.<br>Nancy Hamilton, Esq.<br>Earl Walker, Esq. | Email: Cbabcock@jw.com<br>Email: nhamilton@jw.com<br>Email: ewalker@jw.com |
| T. Dos Urbanski, Esq.<br>Michael J. Mazurczak, Esq.<br>Allen J. McCarthy, Esq. | Email: stationlitigation@melicklaw.com |
| Joseph Krowski, Esq. | Email: josephkrowski.law@verizon.net |

| | |
|---|---|
| Ronald J. Resmini, Esq. | Email: Resminilaw@yahoo.com |
| Lawrence J. Cappuccio, Esq. | Email: l.cappuccino@worldnet.att.net |
| Esquire Litigation Solutions, LLC | Email: stationfire@esquirecom.com |

Ralph J. Monaco