UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KATRINA KOLASKA, f/k/a
KATRINA BUCHKA

v.

C.A.NO : 05-70-l
(Adopting C.A.No : 03-483-L)

AMERICAN FOAM CORPORATION, et al

**ANSWER AND JURY CLAIM OF DEFENDANT, BARRY WARNER**

The Plaintiffs have adopted the Third Amended Master Complaint in Albert L. Gray, Administrator, et al v. Jeffrey Derderian, et al, C.A.No: 04-312L, in its entirety. This Defendant hereby incorporates the answer filed on its behalf in Albert L. Gray, Administrator, et al v. Jeffrey Derderian, et al, C.A.No: 04-312L as its answer herein.

The Plaintiffs have also adopted the additional allegations and claims as set forth in Henault, et al v. American Foam Corp., et al, C.A.No: 03-483L "Notice of Adoption of the Third Amended Master Complaint." Those additional allegations and claims are made against several defendants other than Barry Warner and therefore require no response. To the extent those additional allegations and claims may be read as asserting actionable conduct on the part of this Defendant, they are denied.

**BARRY WARNER**
By his Attorneys,

Ronald Langlois, Esq. #2891
**Smith & Brink, P.C.**
One State Street, Suite 400
Providence, Rhode Island 02908
(401) 351-9970
*Fax* (401) 274-6218

Dated: March 17, 2006

Defendant, ***Barry Warner***, hereby claims a trial by jury.

Ronald Langlois, Esq.

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within to the attorney(s) listed below on the 17 day of March, 2006.

Dana Palangio

| | |
|---|---|
| Barbara_Gilfillan@RID.USCOURTS.gov; | Barbara Gilfillan |
| angelonelaw@aol.com; | Thomas C Angelone, Esq |
| atrevelise@reedsmith.com; | Andrew J. Trevelise, Esq |
| attynazzaro@aol.com; | John J. Nazzaro, Esq |
| Bkeller@debevoise.com; | Bruce P. Keller, Esq |
| Boyerlaw1@aol.com; | Gregory L. Boyer, Esq |
| Brian@briancunha.com; | Brian R. Cunha, Esq |
| CBabcock@jw.com; | Charles Babcock, Esq |
| cdiedrich@sloanewalsh.com; | Curtis R. Diedrich, Esq |
| cfallon@cozen.com; | Christopher C. Fallon, Jr, Esq |
| credihan@KPRLaw.com; | Charles n. Redihan, Jr, Esq |
| dmaroney@kkrs.com; | Donald J. Maroney, Esq |
| ecrane@skadden.com; | Edward M. Crane, Esq |
| ehincheny@sloanewalsh.com; | Edward T. Hinchey, Esq |
| emancuso@hwac.com; | Eva Marie Mancuso, Esq |
| emcpherson@m-klaw.com; | Edwin F. McPherson, Esq |
| fogerty@holloran-sage.com; | Stephen P. Fogerty, Esq |
| fonia@msn.com; | James Howe, Esq |
| Georgia.Sullivan@thehartford.com; | Georgia Sullivan, Esq |
| Gwolf@shb.com; | George E. Wolf, Esq |
| Hmerten.station@psh.com; | Howard A. Merten, Esq |
| horganlaw@snet.com; | Daniel J. Horgan, Esq |
| inmantourgeelaw@aol.com; | Mark D. Tourgee, Esq |
| jburns@rms-law.com; | Joseph B. Burns, Esq |
| jdean@wistbar.com | John P. Barylick, Esq |
| jjm@petrarcamcgair.com; | Joseph J. McGair, Esq |
| jlee@riag.state.ri.us; | James R. Lee, Esq |
| johnmahoney@amlawllp.com; | John R. Mahoney, Esq |
| josephkrowski.law@verizon.net; | Joseph Krowski, Esq |
| lmagro@hcc-law.com; | Linda Magro, Esq |
| jreilly@kkrs.com; | James H. Reilly III, Esq |
| jrestivo@reedsmith.com; | James Restivo, Esq |
| jro@olenn-penza.com; | J. Renn Olenn, Esq |
| jruggieri@hcc-law.com | James A. Ruggieri, Esq |
| jtm@hansoncurran.com; | James T. Murphy, Esq |
| knm@hansoncurran.com; | Kelly N. Michels, Esq |
| stationfire@desistolaw.com | Marc DiSisto, Esq |
| mcahill@choate.com; | Mark D. Cahill, Esq |

| | |
|---|---|
| mfm@lmkbw.com; | Matthew f. Medeiros, Esq |
| mhadden@mhaddenlaw.com; | Mark Hadden, Esq |
| mikesp@rrsplaw.com; | Michael A. St. Pierre, Esq |
| mnugent@morrisonmahoney.com; | Mark T. Nugent, Esq |
| mpotenza@debevoise.com; | Michael Potenza, Esq |
| MRD@gsm-law.com; | Michael R. DeLuca, Esq |
| msmandell@msn.com; | Mark S. Mandell, Esq |
| pjones@cmi-law.com; | Patrick T. Jones, Esq |
| pvsullivan@morrisonmahoney.com; | Mark C. Hadden, Esq |
| rbengtson@ckmlaw.com; | C. Russell Bengtson, Esq |
| Reardonlaw@aol.com; | Robert I. Reardon, Jr, Esq |
| Resminilaw@yahoo.com; | Ronald J. Resmini, Esq |
| ricedolank@aol.com; | Mark P. Dolan, Esq |
| rmacadams@mandwlaw.com; | Richard W. MacAdams, Esq |
| rmonaco.c-l@snet.net; | Ralph J. Monaco, Esq |
| sbreggia@bbglaw.us; | Stephen E. Breggia, Esq |
| singinglawyer@msn.com; | Stephanie DiMaio Larivee, Esq |
| smacgillivray@edwardsangell.com; | Stephen J. MacGillivray, Esq |
| SMinicucci@calvinolaw.com; | Steven A. Minicucci, Esq |
| sohohomes@yahoo.com; | Howard J. Julian, Esq |
| sprignano@edwardsangell.com; | Stephen M. Prignano, Esq |
| Stephen.izzi@hklaw.com; | Stephen A Izzi, Esq |
| stucker@ths-law.com | Scott J. Tucker, Esq |
| stationfire@blishcavlaw.com; | Kristin E. Rodgers, Esq |
| StationFireLitigation@nixonpeabody.com | Fred A. Kelly, Jr, Esq |
| StationLitigation@melicklaw.com; | T. Dos Urbanski, Esq |
| swettle@fbtlaw.com; | Susan S. Wettle, Esq |
| tdemarco@conversent.net; | Anthony F. DeMarco, Esq |
| tlyons@straussfactor.com; | Thomas W. Lyons, Esq |
| tmcgough@reedsmith.com; | W. Thomas McGough Jr, Esq |