UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KATRINA KOLASA, et al

Plaintiffs,

v.

AMERICAN FOAM CORPORATION, et al

Defendants.

Civ. No. 05-070-L

**NOTICE OF ELECTION AS TO MOTION TO DISMISS**

Pursuant to Paragraph 5 of this Court's Consent Order Pertaining to Additional Amendments to Master Complaint, Essex Insurance Company ("Essex") hereby gives notice that it elects to invoke the application of the Court's previous ruling on its Motion to Dismiss as to all claims by all plaintiffs named in the Third Amended Complaint and all adoptions thereof.

Respectfully submitted,

ESSEX INSURANCE COMPANY

By counsel:

Mark C. Hadden (R.I. Bar # 3101)
Law Offices of Mark C. Hadden
68 Kennedy Plaza, Suite 3
Providence, RI 02903
(401) 274-0909 (401) 274-5455
mhadden@mhaddenlaw.com

Pro hac vice:

Mark D. Cahill (MA BBO # 544693)
Eric Bradford Hermanson
(MA BBO # 560256)
CHOATE, HALL & STEWART
Exchange Place, 53 State Street
Boston, MA 02109
(617) 248-5000

Dated: March 17, 2006

CERTIFICATION

I hereby certify that an exact copy of the within document was electronically mailed to the following individuals on this 17 day of March, 2006.

| | |
|---|---|
| Thomas C. Angelone, Esq. | angelonelaw@aol.com |
| C. Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| James A. Bigos, Esq. | jim@b-plaw.com |
| Stephen E. Breggia, Esq. | sbreggia@bbglaw.us |
| Kevin F. Bowen, Esq. | kbowen@bbglaw.us |
| Joseph B. Burns, Esq. | jburns@rms-law.com |
| Mark D. Cahill, Esq. | mcahill@choate.com |
| Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| Joseph V. Cavanagh, Jr., Esq. | stationfire@blishcavlaw.com |
| Kristin E. Rodgers, Esq. | stationfire@blishcavlaw.com |
| Edward M. Crane, Esq. | ecrane@skadden.com |
| Deborah Solmor, Esq | dsolmor@skadden.com |
| Brian Cunha, Esq. | Brian@Briancunha.com |
| Karen A. Alegria, Esq. | Karen@Briancunha.com |
| Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| Mark T. Reynolds, Esq | mtreynolds@conversent.net |
| Marc DeSisto, Esq. | stationfire@desistolaw.com |
| Robert T. Norton, Esq. | rnorton@sloanewalsh.com |
| Stefanie DiMaio-Larivee, Esq. | fonia@msn.com |
| Mark P. Dolan, Esq. | ricedolank@aol.com |
| Anthony R. Leone, Esq. | ricedolank@aol.com |
| T. Dos Urbanski, Esq. | StationLitigation@melicklaw.com |
| Allen J. McCarthy, Esq. | StationLitigation@melicklaw.com |
| Michael J. Mazurczak, Esq. | StationLitigation@melicklaw.com |
| Christopher C. Fallon, Jr., Esq. | cfallon@cozen.com |
| Stephen P. Fogerty, Esq. | fogerty@halloran-sage.com |
| Mark Hadden, Esq. | mhadden@mhaddenlaw.com |
| Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| John R. Crockett, III, Esq. | jcrockett@fbtlaw.com |
| Susan S. Wettle, Esq. | swettle@fbtlaw.com |
| Edward T. Hinchey, Esq. | EHinchey@sloanewalsh.com |
| Daniel Horgan, Esq. | Horganlaw@snet.net |
| Patrick T. Jones, Esq. | pjones@cmj-law.com |
| Peter Schneider, Esq. | pschneider@cmj-law.com |
| Howard Julian | sohohomes@yahoo.com |
| Bruce P. Keller, Esq. | bkeller@debevoise.com |
| Fred A. Kelly, Jr., Esq. | StationFireLitigation@nixonpeabody.com |
| Steven M. Richard, Esq. | StationFireLitigation@nixonpeabody.com |
| Ian Ridlon, Esq. | StationFireLitigation@nixonpeabody.com |
| Joseph Krowski, Esq. | josephkrowski.law@verizon.net |
| Ronald Langlois, Esq. | rlanglois@smithbrink.com |
| Lauren D. Wilkins, Esq. | lwilkins@smithbrink.com |
| James R. Lee, Esq. | jlee@riag.ri.gov |
| Thomas W. Lyons, Esq. | tlyons@straussfactor.com |
| Richard W. MacAdams, Esq. | rmacadams@mandwlaw.com |

| | |
|---|---|
| John R. Mahoney, Esq. | johnmahoney@amlawllp.com |
| Eva Marie Mancuso, Esq. | emancuso@hwac.com |
| Mark S. Mandell, Esq. | msb@msb-atty.com |
| W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| James J. Restivo, Jr., Esq. | jrestivo@reedsmith.com |
| Joseph J. McGair, Esq. | jjm@petrarcamcgair.com |
| Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| Matthew F. Medeiros, Esq. | mfm@lmkbw.com |
| Howard A. Merten, Esq. | hmerten.station@psh.com |
| Steven A. Minicucci, Esq. | sminicucci@calvinolaw.com |
| William A. Filippo, Esq. | wfilippo@calvinolaw.com |
| Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |
| James T. Murphy, Esq. | stationfire@hansoncurran.com |
| Thomas R. Bender, Esq. | stationfire@hansoncurran.com |
| Kelly N. Michels, Esq. | stationfire@hansoncurran.com |
| John J. Nazzaro, Esq. | attynazzaro@aol.com |
| Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |
| Paul Sullivan, Esq. | pvsullivan@morrisonmahoney.com |
| J. Renn Olenn, Esq. | jro@olenn-penza.com |
| Michael Potenza, Esq. | mpotenza@debevoise.com |
| Stephen M. Prignano, Esq. | sprignano@edwardsangell.com |
| Stephen J. MacGillivray, Esq. | smacgillivray@edwardsangell.com |
| Robert I. Reardon, Esq. | reardonlaw@aol.com |
| Charles N. Redihan, Jr., Esq. | credihan@kprlaw.com |
| James H. Reilly, III, Esq. | jreilly@kkrs.com |
| Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| Ronald J. Resmini, Esq. | resminilaw@yahoo.com |
| Ronald J. Creamer, Esq. | resminilaw@yahoo.com |
| James A. Ruggieri, Esq. | jruggieri@hcc-law.com |
| Suzanne O'Donoghue, Esq. | sodonoghue@hcc-law.com |
| Michael A. St. Pierre, Esq. | mikesp@rrsplaw.com |
| Mark D. Tourgee, Esq. | aminchillo@itwlaw.com |
| Andrew J. Trevelise, Esq. | atrevelise@reedsmith.com |
| Scott J. Tucker, Esq. | stucker@ths-law.com |
| Earl H. Walker, Esq. | ewalker@jw.com |
| Charles Babcock, Esq. | cbabcock@jw.com |
| Nancy W. Hamilton, Esq. | nhamilton@jw.com |
| George E. Wolf, III, Esq. | gwolf@shb.com |
| Ann Songer, Esq. | asonger@shb.com |
| Max Wistow/Jessica Deansiris | jdean@wistbar.com |
| Russell Bramley/Karen Picozzi | bramley@hbhlaw.net |
| Laurence J. Cappuccio | l.cappuccio@worldnet.att.net |