IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KATRINA KOLASA f/k/a KATRINA BUCHKA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN FOAM CORPORATION, et al.,<br><br>Defendants. | C.A. No. 05-070L |

**LEGGETT & PLATT, INCORPORATED AND L&P FINANCIAL SERVICES COMPANY'S ANSWER TO PLAINTIFF KOLASA'S NOTICE OF ADOPTION OF THIRD AMENDED MASTER COMPLAINT (STATION NIGHT CLUB FIRE LITIGATION)**

Leggett & Platt, Incorporated and L&P Financial Services Company (collectively "L&P" for purposes of this answer), for their answer to Plaintiff Kolasa's Notice of Adoption of Third Amended Master Complaint, hereinafter "Notice of Adoption," state:

In answering Plaintiff Kolasa's adoption of the Third Amended Master Complaint in Albert L. Gray, Administrator, et al. (Plaintiffs) v. Jeffery Derderian, et al. (Defendants), C.A. No. 04-312L in its entirety, L&P hereby adopts and incorporates by reference, as if fully set forth herein, its Answer and Affirmative and Other Defenses to Plaintiffs' Third Amended Master Complaint in Gray, in its entirety. In answering Plaintiff Kolasa's adoption of the additional allegations and claims set forth in Henault, et al. v. American Foam, et al., C.A. No. 03-483L, L&P hereby adopts and incorporates by reference, as if fully set forth herein, its Answer to Plaintiffs' Notice of Adoption of the First Amended Master Complaint (Station Fire Litigation) in Henault, in its entirety. (Document 282).

L&P further notes Plaintiff Kolasa's Notice of Adoption does not itself include allegations related to Plaintiff Kolasa, nor does it incorporate the allegations related to Plaintiff Kolasa that were set forth in Plaintiff Kolasa's Notice of Adoption of First Amended Complaint). (Document 1). To the extent Plaintiff Kolasa is relying on those allegations, L&P hereby adopts and incorporates by reference, as if fully set forth herein, its Answer to paragraph 1 of Plaintiff Kolasa's Notice of Adoption of First Amended Complaint. (Document 19).

**GENERAL DENIAL**

L&P denies each and every allegation and legal conclusion set forth in Plaintiff Kolasa's Notice of Adoption of First Amended Complaint, or the other pleadings referenced above, not specifically admitted herein.

WHEREFORE, defendants L&P, having fully answered Plaintiff Kolasa's Notice of Adoption, respectfully prays that Plaintiff Kolasa's Notice of Adoption be dismissed with prejudice against L&P, for its costs incurred herein, and for such other relief as this Court deems just and proper.

DEFENDANTS

LEGGETT & PLATT INCORPORATED and
L&P FINANCIAL SERVICES CO.
By their attorneys,

Thomas W. Lyons, Esquire #2946
STRAUSS, FACTOR, LAING & LYONS
222 Richmond Street, Suite 208
Providence, RI 02903-2914
401-456-0700
tlyons@straussfactor.com

George Wolf (TM)

George E. Wolf, III, Esq.
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108
Tel.: 816-474-6550
Fax: 816-421-5774

**CERITIFICATION**

I hereby certify that on this 17 day of March, 2006, a copy of the within was sent to all counsel of record by email.



1904335v1