IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KATRINA KOLASA, f/k/a Katrina Buchka, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-070L |
| | ) | |
| AMERICAN FOAM CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ANSWER AND AFFIRMATIVE DEFENSES OF CLEAR CHANNEL BROADCASTING, INC. AND CAPSTAR RADIO OPERATING COMPANY TO NOTICE OF ADOPTION OF THIRD AMENDED MASTER COMPLAINT**

NOW COME Defendants Clear Channel Broadcasting, Inc. and Capstar Radio Operating Company (as successor in interest to WHJY, Inc., former operator of radio station "WHJY-FM") (collectively the "Clear Channel Defendants" for purposes herein), and, in response to the "Notice of Adoption of Third Amended Master Complaint" filed in the above-captioned action ("Notice of Adoption"), hereby adopt and incorporate by reference the "Answer and Affirmative Defenses of Clear Channel Broadcasting, Inc. and Capstar Radio Operating Company to Third Amended Master Complaint," filed on March 17, 2006 in *Gray, et al. v. Derderian, et al.* (04-312-L).

In further response to the Notice of Adoption, the Clear Channel Defendants hereby adopt, and incorporate by reference, the "Answer and Affirmative Defenses of Clear Channel Broadcasting, Inc. and Capstar Radio Operating Company to Plaintiff's Pro Forma Complaint and Notice of Adoption of First Amended Master Complaint," filed on December 1, 2005 in the above-captioned action.

CLEAR CHANNEL BROADCASTING, INC.
AND CAPSTAR RADIO OPERATING
COMPANY

By their Attorneys,

Stephen M. Prignano (#3649)
Stephen J. MacGillivray (#5416)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200 (phone)
(401) 276-6611 (fax)

James J. Restivo, Jr., Esq.
W. Thomas McGough, Jr., Esq.
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219
(412) 288-3131 (phone)
(412) 288-3063 (fax)

Dated: March 17, 2006

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 17th day of March, 2006, I served a copy of the within ANSWER AND AFFIRMATIVE DEFENSES OF CLEAR CHANNEL BROADCASTING, INC. AND CAPSTAR RADIO OPERATING COMPANY TO NOTICE OF ADOPTION OF THIRD AMENDED MASTER COMPLAINT, by electronic mail, to the following counsel of record:

| | |
|---|---|
| Brian R. Cunha, Esq. | brian@briancunha.com |
| Karen A. Alegria, Esq. | karen@briancunha.com |
| Joseph V. Cavanagh, Jr., Esq. | stationfire@blishcavlaw.com |
| Kristin E. Rodgers, Esq. | stationfire@blishcavlaw.com |
| Ronald Langlois, Esq. | stationfire@smithbrink.com |
| Lauren D. Wilkins, Esq. | stationfire@smithbrink.com |
| Edward M. Crane, Esq. | ecrane@skadden.com |
| Deborah G. Solmor, Esq. | dsolmor@skadden.com |
| Mark T. Reynolds, Esq. | mtreynolds@conversent.net |
| Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| Edward T. Hinchey, Esq. | ehinchey@sloanewalsh.com |
| Robert T. Norton, Esq. | rnorton@sloanewalsh.com |
| Fred A. Kelly, Jr., Esq. | stationfirelitigation@nixonpeabody.com |
| Steven M. Richard, Esq. | stationfirelitigation@nixonpeabody.com |
| Kim M. Clarke, Esq. | stationfirelitigation@nixonpeabody.com |
| James T. Murphy, Esq. | stationfire@hansoncurran.com |
| Kelly N. Michels, Esq. | stationfire@hansoncurran.com |
| Thomas R. Bender, Esq. | stationfire@hansoncurran.com |
| Thomas C. Angelone, Esq. | angelonelaw@aol.com |
| Stephen E. Breggia, Esq. | sbreggia@bbglaw.us |
| Kevin F. Bowen, Esq. | kbowen@bbglaw.us |
| Scott J. Tucker, Esq. | stucker@ths-law.com |
| John J. Nazzaro, Esq. | attynazzaro@aol.com |
| Ronald J. Resmini, Esq. | resminilaw@yahoo.com |
| Ronald J. Creamer, Esq. | resminilaw@yahoo.com |
| James H. Reilly, III, Esq. | jreilly@kkrs.com |
| Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| Robert I. Reardon, Jr., Esq. | reardonlaw@aol.com |
| Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |
| James R. Lee, Esq. | jlee@riag.state.ri.us |
| James A. Ruggieri, Esq. | jruggieri@hcc-law.com |
| Suzanne O'Donoghue, Esq. | sodonoghue@hcc-law.com |
| Daniel J. Horgan, Esq. | horganlaw@snet.net |
| Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| John R. Crockett, III, Esq. | jcrockett@fbtlaw.com |
| Susan S. Wettle, Esq. | swettle@fbtlaw.com |

Howard A. Merten, Esq. hmerten.station@psh.com
Stefanie DiMaio-Larivee, Esq. fonia@msn.com
Mark C. Hadden, Esq. mhadden@mhaddenlaw.com
Bruce P. Keller, Esq. bpkeller@debevoise.com
Michael Potenza, Esq. mpotenza@debevoise.com
Steven A. Minicucci, Esq. sminicucci@calvinolaw.com
William A. Filippo, Esq. wfilippo@calvinolaw.com
Mark D. Tourgee, Esq. aminchillo@itwlaw.com
Timothy A. Williamson, Esq. aminchillo@itwlaw.com
Mark S. Mandell, Esq. msmandell@msn.com
Matthew F. Medeiros, Esq. mfm@lmkbw.com
Charles N. Redihan, Jr., Esq. credihan@kprlaw.com
Eva Marie Mancuso, Esq. emancuso@hwac.com
Michael A. St. Pierre, Esq. mikesp@rrsplaw.com
Benjamin V. White, III, Esq. bwhite@vetterandwhite.com
Max Wistow, Esq. mw@wistbar.com
Jessica Deanseris, Esq. jdean@wistbar.com
Joseph B. Burns, Esq. jburns@rms-law.com
Patrick T. Jones, Esq. pjones@cmj-law.com
Peter Schneider, Esq. pschneider@cmj-law.com
Marc DeSisto, Esq. stationfire@desistolaw.com
Richard W. MacAdams, Esq. rmacadams@mandwlaw.com
Mark T. Nugent, Esq. mnugent@morrisonmahoney.com
Paul V. Sullivan, Esq. pvsullivan@morrisonmahoney.com
Thomas W. Lyons, Esq. tlyons@straussfactor.com
C. Russell Bengtson, Esq. rbengtson@ckmlaw.com
John R. Mahoney, Esq. johnmahoney@amlawllp.com
Christopher C. Fallon, Jr., Esq. cfallon@cozen.com
Mark D. Cahill, Esq. mcahill@choate.com
Eric Bradford Hermanson, Esq. ehermanson@choate.com
Charles L. Babcock, Esq. cbabcock@jw.com
Nancy W. Hamilton, Esq. nhamilton@jw.com
Earl H. Walker, Esq. ewalker@jw.com
Georgia A. Sullivan, Esq. georgia.sullivan@thehartford.com
George E. Wolf, III, Esq. gwolf@shb.com
Ann M. Songer, Esq. asonger@shb.com
James J. Restivo, Jr., Esq. jrestivo@reedsmith.com
W. Thomas McGough, Jr., Esq. tmcgough@reedsmith.com
Andrew J. Trevelise, Esq. atrevelise@reedsmith.com
Howard J. Julian sohohomes@yahoo.com
James A. Bigos, Esq. jim@b-plaw.com
Stephen P. Fogerty, Esq. fogerty@halloran-sage.com
Mark P. Dolan, Esq. ricedolank@aol.com
Anthony R. Leone, Esq. ricedolank@aol.com
Stephen A. Izzi, Esq. sizzi@cox.net
T. Dos Urbanski, Esq. stationlitigation@melicklaw.com

| | |
|---|---|
| Allen J. McCarthy, Esq. | stationlitigation@melicklaw.com |
| Michael J. Mazurczak, Esq. | stationlitigation@melicklaw.com |
| Lawrence J. Cappuccio, Esq. | l.cappuccio@worldnet.att.net |
| J. Renn Olenn, Esq. | kbh@olenn-penza.com |
| Joseph Krowski, Esq. | josephkrowski.law@verizon.net |
| Esquire Deposition Services | stationfire@esquirecom.com |
| Russell Bramley, Esq. | bramley@hbhlaw.net |