UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KATRINA KOLASA,<br>f/k/a KATRINA BUCHKA<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN FOAM CORP. ET AL,<br><br>Defendants. | CIVIL ACTION<br>No. 05-70-L |

**ANSWER AND JURY CLAIM OF THE DEFENDANT, ABC BUS, INC. d/b/a ABC BUS LEASING, INC., TO THE PLAINTIFFS' THIRD AMENDED MASTER COMPLAINT**

1. The plaintiffs in the civil action captioned *Katrina Kolasa f/k/a Katrina Buchka v. American Foam Corp., et al.*, Civil Action No. 05-70-L (Adopting Civil Action No. 03-483L) have adopted the allegations against this defendant contained in the Master Complaints in *Albert L. Gray, Administrator, et al. v. Jeffrey Derderian, et al.*, Civil Action No. 04-312-L, and the claims in *Henault, et al. v. American Foam Corp., et al.* Civil Action No. 03-483-L with certain additional allegations and claims.

2. This defendant, ABC Bus, Inc. d/b/a ABC Bus Leasing, Inc. hereby incorporates by reference its answer filed to the Third Amended Master Complaint in *Albert L. Gray, Administrator, et al. v. Jeffrey Derderian, et al.*, as if set forth fully herein.

3. This defendant, ABC Bus, Inc. d/b/a ABC Bus Leasing, Inc. hereby incorporates its answer filed to the adoption in *Henault, et al. v. American Foam Corp., et al.*, Civil Action No. 03-483-L of the Third Amended Master Complaint in *Albert L. Gray, Administrator, et al., v. Jeffrey Derderian, et al.*, Civil Action No. 04-312-L as if set forth fully herein.

4. This defendant makes no answer to the additional allegations and claims set forth in that certain Pro Forma

Complaint and Notice of Adoption of Third Amended Master Complaint in that the additional Counts do not apply to it. However, to the extent that the additional Counts are ever read to apply to this defendant, ABC Bus, Inc. d/b/a ABC Bus Leasing, Inc. specifically denies the allegations and claims made in the additional Counts.

JURY CLAIM

Defendant, ABC Bus, Inc. d/b/a ABC Bus Leasing, Inc. hereby makes a claim for a trial by jury.

ABC BUS, INC. d/b/a ABC BUS LEASING, INC.
By its attorney,

T. Dos Urbanski, R.I. Bar No. 6440
MELICK, PORTER & SHEA, LLP
369 South Main Street
Providence, RI 02903
Tel: 401-941-0909
Fax: 401-941-6269
Email: stationlitigation@melicklaw.com

CERTIFICATE OF SERVICE

I, T. Dos Urbanski, hereby certify that on this day, I forwarded notice of the foregoing document(s) by mailing electronically a copy in pdf format to the following:

| | |
|---|---|
| Karen A. Alegria | karen@briancunha.com |
| Thomas C. Angelone | angelonelaw@aol.com |
| Charles L. Babcock | cbabcock@jw.com |
| John P. Barylick | JPB@wistbar.com |
| Thomas R. Bender | stationfire@hansoncurran.com |
| C. Russell Bengston | rbengston@ckmlaw.com |
| James A. Bigos | jim@b-plaw.com |
| Russell Bramley | bramley@hbhlaw.net |
| Kevin F. Bowen | kbowen@bbglaw.us |
| Stephen E. Breggia | sbreggia@bbglaw.us |
| Kate Breslin-Harden | KBH@olenn-penza.com |
| Joseph B. Burns | jburns@rms-law.com |
| Mark D. Cahill | mcahill@choate.com |
| Lawrence J. Cappuccio | l.cappuccio@worldnet.att.net |
| Joseph V. Cavanagh, Jr. | stationfire@blishcavlaw.com |
| Kim M. Clarke | stationfirelitigation@nixonpeabody.com |
| Edward M. Crane | ecrane@skadden.com |
| Ronald J. Creamer | resminilaw@yahoo.com |
| John R. Crockett, III | jcrocket@fbtlaw.com |
| Brian R. Cunha | brian@briancunha.com |
| Jessica Deanseris | jdean@wistbar.com |
| Michael DeLuca | mrd@gsm-law.com |
| Curtis R. Diedrich | cdiedrich@sloanewalsh.com |
| Anthony F. DeMarco | tdemarco@conversant.com |
| Marc DeSisto | stationfire@desistolaw.com |
| Stephanie DiMaio-Larivee | fonia@msn.com |
| Mark P. Dolan | ricedolank@aol.com |
| Esquire Deposition Services | stationfire@esquire.com |
| Christopher C. Fallon, Jr. | Cfallon@cozen.com |
| William A. Filippo | wfilippo@calvinlaw.com |
| Stephen P. Fogerty | fogerty@halloran-sage.com |
| Mark C. Hadden | mhadden@mhaddenlaw.com |
| Nancy W. Hamilton | nhamilton@jw.com |
| Eric Bradford Hermanson | ehermanson@choate.com |
| Carl A. Henlein | chenlein@fbtlaw.com |
| Edward T. Hinchey | ehinchey@sloanewalsh.com |
| Daniel J. Horgan | horganlaw@snet.net |
| James Howe | singinglawyer@msn.com |
| Stephen A. Izzi | stephen.izzi@hklaw.com |
| Patrick T. Jones | pjones@cmj-law.com |
| Howard Julian | sohohomes@yahoo.com |
| Bruce P. Keller | bpkeller@debevoise.com |
| Fred A. Kelly | stationfirelitigation@nixonpeabody.com |
| Joseph Krowski | josephkrowski.law@verizon.net |
| Donna M. Lamontagne | dlamontagne@zizikpowers.com |
| Ronald Langlois | stationfire@smithbrink.com |
| Faith A. LaSalle, Esq. | flasalle@lasallelaw.com |
| James R. Lee | jlee@riag.state.ri.us |
| Anthony R. Leone | ricedolank@aol.com |
| Thomas W. Lyons | tlyons@straussfactor.com |
| Richard W. MacAdams | rmacadams@mandwlaw.com |
| Stephen J. MacGillivray | smacgillivray@eapdlaw.com |
| John R. Mahoney | johnmahoney@amlawllp.com |
| Eva Marie Mancuso | emancuso@hwac.com |
| Mark S. Mandell | msmandell@msn.com |
| Donald J. Maroney | dmaroney@kkrs.com |

| | |
|---|---|
| W. Thomas McGough, Jr. | tmcgough@reedsmith.com |
| Edwin F. McPherson | emcpherson@m-klaw.com |
| Matthew F. Medeiros | mfm@lmkbw.com |
| Howard A. Merten | hmerten.station@psh.com |
| Kelly N. Michels | stationfire@hansoncurran.com |
| Steven A. Minicucci | sminicucci@calvinolaw.com |
| Ralph J. Monaco | rmonaco.c-l@snet.net |
| James T. Murphy | stationfire@hansoncurran.com |
| John J. Nazzaro | attynazzaro@aol.com |
| Robert T. Norton | rnorton@sloanewalsh.com |
| Mark T. Nugent | mnugent@morrisonmahoney.com |
| Suzanne O'Donoghue | sodonoghue@hcc-law.com |
| J. Renn Olenn | kbh@olenn-penza.com |
| Mark Ostrowski | mostrowski@goodwin.com |
| Michael Potenza | mpotenza@debevoise.com |
| Stephen M. Prignano | sprignano@eapdlaw.com |
| Robert J. Reardon, Jr. | Reardonlaw@aol.com |
| Charles N. Redihan, Jr. | Credihan@kprlaw.com |
| James H. Reilly, III | jreilly@kkrs.com |
| Ronald J. Resmini | resminilaw@yahoo.com |
| James J. Restivo, Jr. | Jrestivo@reedsmith.com |
| Mark T. Reynolds | mtreynolds@conversent.net |
| Steven M. Richard | stationfirelitigation@nixonpeabody.com |
| Ian Ridlon | stationfirelitigation@nixonpeabody.com |
| Kristin E. Rodgers | stationfire@blishcavlaw.com |
| James A. Ruggieri | jruggieri@hcc-law.com |
| James Scanlon | jscanlon@sloanewalsh.com |
| Peter Schneider | pschneider@cmj-law.com |
| Deborah G. Solmor | dsolmor@skadden.com |
| Ann Songer | asonger@shb.com |
| Michael A. St. Pierre | mikesp@rrsplaw.com |
| Georgia A. Sullivan | georgia.sullivan@thehartford.com |
| Paul V. Sullivan | pvsullivan@morrisonmahoney.com |
| Andrew J. Trevelise | atrevelise@reedsmith.com |
| Mark D. Tourgee | aminchillo@itwlaw.com |
| Scott J. Tucker | stucker@ths-law.com |
| Earl H. Walker | ewalker@jw.com |
| Susan S. Wettle | swettle@fbtlaw.com |
| Benjamin V. White, III | bwhite@vetterandwhite.com |
| Timothy A. Williamson | aminchillo@itwlaw.com |
| Lauren D. Wilkins | stationfire@smithbrink.com |
| Max Wistow | mw@wistbar.com |
| George E. Wolf, III | gwolf@shb.com |

T. Dos Urbanski

T. Dos Urbanski

Date: 3/17/06