UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KATRINA KOLASA, f/k/a KATRINA BUCHKA | ) | |
| Plaintiff | ) | |
| v. | ) | NO.: 05-070L |
| AMERICAN FOAM CORP., ET AL. | ) | |
| Defendants | ) | |

**DEFENDANT'S, LUNA TECH, INC., REVISED ANSWER TO ADOPTION OF THIRD AMENDED MASTER COMPLAINT**

The plaintiffs have adopted the Third Amended Master Complaint in *Albert L. Gray, Administrator et al., v. Jeffrey Derderian, et al., CA 04-312L*, along with the additional allegations and claims set forth by the *Henault* plaintiffs in their Notice of Adoption of First Amended Master Complaint dated December 13, 2004. Luna Tech, Inc., hereby incorporates the answer to the Third Amended Master Complaint filed on its behalf in *Gray* as its answer here.

To the extent the plaintiffs' adoption of the *Henault* plaintiffs additional allegations and claims, set forth in their Notice of Adoption of First Amended Master Complaint, may be read as asserting actionable conduct on the part of Luna Tech, Inc., by the plaintiffs in this case, they are denied.

Respectfully submitted,
LUNA TECH, INC.

Robert T. Norton (Bar #5492)
Edward T. Hinchey (Admitted Pro Hac Vice)
SLOANE AND WALSH, LLP
127 Dorrance Street
Providence, RI 02903-2828
(401) 454-7700

Dated: March 17, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served, via email, on all counsel of record in all of the Station Fire cases on this 17 day of March 2006.

Robert T. Norton