**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| KATRINA KOLASA<br>f/k/a KATRINA BUCHKA,<br>Plaintiffs, | : | |
| v. | : | C.A. No. 05-070-L |
| AMERICAN FOAM CORP., et al.,<br>Defendants. | : | |

**WITHDRAWAL OF APPEARANCE**

Bruce P. Keller hereby withdraws his appearance for Defendant Citadel Communications Corporation ("Citadel") in the above-captioned matter. Little Medeiros Kinder Bulman & Whitney, P.C. continue to represent Citadel as counsel of record.

/s/ Matthew F. Medeiros____________
Matthew F. Medeiros (#1856)
LITTLE MEDEIROS KINDER BULMAN
& WHITNEY, P.C.
72 Pine Street
Providence, RI 02903
Tel: (401) 272-8080
Fax: (401) 272-8195
mfm@lmkbw.com

Bruce P. Keller
DEBEVOISE & PLIMPTON
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000
Fax: (212) 909-6386

***Attorneys for Defendant***
***Citadel Communications Corporation***

**CERTIFICATION**

I hereby certify that on August 18, 2006, a copy of the foregoing WITHDRAWAL OF APPEARANCE was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by e-mail or to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

| | |
|---|---|
| Thomas C. Angelone | angelonelaw@aol.com |
| Charles L. Babcock | cbabcock@jw.com |
| C. Russell Bengtson | rbengtson@ckmlaw.com |
| Lawrence Joseph Cappuccio | l.cappuccio@worldnet.att.net |
| Joseph V. Cavanagh, Jr | jvc@blishcavlaw.com |
| Anthony F. DeMarco | tdemarco@conversent.net rdblaw@conversent.net |
| Gerald C. DeMaria | gdemaria@hcc-law.com |
| Marc DeSisto | marc@desistolaw.com mary@desistolaw.com |
| Curtis R. Diedrich | cdiedrich@sloanewalsh.com |
| Fred A. Kelly, Jr | fkelly@nixonpeabody.com, ProEfile@nixonpeabody.com |
| Ronald P. Langlois | rlanglois@smithbrink.com |
| James R. Lee | jlee@riag.ri.gov |
| Thomas W. Lyons, III | tlyons@straussfactor.com |
| Richard W. MacAdams | rmacadams@mandwlaw.com, vburrus@mandwlaw.com |
| Stephen J. MacGillivray | smacgillivray@eapdlaw.com |
| Donald J. Maroney | dmaroney@kkrs.com |
| Howard A. Merten | hm@psh.com slb@psh.com |
| James T. Murphy | jtm@hansoncurran.com |
| Robert T. Norton | rnorton@sloanewalsh.com |
| Stephen M. Prignano | sprignano@eapdlaw.com |
| James H. Reilly, III | jreilly@kkrs.com |
| Ronald J. Resmini | resminilaw@yahoo.com |
| Steven M. Richard | srichard@nixonpeabody.com, ProEfile@nixonpeabody.com |
| Kristin E. Rodgers | ker@blishcavlaw.com |
| T. Dos Urbanski | durbanski@melicklaw.com |

I further certify that on August 18, 2006, a copy of the foregoing WITHDRAWAL OF APPEARANCE was sent by email.

| | |
|---|---|
| Edwin F. McPherson | emcpherson@m-klaw.com |
| Ralph J. Monaco | Rmonaco.c-l@snet.net |

/s/ Matthew F. Medeiros__________

F:\MFM\Citadel\Pleadings\Withdrawal of Appearance 05-070-L.doc