UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KATRINA KOLASA, f/k/a Katrina Buchka,

*Plaintiff,*

vs.

C.A. No. 05-070L

AMERICAN FOAM CORP., et al.,

*Defendants.*

## **ENTRY OF APPEARANCE**

I, Michael A. DeSisto, hereby enter my appearance in the above-captioned matter on behalf of defendants: Town of West Warwick, by and through its Finance Director, Malcolm Moore; Denis Larocque; Anthony Bettencourt; and Stephen Murray.

Defendants[1]
By their attorneys,

*/s/ Michael A. DeSisto*

Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

[1] Town of West Warwick, by and through its Finance Director, Malcolm Moore; Denis Larocque; Anthony Bettencourt; and Stephen Murray.

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on 10th day of April, 2007, and is available for viewing and downloading from the ECF system and that the counsel of record listed below will receive notice via the ECF system:

| | |
|---|---|
| Karen A. Alegria | karen@briancunha.com |
| Thomas C. Angelone | angelonelaw@aol.com, Conlonmaryv@aol.com |
| Steven T. Armato | sarmato@cetcap.com, kbjornlund@cetcap.com; agriffin@cetcap.com; mcahalane@cetcap.com |
| Joseph Aronson | jaronson@mccormackfirm.com |
| Charles L. Babcock | cbabcock@jw.com |
| John P. Barylick | jpb@wistbar.com |
| C. Russell Bengtson | rbengtson@ckmlaw.com |
| Russell Bramley | bramley@hbhlaw.net |
| Stephen E. Breggia | sbreggia@bbglaw.us |
| William F. Burke | wburke@apslaw.com |
| Mark D. Cahill | mcahill@choate.com |
| Lawrence Joseph Cappuccio | l.cappuccio@worldnet.att.net |
| Joseph V. Cavanagh , Jr | jvc@blishcavlaw.com |
| Lawrence G. Cetrulo | lcetrulo@cetcap.com, kbjornlund@cetcap.com; mcahalane@cetcap.com; agriffin@cetcap.com |
| Kim M. Clarke | kclarke@nixonpeabody.com, ProEfile@nixonpeabody.com |
| John J. Cloherty , III | jcloherty@piercedavis.com |
| Edward M. Crane | ecrane@skadden.com |
| Ronald J. Creamer | resminilaw@yahoo.com |
| Jennifer A Creedon | jcreedon@cetcap.com |
| John R. Crockett | jcrockett@fbtlaw.com |
| Brian R. Cunha | brian@briancunha.com |
| James S. D'Ambra | ricedolan@ricedolan.com |
| Michael R. DeLuca | mrd@gsm-law.com |
| Anthony F. DeMarco | tdemarco@conversent.net, rdblaw@conversent.net |
| Gerald C. DeMaria | gdemaria@hcc-law.com |
| Marc DeSisto | marc@desistolaw.com, mary@desistolaw.com |
| Eric B. DiMario | edimario@gunninglafazia.com |
| Curtis R. Diedrich | cdiedrich@sloanewalsh.com, scimino@sloanewalsh.com |
| Mark P. Dolan | ricedolan@ricedolan.com |
| Christopher C. Fallon, Jr. | cfallon@cozen.com |
| John J. Flanagan | jflanagan@torti.com |
| Richard T. Gallone | richard@briancunha.com |
| Josh M. Greenbaum | jgreenbaum@cozen.com |
| Mark C. Hadden | mhadden@mhaddenlaw.com |

| | |
|---|---|
| Nancy W. Hamilton | nhamilton@jw.com |
| Timothy B. Hardwicke | timothy.hardwicke@lw.com, suzanne.kadus@lw.com; chefiling@lw.com |
| Carl A. Henlein | chenlein@fbtlaw.com |
| Eric Bradford Hermanson | ebh@choate.com |
| John G. Hines | Hines-corrigan@conversent.net |
| Daniel J. Horgan | horganlaw@snet.net |
| Stephen A. Izzi | sizzi@mosesafonso.com |
| Patrick T. Jones | pjones@cmjlaw.com |
| Howard Julian | sohohomes@yahoo.com, |
| Fred A. Kelly, Jr | fkelly@nixonpeabody.com, ProEfile@nixonpeabody.com |
| David D. Langfitt | dlangfitt@mmwr.com |
| Ronald P. Langlois | rlanglois@smithbrink.com |
| James R. Lee | jlee@riag.ri.gov |
| S. Michael Levin | mlevin@wszlaw.com, slevesque@wszlaw.com; efile@wszlaw.com; presnik@mwe.com; skasten@mwe.com |
| Thomas W. Lyons , III | tlyons@straussfactor.com |
| Richard W. MacAdams | rmacadams@mwdglaw.com, vburrus@mwdglaw.com |
| Stephen J. MacGillivray | smacgillivray@eapdlaw.com |
| David E. Maglio | dmaglio@magliolaw.com, dgianq@magliolaw.com |
| John R. Mahoney | jackmahoney@amlawllp.com, lsoucy@amlawllp.com; johnmahoney@amlawllp.com |
| Eva Marie Mancuso | emancuso@hwac.com |
| Mark S. Mandell | msmandell@msn.com |
| Donald J. Maroney | dmaroney@kkrs.com |
| Michael J. Mazurczak | mmazurczak@melicklaw.com |
| Michael McCormack | mmccormack@mccormackfirm.com |
| W. Thomas McGough , Jr. | wmcgough@reedsmith.com |
| Daniel P. McKiernan | dmckiernan@mtmlaw.us |
| Edwin F. McPherson | emcpherson@m-klaw.com |
| Howard A. Merten | hm@psh.com, slb@psh.com |
| Kelly N. Michels | knm@hansoncurran.com |
| Steven A. Minicucci | sminicucci@calvinolaw.com |
| David Mitrou | dmitrou@mccormackfirm.com |
| Ralph J. Monaco | rmonaco.c-l@snet.net |
| James T. Murphy | jtm@hansoncurran.com |
| John F. Murphy | stationfire@shb.com |
| Robert T. Norton | rnorton@sloanewalsh.com |
| Mark T. Nugent | mnugent@morrisonmahoney.com, cmontgomery@morrisonmahoney.com |
| William E. O'Gara | wogara@pld-law.com, smelo@pld-law.com |
| Mark Parsky | mep@mcveyparsky-law.com |
| Judith Perritano | jperritano@piercedavis.com |
| Joel F. Pierce | jpierce@piercedavis.com |
| Tracy L. Poppe | reardonlaw@aol.com |

| | |
|---|---|
| Stephen M. Prignano | sprignano@eapdlaw.com, rjil@eapdlaw.com |
| Robert I. Reardon , Jr. | reardonlaw@aol.com |
| Charles N. Redihan , Jr. | credihan@kprlaw.com, sharrison@kprlaw.com |
| James H. Reilly , III | jreilly@kkrs.com |
| Ronald J. Resmini | resminilaw@yahoo.com |
| James J. Restivo | jrestivo@reedsmith.com |
| Steven M. Richard | srichard@nixonpeabody.com, ProEfile@nixonpeabody.com |
| Kristin E. Rodgers | ker@blishcavlaw.com |
| James A. Ruggieri | jruggieri@hcc-law.com, sodonoghue@hcc-law.com; sbodurtha@hcc-law.com; spitcavage@hcc-law.com |
| Michael G. Sarli | mgs@gsm-law.com |
| Peter J. Schneider | pschneider@cmjlaw.com |
| Deborah G. Solmor | dsolmor@skadden.com |
| Ann M. Songer | stationfire@shb.com |
| Michael A. St. Pierre | mikesp@rrsplaw.com, susanl@rrsplaw.com |
| Georgia Ann Sullivan | georgia.sullivan@thehartford.com |
| Meghan H. Sullivan | meghan.sullivan@lw.com, chefiling@lw.com |
| Rajaram Suryanarayan | rsury@gunninglafazia.com |
| Henry M. Swan | hms@dksblaw.com |
| Mark R. Ter Molen | mtermolen@mayerbrownrowe.com |
| Andrew J. Trevelise | atrevelise@reedsmith.com |
| Bruce Gregory Tucker | btucker@legalmgt.com |
| T. Dos Urbanski | durbanski@melicklaw.com |
| Earl H. Walker | ewalker@jw.com |
| Susan S. Wettle | swettle@fbtlaw.com, jcleary@fbtlaw.com; tthomas@fbtlaw.com |
| Max Wistow | mwistow@wistbar.com, jdean@wistbar.com |
| George Wolf | stationfire@shb.com |
| David A. Wollin | dwollin@apslaw.com, dciuffetelli@apslaw.com |

*/s/ Michael A. DeSisto*

Michael A. DeSisto