**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| KATRINA KOLASA<br>f/k/a KATRINI BUCHKA,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FOAM CORPORATION, et al.,<br><br>Defendants. | C.A. No. 05-070-L |

**ENTRY OF APPEARANCE**

Robert K. Taylor hereby enters his appearance on behalf of Defendant, McLaughlin & Moran, Inc.

/s/ Robert K. Taylor
Robert K. Taylor (#6514)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
rkt@psh.com

DATED: June 12, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2007 a copy of the foregoing ENTRY OF APPEARANCE was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing. Parties may access this filing through the court's cm/ecf system.

| | |
|---|---|
| Stephen E. Breggia, Esq. | sbreggia@bbglaw.com |
| Kevin F. Bowen, Esq. | kbowen@bbglaw.us |
| Joseph B. Burns, Esq. | jburns@rms-law.com |
| Mark D. Cahill, Esq. | mcahill@choate.com |
| Eric Bradford Hermanson, Esq. | stationfire@blishcavlaw.com |
| Joseph V. Cavanaugh, Jr., Esq. | stationfire@blishcavlaw.com |
| Kristin E. Rodgers, Esq. | stationfire@blishcavlaw.com |
| Edward M. Crane, Esq. | ecrane@skadden.com |
| Deborah Solmor, Esq. | dsolmor@skadden.com |
| Brian Cunha, Esq. | Brian@Briancunha.com |
| Karen A. Alegria, Esq. | Karen@Briancunha.com |
| Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| Mark T. Reynolds, Esq. | mtreynolds@conversent.net |
| Marc DeSisto, Esq. | stationfire@desistolaw.com |
| Robert Norton | rnorton@sloanewalsh.com |
| Edward Hinchey, Esq. | ehinchey@sloanewalsh.com |
| Stefanie DiMaio-Larivee, Esq. | fonia@msn.com |
| T. Dos Urbanski, Esq. | StationLitigation@melicklaw.com |
| Allen J. McCarthy, Esq. | StationLitigation@melicklaw.com |
| Michael J. Mazurczak, Esq. | StationLitigation@melicklaw.com |
| Christopher C. Fallon, Jr., Esq. | cfallon@cozen.com |
| Stephen P. Fogerty, Esq. | fogerty@halloran-sage.com |
| Mark Hadden, Esq. | mhadden@mhaddenlaw.com |
| Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| John R. Crockett, III, Esq. | jcrockett@fbtlaw.com |
| Susan S. Wettle, Esq. | swettle@fbtlaw.com |
| Edward T. Hinchey, Esq. | EHinchey@sloanewalsh.com |
| Daniel Horgan, Esq. | Horganlaw@snet.net |
| Patrick T. Jones, Esq. | pjones@cmj-law.com |
| Peter Schneider, Esq. | pschneider@cmj-law.com |
| Howard Julian | sohohomes@yahoo.com |
| Bruce P. Keller, Esq. | bkeller@debevois.com |
| Fred A. Kelly, Jr., Esq. | StationFireLitigation@nixonpeabody.com |
| Ian Ridlon, Esq. | StationFireLitigation@nixonpeabody.com |
| Joseph Krowski, Esq. | Josephkrowski.law@verizon.net |
| Donna M. Lamontagne, Esq. | Dlamontagne@zizikpowers.com |
| Ronald Langlois, Esq. | rlanglois@smithbrink.com |
| Lauren D. Wilkins, Esq. | lwilkins@smithbrink.com |
| Faith LaSalle, Esq. | flasalle@lasallelaw.com |
| James R. Lee, Esq. | jlee@riag.ri.gov |

| | |
|---|---|
| Thomas W. Lyons, Esq. | tlyons@straussfactor.com |
| Richard W. MacAdams, Esq. | rmacadams@mandwlaw.com |
| John R. Mahoney, Esq. | johnmahoney@amlawllp.com |
| Eva Marie Mancuso, Esq. | emancuso@hwac.com |
| Mark S. Mandell, Esq. | msmandell@msn.com |
| W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| James J. Restivo, Jr., Esq. | jrestivo@reedsmith.com |
| Joseph J. McGair, Esq. | jjm@petrarcamcgair.com |
| Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| Matthew F. Medeiros, Esq. | mfm@lmkbw.com |
| Howard A. Merten, Esq. | Hmerten.station@psh.com |
| Steven A. Minicucci, Esq. | sminicucci@calvinolaw.com |
| William A. Filippo, Esq. | wfilippo@calvinolaw.com |
| Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |
| James T. Murphy, Esq. | jtm@hansoncurran.com |
| Kelly N. Michels, Esq. | knm@hansoncurran.com |
| John J. Nazzaro, Esq. | nazzjn@aol.com |
| Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |
| Paul Sullivan, Esq. | pvsullivan@morrisonmahoney.com |
| J. Renn Olenn, Esq. | MKD@olenn-penza.com |
| Mark K. Ostrowski, Esq. | mostrowski@goodwin.com |
| Michael Potenza, Esq. | mpotenza@debevoise.com |
| Stephen M. Prignano, Esq. | sprignano@edwardsangell.com |
| Stephen J. MacGillivray, Esq. | smacgillivray@edwardsangell.com |
| Robert I. Reardon, Esq. | reardonlaw@aol.com |
| Robert I. Rimmer, Esq. | reardonlaw@aol.com |
| Charles N. Redihan, Jr., Esq. | credihan@prlaw.com |
| James H. Reilly, III, Esq. | jreilly@kkkrs.com |
| Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| Ronald J. Resmini, Esq. | resminilaw@yahoo.com |
| Ronald J. Creamer, Esq. | resminilaw@yahoo.com |
| James A. Ruggieri, Esq. | jruggieri@hcc-law.com |
| Michael A. St. Pierre, Esq. | mikesp@rrsplaw.com |
| Georgia Sullivan | georgia.sullivan@thehartford.com |
| Mark D. Tourgee, Esq. | inmantourgeelaw@aol.com |
| Timothy A. Williamson, Esq. | inmantourgeelaw@aol.com |
| Andrew J. Trevelise, Esq. | atrevelise@reedsmith.com |
| Scott J. Tucker, Esq. | stucker@ths-law.com |
| Earl H. Walker, Esq. | ewalker@jw.com |
| Charles Babcock, Esq. | cbabcock@jw.com |
| Nancy W. Hamilton, Esq. | nhamilton@jw.com |
| George E. Wolf, III, Esq. | gwolf@shb.com |
| Ann Songer, Esq. | asonger@shb.com |
| Barbara Gilfillan | barbara_gilfillan@rid.uscourts.gov |

And by first-class mail to the following:

Howard Julian
570 Shermantown
Saunderstown, RI 02874

Howard J. Julian
7 Columbia Lane
Jamestown, RI 02835-1813

John F. Murphy, Esq.
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108

/s/ Robert K. Taylor

922946_1/4573-2