UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ALBERT A. GRAY, ADMINISTRATOR, et al.,<br>Plaintiffs,<br>v.<br>JEFFREY DERDERIAN, et al.,<br>Defendants. | Civ. No. 04-312-L |
| ESTATE OF JUDE B. HENAULT, et al.,<br>Plaintiffs,<br>v.<br>AMERICAN FOAM CORP., et al.,<br>Defendants. | Civ. No. 03-483-L |
| TAMMY PASSA, et al.,<br>Plaintiffs,<br>v.<br>JEFFREY DERDERIAN., et al.,<br>Defendants. | Civ. No. 03-148-L |
| RONALD KINGSLEY, et al.,<br>Plaintiffs,<br>v.<br>JEFFREY DERDERIAN., et al.,<br>Defendants. | Civ. No. 03-208-L |

| | | |
|---|---|---|
| BARBARA GUINDON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN FOAM CORP., et al.,<br><br>Defendants. | ) | Civ. No. 03-335-L |
| LINDA RODERIQUEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN FOAM CORP., et al.,<br><br>Defendants. | ) | Civ. No. 04-026-L |
| CHARLES SWEET, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN FOAM CORP, et al.,<br><br>Defendants. | ) | Civ. No. 04-056-L |
| ANDREW PASKOWSKI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFREY DERDERIAN., et al.,<br><br>Defendants. | ) | Civ. No. 05-002-L |

| | | |
|---|---|---|
| KATRINA KOLASA, et al.,<br><br>Plaintiffs,<br>v.<br><br>AMERICAN FOAM CORP., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 05-070-L |
| DAVID MALAGRINO, et al.,<br><br>Plaintiffs,<br>v.<br><br>AMERICAN FOAM CORP., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 06-002-L |
| WILLIAM LONG, et al.,<br><br>Plaintiffs,<br>v.<br><br>AMERICAN FOAM CORP., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 06-047-L |
| NEIL GONSALVES, et al.,<br><br>Plaintiffs,<br>v.<br><br>JEFFREY DERDERIAN., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 06-076-L |

| | | |
|---|---|---|
| STEPHANIE NAPOLITANO , et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFREY DERDERIAN, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. No. 06-080-L |

**FINAL JUDGMENT**
**AGAINST ALL PLAINTIFFS PURSUANT TO FRCP 54(b)**

In accordance with the order of this court this date directing the entry of final judgment pursuant to FRCP 54(b), Final Judgment hereby enters in favor of the defendants named below and against all plaintiffs in all of the above captioned consolidated cases, with prejudice as to all claims.

1. Essex Insurance Company
2. Anchor Solutions Co., Inc.
3. Gresham & Associates of R.I., Inc.
4. Gresham & Associates of Rhode Island, Inc.
5. Multi-State Inspections, Inc.
6. High Caliber Inspections, Inc.
7. V.B. Gifford & Company, Inc.
8. Certain Underwriters at Lloyd's, London

Dated at Providence, Rhode Island this 9th day of April, 2008.

BY ORDER:

Deputy Clerk