UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ESTATE OF JUDE B. HENAULT, et al., Plaintiffs, vs. AMERICAN FOAM CORP., et al., Defendants. | : | C.A. No. 03-483L |
| KATRINA KOLASA, et al. Plaintiffs, vs. AMERICAN FOAM CORP., et al., Defendants. | : | C.A. No. 05-070L |
| DAVID MALAGRINO, Plaintiff, vs. AMERICAN FOAM CORP., et al., Defendants. | : | C.A. No. 06-002L |
| WILLIAM LONG, Plaintiff, vs. AMERICAN FOAM CORP., et al., Defendants. | : | C.A. No. 06-047L |

**NOTICE OF APPEAL**

Notice is hereby given that all Plaintiffs in the above captioned Henault, Kolasa, Malagrino, and Long actions hereby appeal to the United States Court of Appeals for the First Circuit from the Final Judgment entered in these actions pursuant to Federal Rule of Civil Procedure 54(b), in favor of the following Defendant on May 7, 2008 (Kolasa Doc. # 91):

1. Surplex Underwriters, Inc.

On behalf of the Henault, Kolasa, Malagrino, and Long Plaintiffs,

___/s/ Lawrence J. Cappuccio_____
Lawrence J. Cappuccio
Fed. Bar No. 2731
Cappuccio & Cappuccio
17 Granite Street
P.O. Box 763I
Westerly, RI 02891
(401) 596-4072
(401) 596-5306 (fax)
l.cappuccio@worldnet.att.net

___/s/ Patrick J. Day________
Patrick J. Day
Fed. Bar No. ct21858
Conway & Londregan, P.C.
38 Huntington Street
P.O. Box 1351
New London, CT 06320
Phone: 860-447-3171
Fax: 860-444-6103
Email: pday.c-l@snet.net

**CERTIFICATION**

I hereby certify that on May 8, 2008, a copy of the foregoing Notice of Appeal was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

| | |
|---|---|
| Thomas C. Angelone | angelonelaw@aol.com |
| Karen A. Alegria | karen@briancunha.com |
| James K. Archibald | jima@wmtburnett.com |
| Steven T. Armato | sarmato@cetcap.com |
| Joseph Aronson | jaronson@mccormackfirm.com |
| Charles L. Babcock | cbabcock@jw.com |
| John P. Barylick | jpb@wistbar.com |
| Andrew A. Beerworth | abeerworth@morrisonmahoney.com |
| Joseph J. Bellew | jbellew@cozen.com |
| C. Russell Bengtson | rbengtson@ckmlaw.com |
| James Bigos | jim@b-plaw.com |
| Gregory L. Boyer | Boyerlaw1@aol.com |
| Russell Bramley | Rbramley@hbhlaw.com |
| Kyle E. Bjornlund | kbjornlund@cetcap.com |
| Stephen E. Breggia | sbreggia@bbglaw.us |
| Thomas G. Briody | TBriodylaw@aol.com |
| William F. Burke | wburke@apslaw.com |
| Mark D. Cahill | mcahill@choate.com |
| John A. Caletri | jcaletri@melicklaw.com |
| Lawrence Joseph Cappuccio | l.cappuccio@worldnet.att.net |
| Scott M. Carroll | scarroll@bmcattorneys.com |
| Joseph V. Cavanagh , Jr | jvc@blishcavlaw.com |
| Lawrence G. Cetrulo | lcetrulo@cetcap.com |
| Kim M. Clarke | kclarke@nixonpeabody.com |
| Adam J. Combies | acombies@piercedavis.com |
| Karen K. Corcoran | karen@desistolaw.com |
| Robert P. Corrigan | rpcorrigan@conversent.net |
| Edward M. Crane | ecrane@skadden.com |
| Ronald J. Creamer | resminilaw@yahoo.com |
| Jennifer A Creedon | jcreedon@cetcap.com |
| John R. Crockett | jcrockett@fbtlaw.com |
| Thomas J. Cronin | tcronin@gunninglafazia.com |
| Brian R. Cunha | brian@briancunha.com |
| James S. D'Ambra | ricedolan@ricedolan.com |
| Kathleen M. Daniels | kathleen@desistolaw.com |

| | |
|---|---|
| Patrick J. Day | pday.c-l@snet.net |
| Michael R. DeLuca | mrd@gsm-law.com |
| Anthony F. DeMarco | tdemarco@conversent.net |
| Gerald C. DeMaria | gdemaria@hcc-law.com |
| Marc DeSisto | marc@desistolaw.com |
| Michael A. DeSisto | michael@desistolaw.com |
| Curtis R. Diedrich | cdiedrich@sloanewalsh.com |
| Eric B. DiMario | edimario@gunninglafazia.com |
| Mark P. Dolan | ricedolan@ricedolan.com |
| John J Doody | doody@lbbslaw.com |
| Christopher C. Fallon , Jr | cfallon@cozen.com |
| John J. Flanagan | jflanagan@torti.com |
| Bennett R. Gallo | brg@ndgrb.com |
| Richard T. Gallone | richard@briancunha.com |
| Josh M. Greenbaum | jgreenbaum@cozen.com |
| Mark C. Hadden | mhadden@mhaddenlaw.com |
| Nancy W. Hamilton | nhamilton@jw.com |
| Timothy B. Hardwicke | timothy.hardwicke@lw.com |
| William M. Heffernan | heffernanlaw@aol.com |
| Carl A. Henlein | chenlein@fbtlaw.com |
| Eric Bradford Hermanson | ebh@choate.com |
| Edward T. Hinchey | ehinchey@sloanewalsh.com |
| John G. Hines | Hines-corrigan@conversent.net |
| Daniel J. Horgan | horganlaw@snet.net |
| Stephen A. Izzi | sizzi@mosesafonso.com |
| Patrick T. Jones | pjones@cmjlaw.com |
| Howard Julian | sohohomes@yahoo.com |
| Fred A. Kelly , Jr | fkelly@nixonpeabody.com |
| David D. Langfitt | dlangfitt@mmwr.com |
| Ronald P. Langlois | rlanglois@smithbrink.com |
| James R. Lee | jlee@riag.ri.gov |
| S. Michael Levin | mlevin@wszlaw.com |
| Thomas W. Lyons , III | tlyons@straussfactor.com |
| Richard W. MacAdams | rmacadams@mwdglaw.com |
| Stephen J. MacGillivray | smacgillivray@eapdlaw.com |
| John R. Mahoney | jackmahoney@amlawllp.com |
| David E. Maglio | dmaglio@magliolaw.com |
| Eva Marie Mancuso | emancuso@hwac.com |
| Mark S. Mandell | msmandell@msn.com |
| Donald J. Maroney | dmaroney@kkrs.com |
| James C Martin | jcmartin@reedsmith.com |

| | |
|---|---|
| Michael J. Mazurczak | mmazurczak@melicklaw.com |
| Michael McCormack | mmccormack@mccormackfirm.com |
| Joseph J. McGair | jjm@petrarcamcgair.com |
| W. Thomas McGough , Jr | wmcgough@reedsmith.com |
| Daniel P. McKiernan | dmckiernan@mtmlaw.us |
| Edwin F. McPherson | emcpherson@m-klaw.com |
| Matthew F. Medeiros | mfm@lmkbw.com |
| Howard A. Merten | hm@psh.com, slb@psh.com |
| Kelly N. Michels | knm@hansoncurran.com |
| Steven A. Minicucci | sminicucci@calvinolaw.com |
| David Mitrou | dmitrou@mccormackfirm.com |
| Ralph J. Monaco | rmonaco.c-l@snet.net |
| James T. Murphy | jtm@hansoncurran.com |
| John F. Murphy | stationfire@shb.com |
| Robert T. Norton | rnorton@sloanewalsh.com |
| Mark T. Nugent | mnugent@morrisonmahoney.com |
| William E. O'Gara | wogara@pld-law.com |
| Mark Parsky | mep@mcveyparsky-law.com |
| Karey P. Pond | kpond@tedfordhenry.com |
| Kevin R. Powers | kpowers@cetcap.com |
| Stephen M. Prignano | sprignano@eapdlaw.com |
| Charles N. Redihan , Jr | credihan@kprlaw.com |
| James H. Reilly , III | jreilly@kkrs.com |
| Ronald J. Resmini | resminilaw@yahoo.com |
| James J. Restivo | jrestivo@reedsmith.com |
| Steven M. Richard | srichard@nixonpeabody.com |
| Kristin E. Rodgers | ker@blishcavlaw.com |
| James A. Ruggieri | jruggieri@hcc-law.com |
| Michael G. Sarli | mgs@gsm-law.com |
| Timothy R. Scannell | tscannell@bmcattorneys.com |
| Peter J. Schneider | pschneider@cmjlaw.com |
| Ann M. Songer | stationfire@shb.com |
| Deborah G. Solmor | dsolmor@skadden.com |
| Michael A. St. Pierre | mikesp@rrsplaw.com |
| Georgia Ann Sullivan | georgia.sullivan@thehartford.com |
| Meghan H. Sullivan | meghan.sullivan@lw.com |
| Rajaram Suryanarayan | rsury@gunninglafazia.com |
| Henry M. Swan | hms@dksblaw.com |
| Robert K. Taylor | rkt@psh.com |
| Frederick B. Tedford | ftedford@tedfordhenry.com |
| Mark R. Ter Molen | mtermolen@mayerbrown.com |

| | |
|---|---|
| Andrew J. Trevelise | atrevelise@reedsmith.com |
| Bruce Gregory Tucker | btucker@legalmgt.com |
| T. Dos Urbanski | durbanski@melicklaw.com |
| Earl H. Walker | ewalker@jw.com |
| Susan S. Wettle | swettle@fbtlaw.com |
| Benjamin V. White , III | bwhite@vetterandwhite.com |
| Lauren DiSimone Wilkins | lwilkins@smithbrink.com |
| Max Wistow | mwistow@wistbar.com |
| George Wolf | stationfire@shb.com |
| David A. Wollin | dwollin@apslaw.com |

___/s/ Patrick J. Day___
Patrick J. Day

______/s/ Lawrence J. Cappucio_
Lawrence J. Cappuccio