UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAY 27 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

May 12, 2008

Richard Donovan
Clerk of Court
United States Court of Appeals
1 Courthouse Way
Suite 2500
Boston, MA 02210

RE: ***CA 03-483L; CA05-70L; CA06-02L; CA06-47L***

Dear Mr. Donovan:

Enclosed herewith you will find a notice of appeal and a certified copy of the docket entries in the above entitled case.

Please note, the pertinent documents are the same as in the appeal for CA04-312L.

Please acknowledge receipt of this appeal by returning a stamped copy of this letter.

Very truly yours,

David A. DiMarzio
Clerk of Court

Barbara J. Gilfillan
DEPUTY CLERK

ENC: Certified Docket

Ighetz
COA#s 08-1589 #92
08-1590 #93